# EXHIBIT E

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Rolando B. Pablos  
Secretary of State



# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

MWK RECRUITING LLC  
Filing Number: 801654759

Certificate of Formation                                         September 13, 2012  
Public Information Report (PIR)                         December 31, 2016  
Certificate of Conversion                                        March 12, 2018

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on May 25, 2018.



Rolando B. Pablos  
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555        Fax: (512) 463-5709        Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB        TID: 10266        Document: 815314450003



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 4 6 1 0 3 4 2 3 3 | 2 0 1 6 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | MWK RECRUITING LLC |
|---|---|

○ Blacken circle if the mailing address has changed.

| Mailing address | 2406 Harris Blvd | | |
|---|---|---|---|
| City | Austin | State | TX |
| ZIP code plus 4 | 78703 | | |

Secretary of State (SOS) file number or Comptroller file number
**0080164759**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 2406 HARRIS BLVD, AUSTIN, TX, 78703 |
|---|---|
| Principal place of business | 824 W 10TH STREET SUITE 202, AUSTIN, TX, 78701 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| MICHELLE KINNEY | OWNER | ○ YES | |
| Mailing address: 2406 HARRIS BLVD | City: AUSTIN | State: TX | ZIP Code: 78703 |
| ROBERT KINNEY | CEO | ○ YES | |
| Mailing address: 2406 HARRIS BLVD | City: AUSTIN | State: TX | ZIP Code: 78703 |
| | | ○ YES | |
| Mailing address: | City: | State: | ZIP Code: |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| KINNEY RECRUITING LLC | TX | 0801654764 | 100.000 |
| KINNEY OVERSEAS LLC | TX | 0801654766 | 100.000 |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)

| Agent: | MICHELLE KINNEY | | | |
|---|---|---|---|---|
| Office: | 2406 HARRIS BLVD | City: AUSTIN | State: TX | ZIP Code: 78703 |

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ► | ROBERT KINNEY | Title: PRESIDENT | Date: 05/11/2016 | Area code and phone number: ( 512 ) 636 - 1395 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

■ **Taxpayer number:** 46103423 3

■ **Report year:** 2016

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name:** MWK RECRUITING LLC
**Mailing address:** 2406 Harris Blvd
**City:** Austin    **State:** TX    **ZIP code plus 4:** 78703

○ Blacken circle if the mailing address has changed.

**Secretary of State (SOS) file number or Comptroller file number:** 0080164759

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 2406 HARRIS BLVD, AUSTIN, TX, 78703
**Principal place of business:** 824 W 10TH STREET SUITE 202, AUSTIN, TX, 78701

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | | |
| Name | Title | Director | Term expiration |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | | |
| Name | Title | Director | Term expiration |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| COUNSEL UNLIMITED LLC | TX | 0801654770 | 100.000 |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
**Agent:** MICHELLE KINNEY
**Office:** 2406 HARRIS BLVD    **City:** AUSTIN    **State:** TX    **ZIP Code:** 78703

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**    ROBERT KINNEY    **Title:** PRESIDENT    **Date:** 05/11/2016    **Area code and phone number:** (512) 636-1395

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○