# EXHIBIT F

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Rolando B. Pablos  
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

MWK RECRUITING LLC  
Filing Number: 801654759

Certificate of Formation                                          September 13, 2012  
Public Information Report (PIR)                         December 31, 2016  
Certificate of Conversion                                            March 12, 2018

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on May 25, 2018.



Rolando B. Pablos  
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB             TID: 10266                 Document: 815314450003

# CERTIFICATE OF FORMATION

# OF

# MWK RECRUITING LLC

FILED
In the Office of the
Secretary of State of Texas

SEP 13 2012

Corporations Section

I, the undersigned natural person of the age of eighteen (18) years or more, acting as the organizer of a limited liability company under Title 3 of the Texas Business Organizations Code (the "Code"), do hereby adopt the following Certificate of Formation for MWK RECRUITING LLC (the "Company"):

### ARTICLE I

The name of the Company is MWK RECRUITING LLC.

### ARTICLE II

The period of duration of the Company is perpetual.

### ARTICLE III

The purpose for which the Company is organized is the transaction of any lawful business for which limited liability companies may be organized under the Code.

### ARTICLE IV

The address of the Company's initial registered office in the State of Texas is 2406 Harris Boulevard, Austin, Texas 78703 and the name of the Company's initial registered agent at that address is Michelle W. Kinney.

### ARTICLE V

The Company is to have a manager or managers, and the name and address of the initial managers who are to serve as managers until the first annual meeting of the members or until their successors are duly elected are: RECEIVED

SEP 13 2012
Secretary of State

| Name | Address |
|---|---|
| Michelle W. Kinney | 2406 Harris Boulevard<br>Austin, Texas 78703 |

## ARTICLE VI

The name and address of the organizer of the Company is:

| Name | Address |
|---|---|
| Basil E. Mahmoud | Metcalfe Wolff Stuart & Williams, LLP<br>301 Congress Avenue, Suite 1200<br>Austin, Texas 78701 |

## ARTICLE VII

The managers of the Company, in their sole discretion, shall have the power, on behalf of the Company, to indemnify persons for whom indemnification is permitted by Chapter 8 of the Code, to the fullest extent permissible under Chapter 8 of the Code, and may purchase such liability, indemnification and/or other similar insurance as the managers from time to time shall deem necessary or appropriate, in their sole discretion.

The Company may purchase and maintain liability, indemnification and/or other similar insurance on behalf of itself, and/or for any person who is a manager, officer, employee or agent of the Company or who is or was serving at the request of the Company as a director, manager, officer, trustee, employee, agent or similar functionary of another foreign or domestic corporation, limited liability company, partnership, joint venture, sole proprietorship, trust, employee benefit pension plan or other enterprise, against any liability asserted against and/or incurred by the Company or person serving in such capacity or arising out of his/her/its status as such a person or entity, whether or not the Company would otherwise have the power to indemnify such person against that liability.

The power to indemnify and/or obtain insurance provided in this Article VII shall be cumulative of any other power of the managers and/or any rights to which such a person or entity may be entitled by law, the Certificate of Formation and/or company agreement, contract, other agreement, vote or otherwise.

## ARTICLE VIII

Pursuant to Section 101.401 of the Code, no manager of the Company shall be liable, personally or otherwise, in any way to the Company or its members for monetary damages caused in any way by an act or omission occurring in the manager's capacity as a governing person of the Company, except as to the events set forth in Section 7.001(c) of the Code.

## ARTICLE IX

Any action required to be taken at any annual or special meeting of the managers or members of the Company, and/or any action that may be taken at any annual or special meeting of the managers or members of the Company, may be taken without a meeting, without prior notice, and without a vote, if a consent or consents in writing, setting forth the action so taken, shall be signed by the managers or members having not less than the minimum number of votes that would be necessary to take such action at a meeting at which all managers or members entitled to vote on the action were present and voted. Such action shall be taken in accordance with any applicable provisions of the Code.

IN WITNESS WHEREOF, I have hereunto set my hand, this 13th day of September, 2012.

_____
Basil E. Mahmoud

## DISCLAIMER

I, the undersigned, being the organizer of MWK RECRUITING LLC, a limited liability company filed with the Secretary of State of the State of Texas, do hereby disclaim any and all interest in said Company.

_____
Basil E. Mahmoud