FILED

OCT 0 3 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100034192
Cashier ID: cjames
Transaction Date: 10/03/2018
Payer Name: KINNEY RECRUITING LLC
--------------------------------
PRO HAC VICE
 For: ROBERT KINNEY
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:       $100.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: 321035
 Amt Tendered:  $100.00
--------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

1:18-CV-444-RP; MWK RECRUITING INC
V. JOWERS ET AL; PRO HAC VICE FEE
FOR ROBERT KINNEY. PRO HAC GRANTED
ON 8/2/18