UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MWK RECRUITING INC.,**<br><br>Plaintiff<br><br>v.<br><br>**EVAN P. JOWERS,**<br>**YULIYA VINOKUROVA,**<br>**ALEJANDRO VARGAS, AND**<br>**LEGIS VENTURES (HK)**<br>**COMPANY LIMITED**,<br><br>Defendants | **Civil Action No.: 1:18-cv-00444-RP**<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is issued by the Court:

1.  Because the parties have previously filed a report on alternative dispute resolution in compliance with Local Rule CV-88, no additional report is required.

2.  The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before December 4, 2019. Each opposing party shall respond, in writing, on or before December 18, 2019. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3.     Because each party has filed the "Notice Concerning Reference to United States Magistrate Judge," no additional report is required.

4.     The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before January 17, 2020.

5.     All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before April 15, 2020. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before May 13, 2020. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6.     An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7.     The parties shall complete all discovery on or before July 15, 2020.

8.     All dispositive motions shall be filed on or before August 19, 2020.

9.     The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of

the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

**The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

10.     This case is set for _____ trial commencing at 9:00 a.m. on _____, 20_____.

The parties may, by agreement, extend any deadline set in this Order except the dispositive motions deadline or the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on _____, 20\_\_\_.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE