IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC.<br><br>        **Plaintiff,**<br><br>v.<br><br>EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),<br><br>        **Defendants.** | Civil Action No. 1:18-cv-00444 |
| EVAN P. JOWERS<br><br>        **Counterclaimant,**<br><br>v.<br><br>MWK RECRUITING, INC.<br><br>        **Counterdefendant.** | |
| EVAN P. JOWERS<br><br>        **Third-Party Plaintiff,**<br><br>v.<br><br>ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, KINNEY RECRUITING LIMITED<br><br>        **Third-Party Defendants.** | |

**STIPULATION REGARDING WAIVER OF SERVICE OF SUMMONS AND
<u>EXTENSION OF TIME TO ANSWER THIRD-PARTY COMPLAINT</u>**

The parties, by and through their respective counsel of record, hereby stipulate as follows:

1. On August 19, 2019, Defendant Evan P. Jowers ("**Jowers**") filed his Answer, Affirmative Defenses, Counterclaims, and Third-Party Complaint ("**Third-Party Complaint**," ECF No. 90) in response to Plaintiff MWK Recruiting Inc.'s Second Amended Complaint (ECF No. 80), naming as third-party defendants Robert E. Kinney ("**Kinney**") and Michelle W. Kinney, individually, and Recruiting Partners GP, Inc., Kinney Recruiting LLC, Counsel Unlimited LLC, and Kinney Recruiting Limited ("**Kinney Recruiting HK**," and collectively, the "**Kinney Entities**," and together with the individual third-party defendants, the "**Third-Party Defendants**").

2. In order to save the expense of serving the Summons and Third-Party Complaint in this case, each of the Third-Party Defendants has agreed to waive service of the summons in this action and any objection based on the absence of a summons or of service. Raymond W. Mort III hereby agrees to accept service of the Third-Party Complaint (ECF No. 90) on behalf of each of the Third-Party Defendants as their counsel of record.

3. In consideration of the Third-Party Defendants' cooperation in agreeing to waive service of process, Jowers and the Third-Party Defendants have jointly agreed that the Third-Party Defendants will have up to and including Friday, September 27, 2019, to file a pleading or pleadings responsive to the Third-Party Complaint.

IT IS SO STIPULATED.

Dated: August 20, 2019.  Respectfully submitted,

By: */s/ James C. Bookhout*
  Marc D. Katz
  State Bar No. 00791002
  marc.katz@dlapiper.com
  James C. Bookhout
  State Bar No. 24087187
  james.bookhout@dlapiper.com
  **DLA PIPER LLP (US)**
  1900 North Pearl Street, Suite 2200
  Dallas, TX 75201
  Telephone: (214) 743-4500
  Facsimile:  (214) 743-4545

  **COUNSEL FOR DEFENDANT/THIRD-PARTY PLAINTIFF EVAN P. JOWERS**

  **- and -**

By: */s/ Raymond W. Mort III*
  Raymond W. Mort III
  State Bar No. 00791308
  **THE MORT LAW FIRM, PLLC**
  raymort@austinlaw.com
  106 E. Sixth Street, Suite 900
  Austin, TX 78701
  Telephone: (512) 865-7950

  **COUNSEL FOR THIRD-PARTY DEFENDANTS ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, AND KINNEY RECRUITING LIMITED**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 20, 2019, a true and accurate copy of the foregoing document was served via the Court's CM/ECF facilities and via email.

  */s/ James C. Bookhout*
  James C. Bookhout