IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-444-RP |
| | § | |
| EVAN P. JOWERS, YULIYA VINOKUROVA, LEGIS VENTURES (HK) COMPANY LIMITED, and ALEJANDRO VARGAS, | § | |
| | § | |
| Defendants. | § | |
| EVAN P. JOWERS, | § | |
| | § | |
| Counterplaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED, | § | |
| | § | |
| Counterdefendants. | § | |

**ORDER**

On October 17, 2019, the Court entered an order in this case granting Defendant/Counterplaintiff Evan P. Jowers's motion, (Dkt. 100), to disqualify Robert E. Kinney as counsel for Plaintiff/Counterdefendant MWK Recruiting, Inc. and Counterdefendants Robert E. Kinney ("Kinney"), Michelle W. Kinney, Recruiting Partners GP, Inc., Kinney Recruiting LLC, Counsel Unlimited LLC, and Kinney Recruiting Limited (collectively, the "MWK entities"). (Dkt. 106). **IT IS ORDERED** that the order, (Dkt. 106), is **VACATED**. The Clerk shall **REINSTATE**

1

Robert E. Kinney as counsel for the MWK entities as of the filing of this order, pending an amended order on Jowers's motion.

**SIGNED** on October 17, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE