UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC, <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, YULIYA VINOKUROVA, LEGIS VENTURES (HK) COMPANY LIMITED, AND ALEJANDRO VARGAS, <br><br> Defendants <br><br> EVAN P. JOWERS, <br><br> Counterclaimant <br><br> v. <br><br> MWK RECRUITING, INC., <br> ROBERT E. KINNEY, <br> MICHELLE W. KINNEY, <br> RECRUITING PARTNERS GP, INC., <br> KINNEY RECRUITING LLC, <br> COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED, <br><br> Counterdefendants | Case No. 1:18-cv-00444-RP |

**NOTICE OF SERVICE OF SUBPOENA ON LEGIS VENTURES
HONG KONG COMPANY LIMITED**

On April 17, 2020, by courier delivery sent from the office of Diana Massie of the United States District Clerk's office, Legis Ventures Hong Kong Company Limited was served with the subpoena referenced in ECF 158 under Rule 4(f)(2)(C)(ii), as authorized by Rule 4(h)(2). Proof of delivery is attached hereto.

| | |
|---|---|
| Dated: April 23, 2020 | Respectfully Submitted |
| | /s/ Robert E. Kinney |
| | Robert E. Kinney |
| | Texas State Bar No. 00796888 |
| | Robert@KinneyRecruiting.com |

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF MWK AND FOR COUNTER-DEFENDANTS KINNEY, MICHELLE W. KINNEY, RP GP, KR LLC, CU LLC, AND KINNEY RECRUITING HK**

## Summary of Charges

Transaction date: 04/08/20

**Invoice for**
Robert Kinney
Kinney Recruiting LLC
2406 Harris Blvd
Austin, Texas 78703
United States

**PM Order #**
PMOANIXB

| Description | Total |
|---|---|
| Services from Air City Post | $69.28 |

**USD $69.28**

Payment has been taken from: Robert Kinney - xxxx xxxx xxxx 1002 - Amex - Expires 02/2024

This will appear on your statement as  **Parcel Monkey**

## Air City Post

210 E Sunrise Highway
Valley Stream
New York, 11581
United States

Company No.: 908959

Tax No.: 908959

# Invoice

Transaction date: 04/08/20

**Invoice for**
Robert Kinney
Kinney Recruiting LLC
2406 Harris Blvd
Austin, Texas 78703
United States

**PM Order #**
PMOANIXB

| Shipment | From | To | Net | Tax |
|---|---|---|---|---|
| **PMS1A523**<br>International Pickup<br>Parcels: 1 | Diana Massie<br>US District Clerk's Office<br>501 W 5th St<br>Ste 1100<br>Austin, TX 78701-3812<br>United States | CONPAK MGMT CONSULTANTS LTD<br>Rms 05-15-13A/F, S Tower, World Fin<br>Harbour City 17 Canton Rd<br>Tsim Sha Tsui<br>Hong Kong<br>Hong Kong SAR China | $34.64 | $0.00 |
| **PMSOEWB4**<br>International Pickup<br>Parcels: 1 | Diana Massie<br>US District Clerk's Office<br>501 W 5th Street<br>Suite 1100<br>Austin, TX 78701<br>United States | Alejandro Vargas<br>Jowers/Vargas<br>Unit 1909 19/F Fortress Tower<br>250 King's Road<br>Hong Kong<br>Hong Kong SAR China | $34.64 | $0.00 |

|   |   |
|---:|---:|
| Sub total | $69.28 |
| Taxes | $0.00 |
| **Total** | **$69.28** |
|   | USD |

Powered by Parcel Monkey

# Track your shipment

To track your package, please enter your shipment reference number below.

| PMS1A523 | **Track package** |

| ✓ | Delivered | Apr 17, 2020, 3:13 AM |
| ⓘ | Delivery in progress | Apr 17, 2020, 2:02 AM |
| ⓘ | Arrived at TSUEN WAN, HONG KONG SAR, CHINA | Apr 17, 2020, 1:45 AM |
| ⓘ | Cleared import customs | Apr 17, 2020, 1:45 AM |
| ⓘ | Cleared import customs | Apr 16, 2020, 12:10 PM |
| ⚠ | Held by import customs | Apr 16, 2020, 12:10 PM |
| ⓘ | Arrived at CHEK LAP KOK, HONG KONG SAR, CHINA | Apr 16, 2020, 9:27 AM |
| ⓘ | In transit at MEMPHIS, UNITED STATES | Apr 15, 2020, 10:48 AM |
| ⓘ | Departed from MEMPHIS, UNITED STATES | Apr 15, 2020, 10:48 AM |
| ⓘ | In transit at MEMPHIS, UNITED STATES | Apr 15, 2020, 6:32 AM |
| ✓ | Picked up | Apr 13, 2020, 5:44 PM |

# Track your shipment

To track your package, please enter your shipment reference number below.

| PMSOEWB4 | **Track package** |

| | | |
|---|---|---|
| ✓ | Delivered | Apr 17, 2020, 4:34 AM |
| ⓘ | Delivery in progress | Apr 17, 2020, 2:23 AM |
| ⓘ | Arrived at CHAIWAN, HONG KONG SAR, CHINA | Apr 17, 2020, 2:01 AM |
| ⚠ | Held by import customs | Apr 16, 2020, 12:11 PM |
| ⓘ | Cleared import customs | Apr 16, 2020, 12:11 PM |
| ⓘ | Arrived at CHEK LAP KOK, HONG KONG SAR, CHINA | Apr 16, 2020, 9:27 AM |
| ⓘ | In transit at MEMPHIS, UNITED STATES | Apr 15, 2020, 10:48 AM |
| ⓘ | Departed from MEMPHIS, UNITED STATES | Apr 15, 2020, 10:48 AM |
| ⓘ | In transit at MEMPHIS, UNITED STATES | Apr 15, 2020, 6:32 AM |
| ✓ | Picked up | Apr 13, 2020, 5:44 PM |