# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MWK RECRUITING, INC.** | § | |
| | § | |
| **VS.** | § | No. 1:18-cv-0444 RP |
| | § | |
| **EVAN P. JOWERS, et al.** | § | |

## ORDER

On April 24, 2020, Evan Jowers filed a Motion for Protective Order and Motion to Quash Third Party Subpoenas (Dkt. No. 165). On April 27, 2020, Judge Pitman referred the motion to the undersigned for disposition.

Though some of the issues raised in the motion are moot by virtue of the Court's order issued yesterday, that is not true for all of them. The Court is frustrated by the manner in which discovery is proceeding in this case, and this new motion is a case in point. Before additional Court and attorney time is occupied dealing with issues that should not require its attention, the Court **ORDERS** the following:

•   MWK shall not file a response to the Motion for Protective Order and Motion to Quash Third Party Subpoenas (Dkt. No. 165); and

•   The parties shall appear for a telephone discovery hearing on Friday, May 1, 2020, at 10:30 a.m. Court staff will contact counsel via email with call-in instructions.

SIGNED this 28th day of April, 2020.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE