IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § | |
| Plaintiff, | § | |
| v. | § | 1:18-CV-444-RP |
| EVAN P. JOWERS, | § | |
| Defendant, | § | |
| EVAN P. JOWERS, | § | |
| Counterclaimant, | § | |
| v. | § | |
| MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED, | § | |
| Counterdefendants. | § | |

**ORDER**

Before the Court is the motion of certain counsel for Defendant/Counterclaimant Evan P. Jowers ("Jowers") to withdraw from representing him. (Dkt. 175). The motion is unopposed. (*Id.* at 2). Having considered the motion, the Court finds that it should be **GRANTED**.

**IT IS ORDERED** that Marc D. Katz, James C. Bookhout, and Marina Stefanova are **WITHDRAWN** as counsel of record for Jowers. Robert Tauler shall remain as counsel of record for Jowers.

**SIGNED** on June 4, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE