# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| MWK RECRUITING, INC.<br><br>      **Plaintiff,**<br><br>    v.<br><br>EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),<br><br>      **Defendants.** | **Civil Action No. 1:18-cv-00444** |
| EVAN P. JOWERS<br><br>      **Counterclaimant,**<br><br>    v.<br><br>MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED<br><br>      **Counter-defendants.** |  |

## NOTICE OF COMPLIANCE WITH MAGISTRATE'S ORDER BY THE MWK ENTITIES

On December 18, 2020, the Court ordered that the MWK Entities take certain steps on or prior to January 5, 2021. This is to provide notice to the Court that the MWK Entities have complied with the Court's Order by taking the following steps:

1. **Verifications - Dkt. 236, at 9, fn. 6.**

On December 31, 2020, the MWK entities notified Jowers's counsel that the MWK Entities believe verifications have all been provided as required via supplemental verifications sent July 24 and November 23 and requested notification if he disagrees. No disagreement has been registered as of the date of this filing.

2. **Blank Privilege Log – Dkt. 236, at 10.**

On December 31, 2020, this issued was clarified in a communication to counsel for Jowers as ordered.

3. **Original Assignments – Dkt. 236, at 12.**

On January 4, 2021, the MWK Entities provided a formal supplemental response to the various RFPs seeking originals of the assignments to state whether those originals still exist.

4. **Modified Protective Order – Dkt. 236, at 8.**

On January 5, 2021, the parties filed an Agreed Motion to Amend Confidentiality and Protective Order, complying with the Court's order.

**5.  Depositions – Dkt. 236, at 17.**

The MWK Entities anticipate being able to agree on deposition dates. The MWK

Entities look forward to communicating with local counsel for Jowers about this

issue once appointed, but on December 31, 2020, the MWK Entities proactively

asked Mr. Tauler to let them know what time frame he was considering for

depositions and have not received a response yet as of this filing.


Dated: January 5, 2021                              Respectfully Submitted,

                                                    /s/ Robert E. Kinney
                                                    Robert E. Kinney
                                                    Texas State Bar No. 00796888
                                                    Robert@KinneyRecruiting.com

                                                    **Robert E. Kinney**
                                                    824 West 10th Street, Suite 200
                                                    Austin, Texas 78701
                                                    Tel: (512) 636-1395

                                                    **ATTORNEY PLAINTIFF MWK AND FOR
                                                    COUNTER-DEFENDANTS**

                                                    Raymond W. Mort, III
                                                    Texas State Bar No. 00791308
                                                    raymort@austinlaw.com

                                                    **THE MORT LAW FIRM, PLLC**
                                                    100 Congress Ave, Suite 2000
                                                    Austin, Texas 78701
                                                    Tel/Fax: (512) 865-7950

                                                    **ATTORNEYS FOR PLAINTIFF MWK
                                                    AND FOR COUNTER-DEFENDANTS**