**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **MWK RECRUITING, INC.**<br>            **Plaintiff,**<br>    v.<br>**EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),**<br>            **Defendants.** | **Civil Action No. 1:18-cv-00444** |
| **EVAN P. JOWERS**<br><br>            **Counterclaimant,**<br><br>    v.<br><br>**MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED**<br><br>            **Counter-defendants.** | |

**NOTICE OF CHANGE OF STATUS AND ATTORNEY INFORMATION CHANGE**

## NOTICE OF CHANGE OF STATUS AND ATTORNEY INFORMATION CHANGE

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that Robert Tauler, Esq., counsel for Defendant and Counterclaimant Evan P. Jowers, is now a licensed member of the Texas State Bar and has opened an office in this district. Accordingly, the information currently listed on the docket has changed from:

> Robert Tauler, Esq.
> State Bar No. 241964 (California)
> rtauler@taulersmith.com
> Tauler Smith LLP
> 626 Wilshire Blvd., Suite 510
> Los Angeles, CA 90017
> Telephone: (213) 927-9270

To:

> Robert Tauler, Esq.
> Texas State Bar No. 24122095
> rtauler@taulersmith.com
> Tauler Smith LLP
> 100 Congress Ave., Suite 2000,
> Austin, TX 78701
> Telephone: (512) 456-8760

The undersigned attorney files this Notice of Change of Status and Information Change, pursuant to Local Rule AT-9 and requests that the Court's docket in the above-styled cause be updated accordingly. Counsel requests that the Court direct all filings, correspondence, notices or other communications in this matter to the new address and phone number. Please note that the email address is unchanged.

Attached hereto as Exhibit A is a certification from the State Bar of Texas dated January 5, 2021 that counsel for Mr. Jowers was licensed to practice law in Texas on December 31, 2020, and is an active member in good standing with the State Bar of Texas.

Attached hereto as Exhibit B is a certification from the Supreme Court of Texas dated January 5, 2021 that counsel for Mr. Jowers was duly admitted and licensed as an attorney and

counselor at law by the Supreme Court of Texas on the 31st day of December, 2020, and that counsel is presently enrolled with the State Bar of Texas as an active member in good standing.

Thank you for your courtesies and attention to this matter.

DATED: January 5, 2021                              Respectfully submitted,

                                                                 By:     */s/ Robert Tauler*
                                                                      Robert Tauler, Esq.
                                                                      State Bar No. 24122095 (Texas)
                                                                      *(W.D. Tx. Admission pending since 9/15/2020)*
                                                                      rtauler@taulersmith.com
                                                                      **Tauler Smith LLP**
                                                                      100 Congress Ave., Suite 2000
                                                                      Austin, TX 78701
                                                                      Telephone: (512) 456-8760

                                                               **COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT EVAN P. JOWERS**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 5, 2021, a true and accurate copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                                     */s/ Robert Tauler*
                                     Robert Tauler

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 05, 2021

Re: Robert Tauler, State Bar Number 24122095

To Whom It May Concern:

This is to certify that Robert Tauler was licensed to practice law in Texas on December 31, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# EXHIBIT B

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

 **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Robert Tauler**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 31st day of December, 2020.

 I further certify that the records of this office show that, as of this date

**Robert Tauler**

is presently enrolled with the State Bar of Texas as an active member in good standing.

      **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of January, 2021.

BLAKE HAWTHORNE, Clerk

*[signature]*

Clerk, Supreme Court of Texas

No. 2532C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.