IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC.<br>        Plaintiff,<br>v.<br>EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),<br>        Defendants. | Civil Action No. 1:18-cv-00444 |
| EVAN P. JOWERS<br><br>        Counterclaimant,<br><br>v.<br><br>MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED<br><br>        Counter-defendants. | |

**RESPONSE TO COURT ORDER (DKT #249)**

Pursuant to the Court's Order dated January 11, 2021 (Dkt. 249), the undersigned requests that the Jowers' filing (Dkt. 246) be withdrawn. Mr. Jowers did not have any role in directing or influencing the filing of any discovery motions subject to the Court's December 18, 2020 Order to Show Cause. (Dkt. 236.) Rather, counsel for Mr. Jowers bears complete responsibility for filing the underlying discovery motions at issue and made the decision to file every motion exercising its own independent judgment.

DATED: January 15, 2021                               Respectfully submitted,

                                                      By:   */s/ Robert Tauler*
                                                            Robert Tauler, Esq.
                                                            Texas State Bar No. 24122095
                                                            rtauler@taulersmith.com
                                                            Tauler Smith LLP
                                                            100 Congress Ave., Suite 2000
                                                            Austin, TX 78701
                                                            Telephone: (512) 456-8760

                                                            **COUNSEL FOR DEFENDANT**
                                                            **AND COUNTERCLAIMANT**
                                                            **EVAN P. JOWERS**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2021, a true and accurate copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.


                                         */s/ Robert Tauler*
                                         Robert Tauler

RESPONSE TO ORDER