UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC.<br><br>       Plaintiff,<br><br>v.<br><br>EVAN P. JOWERS,<br><br>       Defendant.  | Civil Action No. 1:18-cv-00444 |
| EVAN P. JOWERS<br><br>       Counterclaimant,<br><br>v.<br><br>MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED<br><br>       Counter-defendants. | |

### [PROPOSED] ORDER

Before the Court is Jowers's second motion seeking to disqualify Robert Kinney from serving as counsel for the Kinney Entities. Dkt. _____. Having considered the briefing,

     It is ORDERED that,

Jowers's Motion is DENIED WITHOUT PREJUDICE. Robert Kinney remains qualified to appear in this matter through the final pretrial conference. The question of whether Robert Kinney may appear as trial counsel in this matter will be determined at that time.

_____

Robert Pitman
United States District Judge