IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MWK RECRUITING, INC.** | § § | |
| **VS.** | § § | No. 1:18-cv-0444-RP |
| **EVAN P. JOWERS** | § § | |

### ORDER

In response to the Court's order of January 11, 2021, Mr. Jowers has requested to withdraw his filing of January 5, 2021 (Dkt. 246). That request is hereby **GRANTED**, and the Court orders that Dkt. 246 be withdrawn from the official docket of this case.

SIGNED this 21st day of January, 2021.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE