# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC.<br>　　　　　　Plaintiff,<br>v.<br>EVAN P. JOWERS, YULIYA<br>VINOKUROVA, ALEJANDRO VARGAS,<br>and LEGIS VENTURES (HK) COMPANY<br>LIMITED (aka Jowers / Vargas),<br>　　　　　　Defendants.<br><br>EVAN P. JOWERS<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>MWK RECRUITING, INC., ROBERT E.<br>KINNEY, MICHELLE W. KINNEY,<br>RECRUITING PARTNERS GP, INC.,<br>KINNEY RECRUITING LLC, COUNSEL<br>UNLIMITED LLC, and KINNEY<br>RECRUITING LIMITED<br><br>　　　　　Counter-defendants. | Civil Action No. 1:18-cv-00444 |

## EVAN P. JOWERS'S RENEWED MOTION TO DISQUALIFY ROBERT E. KINNEY AS COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANTS

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES................................................................................................ii

    A. Robert Kinney is a Necessary Witness.............................................................................1

    B. Kinney's Response Misstates the Court's Previous Order ..................................................1

    C. Kinney's Response Mischaracterizes the Basis of the Moving Papers ..............................3

CONCLUSION..............................................................................................................5

DECLARATION OF ROBERT TAULER...................................................................................6

CERTIFICATE OF SERVICE...............................................................................................7

## <u>TABLE OF AUTHORITIES</u>

<u>Cases</u>

*Natural Resources Defense Council, Inc. v. County of Dickson, Tenn.* 2010 WL 5300871
    (M.D. Tenn., Dec. 20, 2010)................................................................................................3

## A.    Robert Kinney is a Necessary Witness.

It is uncontested that Robert Kinney is a necessary witness because he admits he is the *only* 30(b)(6) witness for every Kinney Entity named in this lawsuit[1] and the only person who had any role in drafting the contracts that form the basis of his claims against Evan Jowers. Robert Kinney also created and signed every assignment agreement at issue in this case, according to his sworn declaration. (Dkt. 209-1 at ¶ 5)("I signed each of the assignment documents involved in this case. Dkt. 80-3; Dkt. 80-5; Dkt. 80-7; Dkt. 80-8."). Further, Robert Kinney signed each and every declaration and verification in this case on behalf of the Kinney Entities. (See, e.g., Dkt. 209-1 at ¶ 6)("the MWK Entities have fully responded to all responsive documents and information in their possession after a diligent search.").

Lest there be any doubt, in his Third Revised Initial Disclosures, served just three days before the present motion was filed, Mr. Kinney lists himself as the only witness with "[k]nowledge of facts supporting claims and defenses," as well as the "causes of action of the Kinney Entities" and the alleged "damages suffered by the Kinney Entities." (Tauler Dec. ¶ 2, Ex. A; "Third Revised Initial Disclosures.").

Accordingly, there remains not a sliver of doubt that Robert Kinney "is a necessary witness with exclusive knowledge of matters likely to be the subjects of testimony." (Dkt. 110 at 7.)  As such, Robert Kinney should be disqualified as counsel.

## B.    Kinney's Response Misstates the Court's Previous Order.

When the Court first considered whether Mr. Kinney should be able to represent the Kinney Entities in October 2019, the pleadings were not yet set, and discovery had not yet commenced. Jowers brought his first motion for disqualification at a relatively early point in the

---

[1] The Kinney Entities include MWK Recruiting, Inc., Recruiting Partners GP, Inc., Kinney Recruiting LLC, Counsel Unlimited LLC, and Kinney Recruiting Limited

case given his beliefs about Mr. Kinney's anticipated conduct.  However, at that time, the Court was not in a position to make a factual determination given the lack of a definitive record at such an early stage of the proceedings.

Over a year after the Court's Order on Jowers' initial motion, the Court is presented with a record containing Mr. Kinney's own statements under oath (as witness and attorney) that he has exclusive knowledge about every single area of testimony that may be raised as to any and all of the corporate parties and the various contracts bandied about in their name. At this time in the case, the record before the Court is comprehensive and complete in that there is no contradictory conclusion: Mr. Kinney is the only witness as to nearly every factual issue in dispute.

Mr. Kinney's Response brief misstates the Court's prior ruling on Jowers' motion for disqualification, as well as the law, by asserting that the proper standard is whether the Court can "declare with absolute certainty…that Kinney possesses exclusive knowledge of various matters at issue." (Dkt. 255 at 2.) The standard adopted by the Court, and restated in the moving papers, is whether "the lawyer knows or believes that the lawyer is or may be a witness necessary to establish an essential fact." (Dkt. 254 at 7 of 91.) As such, the Court previously stated that the standard could be met here, when "Jowers can establish with a higher degree of certainty that Kinney is a necessary witness with exclusive knowledge of matters likely to be the subjects of testimony…" (Dkt. 110 at 7.)

