# EXHIBIT Q

### Accounting for Loans to Evan Jowers from September 30, 2016-Present

| Date | "Zero" Loan | Revolving Loan | Forgiveable Loan | Jowers Credits | Transaction Description |
|---|---|---|---|---|---|
| 11/23/2020 | 0 00 | (13,189.66) | (25,683.90) | 0.00 | <-----Present Value of Each Loan as of Date Shown |
| 9/30/2016 | (30,000 00) | (93,009.74) | (25,711.92) | | Balance as of 9/30/2016 |
| 10/15/2016 | | (10,000.00) | | | loan of $10,000 to Jowers in paycheck |
| 10/15/2016 | | | (12.21) | | Interest accrued 9/30-10/15 on Forgivable Loan |
| 10/15/2016 | | | | 243.94 | Payroll gross up in 10/15 paycheck withheld to repay Forgivable Loan |
| 10/15/2016 | | | 12.21 | (12.21) | Withholding from 10/15 paycheck applied to repayment of Forgivable Loan interest |
| 10/15/2016 | | | 231.73 | (231.73) | Withholding from 10/15 paycheck applied to repayment of Forgivable Loan principal |
| 10/18/2016 | | (10,309.93) | | | Loan to Jowers by sending money to Four Seasons Hong Kong |
| 10/25/2016 | | (3,000.00) | | | Loan to Jowers sent by wire to Jowers FL bank account |
| 10/31/2016 | | | | 51,387.39 | Withholding from 10/31/2020 paycheck for loan repayment |
| 10/31/2016 | | 51,387.39 | | (51,387.39) | Withholding from 10/31 paycheck applied to repayment of Revolving Loan accrued interest and principal |
| 10/31/2016 | | | (12.10) | | Interest accrued 10/16-10/31 on Forgivable Loan |
| 10/31/2016 | | | | 243.94 | Payroll gross up in 10/31 paycheck withheld to repay Forgivable Loan |
| 10/31/2016 | | | 12.10 | (12.10) | Withholding from 10/31 paycheck applied to repayment of Forgivable Loan interest |
| 10/31/2016 | | | 231.84 | (231.84) | Withholding from 10/31 paycheck applied to repayment of Forgivable Loan principal |
| 11/15/2016 | | | | 17,958.28 | Withholding from 11/15/2016 paycheck for loan repayment |
| 11/15/2016 | | (459 94) | | | Interest accrual from 10/31-11/15 (15 days) on principal balance of $64,932.28 at daily rate of 0 0472222% |
| 11/15/2016 | | 459 94 | | (459.94) | Applied setoff from 11/15/2016 paycheck to pay off interest accrued on Revolving Loan |
| 11/15/2016 | | 17,498.34 | | (17,498.34) | Applied remaining setoff from 11/15/2016 paycheck to reduce Revolving Loan principal balance to $47,433.94 |
| 11/15/2016 | | | (11.99) | | Interest accrued 11/1-11/15 for Forgivable Loan |
| 11/15/2016 | | | | 243.94 | Payroll gross up in 11/15 paycheck withheld to repay Forgivable Loan |
| 11/15/2016 | | | 11.99 | (11.99) | Withholding from 11/15 paycheck applied to repayment of Forgivable Loan interest |
| 11/15/2016 | | | 231.95 | (231.95) | Withholding from 11/15 paycheck applied to repayment of Forgivable Loan principal |
| 11/30/2016 | | | (11.88) | | Interest accrued 11/15-11/30 for Forgivable Loan |
| 11/30/2016 | | | | 243.94 | Payroll gross up in 11/30 paycheck withheld to repay Forgivable Loan |
| 11/30/2016 | | | 11.88 | (11.88) | Withholding from 11/30 paycheck applied to repayment of Forgivable Loan interest |
| 11/30/2016 | | | 232.06 | (232.06) | Withholding from 11/30 paycheck applied to repayment of Forgivable Loan principal |
| 12/13/2016 | | | | 41,009.00 | Net commission earned for placement of Hui Xu ($41,009.00 - gross) |
| 12/15/2016 | | | (11.77) | | Interest accrued 12/1-12/15 for Forgivable Loan |
| 12/15/2016 | | | | 243.94 | Payroll gross up in 12/15 paycheck withheld to repay Forgivable Loan |
| 12/15/2016 | | | 11.77 | (11.77) | Withholding from 12/15 paycheck applied to repayment of Forgivable Loan interest |
| 12/15/2016 | | | 232.17 | (232.17) | Withholding from 12/15 paycheck applied to repayment of Forgivable Loan principal |
| 12/15/2016 | | (671 98) | | | Interest accrual from 11/15 to 12/15 (30 days) on principal balance of $47,433.94 at daily rate of 0 0472222% |
| 12/15/2016 | | | | 30,147.85 | Withholding from 12/15 pay check for loan repayment |
| 12/15/2016 | | 671 98 | | (671.98) | Applied setoff from last paycheck to pay off interest accrued on Revolving Loan |
| 12/16/2016 | 30,000 00 | | | (30,000.00) | Withholding from 12/15 paycheck applied as setoff of "zero interest" loan |
| 1/31/2017 | | (1,052.77) | | | Interest accrual from 12/15/2016 to 1/31/2017 (47 days) on principal balance of $47,433.94 at daily rate of 0 0472222% |
| 1/31/2017 | | 1,052.77 | | (1,052.77) | Applied setoff from last paycheck to pay off interest accrued on Revolving Loan |
| 1/31/2017 | | 39,432.10 | | (39,432.10) | Applied remaining balance of last last check as setoff to Revolving Loan |
| 11/23/2020 | | (5,187.82) | (1,131.73) | | **Interest accrued from 1/31/2017 to present day** |

**Interest Calculations**

**Revolving Loan Calculations**
Interest accrues at 17% annual rate (simple interest)
| | | |
|---|---:|---:|
| Daily rate (.17/360) | | 0.047222222% |
| Last balance | | (8,001 84) |
| Daily & Accrual Interest | $ | 3.78 |
| Date of interest start | | 1/31/2017 |
| Today | | 11/23/2020 |
| Total days | | 1392 |
| Total Interest since 1/31 balance | $ | 5,187 82 |

**Forgivable Loan Calculations**
Interest accrues at 1.17% annual rate (simple interest)
| | | |
|---|---:|---:|
| Daily rate ( 0117/365) | | 0 00321% |
| Last balance | | (24,552.17) |
| Daily & accural | $ | 0.79 |
| Date of interest start | | 12/16/2016 |
| Today | | 11/23/2020 |
| Total days | | 1438 |
| Total Interest since 1/31 balance | $ | 1,131.73 |