| | |
|---|---|
| **From:** | Luca Stein <lstein@taulersmith.com> |
| **Sent:** | Thursday, February 25, 2021 6:56 PM |
| **To:** | Robert Kinney; Ray Mort; Tristan L. |
| **Cc:** | Robert Tauler; Valerie Saryan |
| **Subject:** | Jowers's Notice of Subpoena - WDTX Admissions |
| **Attachments:** | 2021-02-25 - Jowers' Notice of Subpoena on WDTX Admissions.pdf |

Good afternoon,

Attached please find Evan P. Jowers's **Notice of Subpoena on the USDC Western District of Texas Admissions Committee**.

Luca Stein
Assistant to Robert Tauler

