# Ray Mort

| | |
|---|---|
| **From:** | Robert Tauler <rtauler@taulersmith.com> |
| **Sent:** | Thursday, February 25, 2021 7:59 PM |
| **To:** | Ray Mort |
| **Cc:** | Luca Stein; Robert Kinney; Tristan L.; Valerie Saryan |
| **Subject:** | Re: Jowers's Notice of Subpoena - WDTX Admissions |

You don't have to comply with anything genius, this is a subpoena to your friends at the Western District Admissions Board.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com



On Thu, Feb 25, 2021 at 5:48 PM Ray Mort <raymort@austinlaw.com> wrote:
This notice appears to be dated February 19, but was only sent to us today with time to comply for tomorrow.

Can you please explain why we are just now getting notice for this subpoena less than 16 hours prior to time to comply and 6 days after it is dated?

> On Feb 25, 2021, at 6:56 PM, Luca Stein <lstein@taulersmith.com> wrote:
>
> Good afternoon,
>
> Attached please find Evan P. Jowers's **Notice of Subpoena on the USDC Western District of Texas Admissions Committee**.
>
> Luca Stein
> Assistant to Robert Tauler
> <2021-02-25 - Jowers' Notice of Subpoena on WDTX Admissions.pdf>