UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC.<br><br>      Plaintiff,<br><br>v.<br><br>EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),<br><br>      Defendants.<br><br>EVAN P. JOWERS<br><br>      Counterclaimant,<br><br>v.<br><br>MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED<br><br>      Counter-defendants. | Civil Action No. 1:18-cv-00444 |

**RESPONSE TO JOWERS'S OBJECTION TO MAGISTRATE'S ORDER**

The record and the law fully support Judge Austin's order of March 8, 2021 (Dkt. No. 265). As described in the Kinney Entities Response, the subpoena in question sought information that is not relevant to any issue in the case and was served in violation of FRCP 45. (Dkt. No. 264). For these reasons, the Judge Austin's Order should be sustained. To the extent the Court believes additional input from the Kinney

Entities may be useful, the Kinney Entities stand ready to provide an additional response.

Dated: March 23, 2021

Respectfully Submitted,

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF MWK AND FOR COUNTER-DEFENDANTS KINNEY, RP GP, KR LLC, CU LLC, AND KINNEY RECRUITING HK**