Even if absolute certainty were the standard, it would be met here. Mr. Kinney has already stated on multiple occasions, and in multiple ways, that he is a necessary witness, however, in his Response, Mr. Kinney downplays the import of his prior positions.  Perhaps

most tenuous is Mr. Kinney's position that his status as the only 30(b)(6) witness for every corporate party in the case does not make him a necessary witness.

Mr. Kinney's only citation to legal authority to support this position is *Natural Resources Defense Council, Inc. v. County of Dickson, Tenn*. 2010 WL 5300871 (M.D. Tenn., Dec. 20, 2010). In *Natural Resources,* the defendant served a 30(b)(6) notice to plaintiff, and plaintiff filed a motion for protective order on the basis that it "had no involvement in, nor any personal knowledge of, many of the listed deposition topics, several of which related solely to defendants' actions." *Id.* at *2. The Court allowed the deposition to proceed, and plaintiff designated a staff attorney as the 30(b)(6) witness who "repeatedly asserted that [counsel] has no personal knowledge of any of the facts, transactions or occurrences giving rise to the claims in this case." *Id*. at *3. As such, disqualification was not warranted in *Natural Resources*.

In contrast, here, Mr. Kinney has already conceded that he will be the only witness as to all contracts, assignments, and deposition topics related to any Kinney Entity. Mr. Kinney is also the only witness with "[k]nowledge of facts supporting claims and defenses," and damages. (Tauler Dec.. Ex. A). As such, even if it were controlling authority, *Natural Resources* would not support Mr. Kinney's conclusion.

## C.   Kinney's Response Mischaracterizes the Basis of the Moving Papers.

The Response asserts that "Jowers makes only two points about the necessity of Kinney's testimony." (Dkt. 255 at 2 of 9.) This is not so. Jowers includes three emails where Mr. Kinney states he is a necessary witness for 42 areas of testimony, including the administration of various loans made by the Kinney Entities to Mr. Jowers over the years. In this regard, third party witnesses have confirmed that Robert Kinney, (and Robert Kinney

alone) directed loan disbursements. (Tauler Dec. ¶ 3, Ex. B, Deposition Transcript of Renee Sommers at 35:2-18; 117:2-13.)

The remainder of the Response consists of various red herrings, straw-men and double-talk that only serves to confuse the reader, including:

- That Kinney's drafting of every contract and assignment in the case is not relevant to the case (even though he used this fact as evidence to support a motion for protective order) because contract interpretation is both "a matter of law" and also *arguendo*, "an issue at trial." (Dkt. 255 at 3-4 of 9.)

- Contending that his assertions of privilege regarding his communications with the Kinney Entities' Accountant Renee Sommers were proper because of the "danger of waiver of privilege" while at the same time representing every corporate party to this case and being the only factual witness for these parties. (Dkt. 255 at 7 of 9.)

- Assuming that Jowers is relying on the "public suspicion" rationale of *Boettcher* to support disqualification then conducting a legal analysis based on this assumption. (Dkt. 255 at 6 of 9.)

- Dedicating a page of the Response brief to defend his deposition questioning of one witness (whom Kinney himself subpoenaed) which Kinney concurrently argues is "largely irrelevant."  (Dkt. 255 at 6 of 9.)

- Pre-emptively discrediting witnesses who have come forward against Mr. Kinney and his stated objectives. (Tauler Dec. ¶ 4, Ex. C, Deposition Transcript of Peter Gutensohn at 45:4-.46:24; 48:4-11.)

The above arguments made in the Response are (at best) diversionary and do not warrant a serious reply. Rather, the Response serves to illustrate yet another point raised in the moving papers, namely, that Mr. Kinney is too intimately connected with the subject matter to serve as a dispassionate counsel, and that Mr. Jowers will be prejudiced as a result.

## **CONCLUSION**

For the foregoing reasons, the motion should be granted, and Mr. Kinney should be disqualified as counsel.

DATED: January 21, 2021                    Respectfully submitted,

By:     */s/ Robert Tauler*
          Robert Tauler, Esq.
          Texas State Bar No. 24122095
          rtauler@taulersmith.com
          Tauler Smith LLP
          100 Congress Ave., Suite 2000
          Austin, TX 78701
          Telephone: (512) 456-8760

          **COUNSEL FOR DEFENDANT
          AND COUNTERCLAIMANT
          EVAN P. JOWERS**

## DECLARATION OF ROBERT TAULER

I, Robert Tauler, hereby declare as follows:

1.      I am counsel of record for Evan P. Jowers in this action.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.      Attached hereto as Exhibit A is a true and correct copy of the Kinney Entities' Third Revised Initial Disclosures, dated January 12, 2021.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Renee Sommers, conducted on November 9, 2020.

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of the deposition of Peter Gutensohn, conducted on December 9, 2020.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Los Angeles, California on January 21, 2021.

*/s/ Robert Tauler*
Robert Tauler

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 21, 2021, a true and accurate copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.


                                   */s/ Robert Tauler*
                                   Robert Tauler

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **MWK RECRUITING, INC,** | |
| Plaintiff | |
| v. | |
| **EVAN P. JOWERS, YULIYA VINOKUROVA, LEGIS VENTURES (HK) COMPANY LIMITED, AND ALEJANDRO VARGAS,** | **Case No. 1:18-cv-00444-RP** |
| Defendants | |
| **EVAN P. JOWERS,** | |
| Counterclaimant | |
| v. | |
| **MWK RECRUITING, INC.,** | |
| **ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED,** | |
| Counterdefendants | |

## KINNEY ENTITIES' THIRD REVISED INITIAL DISCLOSURES

Plaintiff MWK Recruiting Inc. ("**MWK**"), now known as Counsel Holdings, Inc., and Counter-defendants Robert E. Kinney ("**Kinney**"), Michelle W. Kinney ("**M.W. Kinney**"), Recruiting Partners GP, Inc., Kinney Recruiting LLC, Counsel Unlimited LLC, and Kinney Recruiting Limited (the "**Counter-defendants**" and, collectively with MWK, the "**Kinney Entities**") provide these Third Revised Initial Disclosures to Defendant Evan P. Jowers ("**Jowers**") pursuant to Federal Rule of Civil Procedure 26(a). The Kinney Entities base these disclosures on information that is reasonably available to them at this time and their understanding of the allegations set forth in the pleadings Defendants have filed. The Kinney Entities reserve the right to amend or supplement these disclosures, to the extent necessary, as the case progresses and as Defendant/Counter-plaintiff makes his specific allegations and information known.

**1.      Persons with Relevant Knowledge and Subject of Information.**

The Kinney Entities identify the following individuals likely to have discoverable information the Kinney Entities may use to support their claims and/or defenses.

**Robert E. Kinney**

Address:
c/o The Mort Law Firm, PLLC
100 Congress Ave, Ste 2000
Austin, Texas 78701

Subjects:     Knowledge regarding the operation, policies, finances, business relationships, contracts, trade secrets, accounting, and causes of action of the Kinney Entities; knowledge regarding assignment of the contacts-in-suit; and knowledge regarding the damages

suffered by the Kinney Entities. Knowledge of facts supporting claims and defenses.

**Matthew Gardiner**

Address:
c/o The Mort Law Firm, PLLC
100 Congress Ave, Ste 2000
Austin, Texas 78701

Subjects:    Database contents of Kinney Entities; operation of the Kinney Entities including existence of contracts with law firms and corporations. The storage and security of Kinney Entities' confidential and proprietary information including operational processes, rules, policies, and trade secrets.

**Alexis Lamb**

Address:
Legis Ventures (HK) Company Limited
Miami, Florida

Subjects:    Financial relationship of Jowers and his colleagues, financial arrangements within the various Jowers entities, candidates for placement of the Jowers entities, and law firms and corporations where Jowers has placed candidates. Operation of the Jowers entities, including contracts between employees and the companies, splits of commissions, ownership interests, bank relationships, and credit split arrangements. The Jowers entities' operational processes, rules, policies, and trade secrets.

**Peter Gutensohn**

Address:
4720 Cypress Landing
Saint Cloud, FL 34772

Subjects:    Information related to Jowers's activities before and after leaving the Kinney Entities, candidates with whom Jowers has worked, and fees earned by Jowers.

**Renee Sommers**

Address:
c/o The Mort Law Firm, PLLC
100 Congress Ave, Ste 2000
Austin, Texas 78701

Subjects:     Financial accounting and bookkeeping for the Kinney Entities, including payroll information.

**John Jaworski**

Address:
c/o The Mort Law Firm, PLLC
100 Congress Ave, Ste 2000
Austin, Texas 78701

Subjects:     Database contents of Kinney Entities; operation of the Kinney Entities including existence of contracts with law firms and corporations. The storage and security of Kinney Entities' confidential and proprietary information including operational processes, rules, policies, and trade secrets.

**Daniel Roark**

Address:
c/o The Mort Law Firm, PLLC
100 Congress Ave, Ste 2000
Austin, Texas 78701

Subjects:     The Kinney Entities' confidential and proprietary information including operational processes, rules, policies, and trade secrets.

**Jack Hopper**

Address:
c/o The Mort Law Firm, PLLC
100 Congress Ave, Ste 2000

Austin, Texas 78701

Subjects:      The Kinney Entities' confidential and proprietary information including operational processes, rules, policies, and trade secrets.

## Allen & Overy LLP

Address:
1221 Avenue of the Americas
New York, NY 10020

Subjects:      Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

## Baker & McKenzie LLP (Ed Zulkey)

Address:
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601

Subjects:      Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

## Cleary Gottlieb Steen & Hamilton LLP

Address:
One Liberty Plaza
New York, NY 10006

Subjects:      Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the

candidates and their backgrounds, including confidential and trade secret information.

**Cooley LLP (Anne Mooney)**

Address:
3175 Hanover Street
Palo Alto, CA 94304-1130

Subjects:    Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Covington & Burling**

Address:
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Subjects:    Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Debevoise & Plimpton LLP**

Address:
919 Third Avenue
New York, NY 10022

Subjects:    Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**DLA Piper LLP**

Address:
401 B Street
Suite 1700
San Diego, California 92101-4297

Subjects:     Placements made by and candidates for placement presented by
              Jowers, Vargas, and their colleagues, timing of placements,
              placement fees, statements made by Jowers about the
              candidates and their backgrounds, including confidential and
              trade secret information.

**Gibson, Dunn & Crutcher LLP (Stacy Glover)**

Address:
333 South Grand Avenue
Los Angeles, CA 90071-3197

Subjects:     Placements made by and candidates for placement presented by
              Jowers, Vargas, and their colleagues, timing of placements,
              placement fees, statements made by Jowers about the
              candidates and their backgrounds, including confidential and
              trade secret information.

**Gunderson Dettmer**

Address:
550 Allerton Street
Redwood City, CA 94063

Subjects:     Placements made by and candidates for placement presented by
              Jowers, Vargas, and their colleagues, timing of placements,
              placement fees, statements made by Jowers about the
              candidates and their backgrounds, including confidential and
              trade secret information.

**Kirkland & Ellis LLP (William Pruitt)**

Address:
300 North LaSalle
Chicago, IL 60654

Subjects:     Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Latham & Watkins (Mathew Roskoski)**

Address:
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

Subjects:     Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Morrison & Foerster, LLP (Doug Hendricks)**

Address:
425 Market Street
San Francisco, CA 94105-2482

Subjects:     Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

Address:
1285 Avenue of the Americas

New York, NY 10019-6064

Subjects:    Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Ropes & Gray LLP**

Address:
Prudential Tower
800 Boylston St.
Boston, MA 02199

Subjects:    Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Skadden, Arps, Slate, Meagher & Flom, LLP**

Address:
One Manhattan West
New York, NY 10001-8602

Subjects:    Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Simpson, Thacher & Bartlett LLP**

Address:
425 Lexington Avenue
New York, NY 10017

Subjects:   Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Weil, Gotshal & Manges, LLP**

Address:
767 Fifth Avenue
New York, NY 10153-0119

Subjects:   Placements made by and candidates for placement presented by Jowers, Vargas, and their colleagues, timing of placements, placement fees, statements made by Jowers about the candidates and their backgrounds, including confidential and trade secret information.

**Kevin Cooper**

Address:
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Steve (Wonsuk) Kang**

Address:
Latham & Watkins LLP
18th Floor, One Exchange Square
8 Connaught Place, Central
Hong Kong

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**John Maselli**

Address:
DLA Piper LLP (US)
555 Mission Street
Suite 2400
San Francisco, California 94105-2933

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Nicole Ma**

Address:
Contact information not known at this time.

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**James Chang**

Address:
DLA Piper UK LLP
20th Floor, South Tower
Beijing Kerry Center
No. 1 Guanghua Road
Chaoyang District
Beijing – 100020; China

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Pam Usukumah**

Address:
Allen & Overy LLP
One Bishops Square
London
E1 6AD

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Jennifer Liu**

Address:
Davis Polk & Wardwell
Hong Kong Solicitors
The Hong Kong Club Building
3A Chater Road
Hong Kong
China

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Zhonghua Shi**

Address:
Latham & Watkins
18th Floor, One Exchange Square
8 Connaught Place, Central
Hong Kong

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Mengqi Zhang**

Address:
Skadden, Arps, Slate, Meagher & Flom
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Judy Huang**

Address:
Kirkland & Ellis
26th Floor, Gloucester Tower
The Landmark
15 Queen's Road Central
Hong Kong

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential

and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Olivia Wang**

Address:
Kirkland & Ellis International LLP
29th Floor, China World Office 2
No.1 Jian Guo Men Wai Avenue
Beijing 100004
P.R. China

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Jason Lim**

Address:
Cleary Gottlieb Steen & Hamilton LLP
Foreign Legal Consultant Office
19F, Ferrum Tower
19, Eulji-ro 5-gil, Jung-gu
Seoul 04539

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Meng Ding**

Address:
39/F, Two Int'l Finance Centre
Central, Hong Kong

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Min Liu**

Address:
Contact information not known at this time.

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Chuan Liu**

Address:
Contact information not known at this time.

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Ben Su**

Address:
Latham & Watkins
18th Floor, One Exchange Square
8 Connaught Place, Central
Hong Kong

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential

and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Aster Lin**

Address:
Latham & Watkins
18th Floor, One Exchange Square
8 Connaught Place, Central
Hong Kong

Subjects: Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Jenny Qi**

Address:
Ropes & Gray
44th Floor, One Exchange Square
8 Connaught Place
Central, Hong Kong

Subjects: Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Samson Peng**

Address:
Skadden, Arps, Slate, Meagher & Flom
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong

Subjects: Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of

communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Cynthia Mo**

Address:
STB
ICBC Tower – 35th Floor
3 Garden Road, Central
Hong Kong

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Vanessa Ho**

Address:
Gunderson
1 Wallich Street
#32-02A Guoco Tower
Singapore 078881

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Phong Quan**

Address:
Garena Online Private Limited
1 Fusionopolis Place, #17-10, Galaxis, Singapore 138522

Subjects:   Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of

communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Ingram Weber**

Address:
Allen & Overy LLP
50 Collyer Quay, #09-01 OUE Bayfront
Singapore
049321

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Flora Bai**

Address:
Contact information not known at this time.

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Raymond Chau**

Address:
CFLD International
Asia Square Tower 1
8 Marina View #33-02/03
Singapore 018960

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential

and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Shinong Wang**

Address:
Debevoise
21/F AIA Central
1 Connaught Road Central
Hong Kong

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Xunming Lim**

Address:
Allen & Overy LLP
50 Collyer Quay, #09-01 OUE Bayfront
Singapore
049321

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Congsi Wu**

Address:
Contact information not known at this time.

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential

and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Rose Zhu**

Address:
Loeb & Loeb
21st Floor, CCB Tower
3 Connaught Road Central
Hong Kong SAR

Subjects:      Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Steve King**

Address:
Latham & Watkins LLP
Foreign Legal Consultant Office
29F One IFC, 10 Gukjegeumyung-ro
Yeongdeungpo-gu
Seoul 07326, Korea

Subjects:      Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Ryan Grimm**

Address:
Contact information not known at this time.

Subjects:      Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential

and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Jolyn Ang**

Address:
Gunderson Dettmer
1 Wallich Street
#32-02A Guoco Tower
Singapore 078881

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Christina Mao**

Address:
Paul Weiss
12th Floor, Hong Kong Club Building
3A Chater Road, Central
Hong Kong

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Grace Wong**

Address:
Paul Weiss
12th Floor, Hong Kong Club Building
3A Chater Road, Central
Hong Kong

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Jason Xu**

Address:
Contact information not known at this time.

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Kevin Chow**

Address:
Latham
26th Floor, Two ifc,
8 Century Boulevard,
Shanghai 200120
People's Republic of China

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Yang Ge**

Address:
20th Floor, South Tower
Beijing Kerry Center
No. 1 Guanghua Road
Chaoyang District
Beijing; 100020; China

Subjects:      Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Jiazhen Yan**

Address:
STB
3901 China World Tower A
1 Jian Guo Men Wai Avenue
Beijing 100004

Subjects:      Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Alex Ye**

Address:
DLA Piper Hong Kong
25th Floor
Three Exchange Square
8 Connaught Place
Central
Hong Kong
China

Subjects:      Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Longhao Wang**

Address:
Contact information not known at this time.

Subjects:      Relationship with Jowers and other affiliated recruiters, timing
of submission for placement, timing and content of
communication with Kinney Entities and Jowers. Confidential
and proprietary information including trade secrets shared with
the Kinney Entities and Jowers.

**Cecile Yang**

Address:
MoFo
Edinburgh Tower, 33/F
The Landmark, 15 Queen's Road Central
Hong Kong, China

Subjects:      Relationship with Jowers and other affiliated recruiters, timing
of submission for placement, timing and content of
communication with Kinney Entities and Jowers. Confidential
and proprietary information including trade secrets shared with
the Kinney Entities and Jowers.

**Christie Mok**

Address:
Linklaters
11th Floor, Alexandra House,
18 Chater Rd
Central, Hong Kong

Subjects:      Relationship with Jowers and other affiliated recruiters, timing
of submission for placement, timing and content of
communication with Kinney Entities and Jowers. Confidential
and proprietary information including trade secrets shared with
the Kinney Entities and Jowers.

**Amit Singh**

Address:
Linklaters
1 George St,
Singapore 049145

Subjects:     Relationship with Jowers and other affiliated recruiters, timing
              of submission for placement, timing and content of
              communication with Kinney Entities and Jowers. Confidential
              and proprietary information including trade secrets shared with
              the Kinney Entities and Jowers.

**Michele Discepola**

Address:
Linklaters
1 George St,
Singapore 049145

Subjects:     Relationship with Jowers and other affiliated recruiters, timing
              of submission for placement, timing and content of
              communication with Kinney Entities and Jowers. Confidential
              and proprietary information including trade secrets shared with
              the Kinney Entities and Jowers.

**Gillian Teo**

Address:
MoFo
50 Collyer Quay, #12-01 OUE Bayfront,
Singapore 049321

Subjects:     Relationship with Jowers and other affiliated recruiters, timing
              of submission for placement, timing and content of
              communication with Kinney Entities and Jowers. Confidential
              and proprietary information including trade secrets shared with
              the Kinney Entities and Jowers.

**Calvin Soon**

Address:
Linklaters
1 George St,
Singapore 049145

Subjects:      Relationship with Jowers and other affiliated recruiters, timing
               of submission for placement, timing and content of
               communication with Kinney Entities and Jowers. Confidential
               and proprietary information including trade secrets shared with
               the Kinney Entities and Jowers.

**Guang Yang**

Address:
Debevoise
21/F AIA Central
1 Connaught Road Central
Hong Kong

Subjects:      Relationship with Jowers and other affiliated recruiters, timing
               of submission for placement, timing and content of
               communication with Kinney Entities and Jowers. Confidential
               and proprietary information including trade secrets shared with
               the Kinney Entities and Jowers.

**Brian Snyder**

Address:
MoFo
Edinburgh Tower, 33/F
The Landmark, 15 Queen's Road Central
Hong Kong, China

Subjects:      Relationship with Jowers and other affiliated recruiters, timing
               of submission for placement, timing and content of
               communication with Kinney Entities and Jowers. Confidential
               and proprietary information including trade secrets shared with
               the Kinney Entities and Jowers.

**Joon Kim**

Address:
Terraform Labs
311, Gangnam-daero, Seocho-gu,
Seoul, Seoul 11111, KR

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Erika Tang**

Address:
Gibson Dunn
Hong Kong, Central,
32/F Gloucester Tower
The Landmark, 15 Queen's Road

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Eric Xu**

Address:
MoFo
Edinburgh Tower, 33/F
The Landmark, 15 Queen's Road Central
Hong Kong, China

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Yiting Li**

Address:
Skadden
JingAn Kerry Centre, Tower II
46th Floor
1539 Nanjing West Road
Shanghai 200040, China

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Yang Mo**

Address:
Paul Weiss
Unit 5201
Fortune Financial Center
5 Dongsanhuan Zhonglu
Chaoyang District, Beijing 100020
People's Republic of China

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Ferish Patel**

Address:
Cooley
Ocean Financial Centre
10 Collyer Quay
Raffles Place
Singapore 049315

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of

communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Tae Hun Kim**

Address:
Linklaters
11th Floor, Alexandra House,
18 Chater Rd,
Central, Hong Kong

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Rui Xie**

Address:
Gibson Dunn
Hong Kong, Central,
32/F Gloucester Tower, The Landmark,
15 Queen's Road

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Steven Holm**

Address:
12 Marina Boulevard
Marina Bay Financial Centre
36-03 Tower Three
Singapore 018982

Subjects:   Relationship with Jowers and other affiliated recruiters, timing
of submission for placement, timing and content of
communication with Kinney Entities and Jowers. Confidential
and proprietary information including trade secrets shared with
the Kinney Entities and Jowers.

**Stan Yao**

Address:
Skadden
42/F, Edinburgh Tower
The Landmark
15 Queen's Road Central
Central, Hong Kong

Subjects:   Relationship with Jowers and other affiliated recruiters, timing
of submission for placement, timing and content of
communication with Kinney Entities and Jowers. Confidential
and proprietary information including trade secrets shared with
the Kinney Entities and Jowers.

**James Jackson**

Address:
Cooley
Suites 3501 – 3505, 35/F
Two Exchange Square
8 Connaught Place
Central, Hong Kong

Subjects:   Relationship with Jowers and other affiliated recruiters, timing
of submission for placement, timing and content of
communication with Kinney Entities and Jowers. Confidential
and proprietary information including trade secrets shared with
the Kinney Entities and Jowers.

**Lianchen Liu**

Address:
Linklaters Beijing

1 Jianguomen Outer St,
Guomao, Chaoyang
Beijing, China, 100004

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Miae Woo**

Address:
Cooley
Ocean Financial Centre
10 Collyer Quay
Raffles Place
Singapore 049315

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**David Kuo**

Address:
DLA
80 Raffles Place
UOB Plaza 1, #48-01
Singapore
048624
Singapore

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Enlin Jiang**

Address:
12/F, Citi Tower
One Bay East
83 Hoi Bun Road
Kwun Tong, Kowloon, Hong Kong

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Qi Zhang**

Address:
Weil Gotshal
29/F Alexandra House
18 Chater Road
Central, Hong Kong

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Nick Park**

Address:
STB
ICBC Tower - 35th Floor
3 Garden Road, Central
Hong Kong

Subjects:     Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential

and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Sheng Shao**

Address:
Gibson Dunn
Hong Kong, Central,
32/F Gloucester Tower
The Landmark, 15 Queen's Road

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Sean Song**

Address:
The Hong Kong Club Building
3A Chater Road
Hong Kong
China

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

**Xinwei Li**

Address:
Cooley; 101 California Street
5th Floor
San Francisco, CA 94111-5800

Subjects:    Relationship with Jowers and other affiliated recruiters, timing of submission for placement, timing and content of

communication with Kinney Entities and Jowers. Confidential and proprietary information including trade secrets shared with the Kinney Entities and Jowers.

The Kinney Entities may also rely on individuals identified in the initial disclosures of any other party to support its claims and/or defenses. The Kinney Entities may also rely on any witnesses who provide deposition testimony in this matter to support their claims and/or defenses.

The Kinney Entities likely will rely on experts to support their claims or defenses. At this time, the Kinney Entities have not yet determined which expert(s), if any, may testify in this manner.

The Kinney Entities expect to discover additional witnesses whose specific identities are not yet known to support its claims and defenses. These witnesses will likely have knowledge relating to the placement and recruitment of candidates and exploitation of MWK's trade secrets.

**2. Documents and Things.**

The Kinney Entities identify the following categories of documents, electronically stored information, and tangible things that Defendant/Counter-plaintiff has in his possession, custody, or control and that they may use to support their claims and/or defenses.

a. Documents describing MWK's proprietary and confidential information and MWK's trade secrets.

b.    Documents describing the relationship between MWK and Jowers, including employment contracts, loan agreements, email and electronic messages,

c.    Documents describing the relationship between MWK and law firms and corporations for the placement of candidates, including contracts and email.

d.    Documents describing the relationship between MWK and candidates for placement, including email.

e.    Other information that may be discovered in the course of this litigation, including from Defendants and third parties.

**3.    Damages.**

MWK seeks a recovery of damages for breaches of contracts and misappropriation of trade secrets in an amount that cannot be presently calculated in full. As of this date, MWK is aware of the following placements made by Jowers, each of which was made in violation of MWK's rights, on or approximately on the date indicated on **Exhibit A**. By virtue of the damage provisions of Jowers's contract of employment, these amounts are due as damages to MWK.

With regard to the Revolving Loan and the Forgivable Loan, the amounts owed are calculated in the accounting attached hereto as **Exhibit B**, which has been previously provided to Jowers on November 23, 2020.

MWK also seeks an award of its reasonable and necessary attorneys' fees and costs in an amount that cannot presently be calculated. The Kinney Entities also seek an award of actual, special, and punitive damages.

4. **Indemnity and Insurance Agreements.**

The Kinney Entities are unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:  January 12, 2021

Respectfully Submitted

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave., Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANTS**

# EXHIBIT B

Transcript of the Testimony of

# Renee Sommers

### Date:

November 09, 2020

### Case:

MKW RECRUITING vs EVAN P. JOWERS

 1      A.    No.

 2      Q.    But you didn't -- you never asked Mr. Jowers how he

 3 wanted this money allocated?

 4      A.    No, because he owed the money, and it's not his

 5 choice when he has an outstanding loan.

 6      Q.    Whose choice is it?

 7      A.    It's the boss's, who he owes the loan to.

 8      Q.    Okay.

 9            But have you reviewed the contract that determines

10 who makes that decision?

11      A.    No.

12      Q.    Isn't that something that you would want to do as a

13 CPA?

14      A.    Maybe, but I didn't have access to it.

15      Q.    Did you ask for it?

16      A.    No.

17      Q.    You just did whatever Mr. Kinney decided, right?

18      A.    Yes.

19      Q.    And in some cases he said, apply it to the loans and

20 in other cases he said, give Evan some money; is that fair?

21      A.    Yes.

22      Q.    Let's move on to Exhibit 202.

23                  MR. KINNEY:  Is this a good time to take a

24 break, Rob?

25                  MR. TAULER:  We could, yes.

 1      A.    No.  I don't --

 2      Q.    You follow Robert Kinney's instructions, correct?

 3      A.    Yes.

 4      Q.    And you -- so then you decided to not pay Evan

 5 Jowers for the commission that you are telling him on December

 6 16th that he has earned; isn't that right?

 7                   MR. KINNEY:  Object to the form.

 8      A.    It wasn't my decision.

 9      Q.    You did what Robert Kinney said, right?

10      A.    Yes.

11      Q.    Was there anyone else besides Robert Kinney giving

12 you direction at this time?

13      A.    No.

14      Q.    When was it determined that Evan Jowers would not be

15 credited this amount from Hui Zhu?

16      A.    I don't know.

17      Q.    You don't know?  I mean -- but you're the

18 accountant, right?

19      A.    Yes.

20      Q.    So you knew at some point, didn't you?

21      A.    Yes.  It's been a long time.

22      Q.    Was it like a month after this that you realized

23 this or was it a year?

24      A.    I don't remember.

25      Q.    But at some point after Evan quit, the determination

# EXHIBIT C

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE ▌REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1   IN THE UNITED STATES DISTRICT COURT     **ORIGINAL**
    FOR THE WESTERN DISTRICT OF TEXAS
2   AUSTIN DIVISION
    CIVIL ACTION NO. 1:18-CV-00444
3
    MWK RECRUITING, INC.,
4   PLAINTIFF

5   V.

6   EVAN P. JOWERS, YULIYA
    VINOKUROVA, ALEJANDRO VARGAS,
7   AND LEGIS VENTURES (HK) COMPANY
    LIMITED (AKA JOWERS / VARGAS),
8   DEFENDANTS
    _____/
9
    EVAN P. JOWERS,
10  COUNTERCLAIMANT,

11  V.

12  MWK RECRUITING, INC., ROBERT E.
    KINNEY, MICHELLE W. KINNEY,
13  RECRUITING PARTNERS GP, INC.,
    KINNEY RECRUITING LLC, COUNSEL
14  UNLIMITED LLC, AND
    KINNEY RECRUITING LIMITED,
15  COUNTER-DEFENDANTS
    _____/
16  VIDEOCONFERENCE DEPOSITION OF PETER GUTENSOHN
    DATE:          DECEMBER 9, 2020
17  REPORTER:      KRISTEN LIVESEY
    PLACE:         ALL PARTIES APPEARED VIDEOCONFERENCE
18

19

20

21

22

23

24

25

400 North Ashley Drive, Suite 2600     100 East Pine Street, Suite 308     4651 Salisbury Road, 4th Floor
TAMPA, FL 33602                         ORLANDO, FL 32801                    JACKSONVILLE, FL 32256
                                        CORPORATE

1   the endeavor was to break at Evan.  That he was not

2   going to be able to work.  That Robert would continue to

3   tie them up in courts, essentially forever.

4        Q    And can you expand upon that?  What did he

5   mean?  Did he explain what -- did Mr. Kinney explain

6   what he meant by break Mr. Jowers?

7        A    That he put him in a position where he had no

8   money.  That he had no business.  That it would be

9   unable to continue in the business.

10       Q    So Mr. Kinney told you that the only purpose

11  of his lawsuit against Mr. Jowers was strictly to cause

12  Mr. Jowers to pay attorney's fees?

13           MR. KINNEY:  Objection to form.  You can

14      answer.

15       A    Specifically that the costs of the litigation,

16  which I took to be attorney's fees, were going to break

17  Mr. Jowers.

18       Q    And would Mr. Kinney ever share with you his

19  thoughts on how the case was progressing?

20       A    Oh, yeah.  At anytime you talked to Robert

21  about the case, he's winning everything.

22       Q    And do you remember specific instances of Mr.

23  Kinney sharing with you how the case was going?

24       A    I would get e-mails from Robert with the

25  outcome of various hearings.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

100307 Peter Ocensousn 22-05-2020   Page 56

```
 1        Q    And you were never Robert Kinney's client,
 2   right?  In an attorney-client relationship, right?
 3             MR. KINNEY:  Objection.  Form.
 4        Q    You don't consider Mr. Kinney to be your
 5   attorney, do you?
 6        A    No.  I do not.  Mr. Kinney was my employer.
 7        Q    Was Mr. Kinney ever your attorney?
 8        A    No.
 9        Q    As far as you know, was Mr. Kinney ever the
10   attorney of any other Kinney Recruiting employee as long
11   as you were there?
12        A    To my knowledge, no.
13        Q    Did Mr. Kinney ever tell you that with respect
14   to DLA Piper's involvement in the case that he was happy
15   Evan was spending money?
16        A    He -- he told me specifically the DLA was
17   going to bleed Evan dry.
18        Q    And was he happy about that?
19        A    He was pretty entertained by it.
20        Q    What did he tell you specifically?  Do you
21   remember?
22        A    That every time he filed anything, that it
23   would cost Evan thousands of dollars in attorney's fees
24   and he thought it was funny.
25        Q    So he thought it was funny?
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

Peter Jacobson   12-05-2020   Page 56

```
 1      Q    Do you remember how many times roughly Mr.
 2  Kinney expressed this to you?
 3           MR. KINNEY:  Objection.  Form.
 4      Q    Let me rephrase the question.  Do you remember
 5  how many times between the beginning of 2017 and your
 6  departure in 2019 that Mr. Kinney expressed a sentiment
 7  that he wanted to get even with Evan Jowers through his
 8  payment of attorney's fees -- through Mr. Jower's
 9  payment of attorney's fees during this time frame?
10      A    I can't give you an exact number, but it was
11  regularly.  For me, I -- I would say dozens of times.
12      Q    Did you ever put that on record?
13      A    Actually, that -- that period extended to
14  after I had left Kinney Recruiting.  I would get e-mails
15  from Robert keeping the up-to-date on the status of the
16  lawsuit, which I personally felt was a shaded warning
17  that this is what happens.
18      Q    It was a warning from Mr. Kinney to other
19  employees, do you mean?
20      A    To me.  That if I -- that if I crossed Mr.
21  Kinney's line, that he'd do the same thing to me.
22      Q    And so you ended up leaving Kinney Recruiting
23  May of 2019, correct?
24      A    Correct.
25      Q    And do you remember how many employees were
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS