# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MWK RECRUITING, INC.** | § | |
| | § | |
| **VS.** | § | No. 1:18-cv-0444 RP |
| | § | |
| **EVAN P. JOWERS, et al.** | § | |

## ORDER

Pursuant to the discussion at the discovery conference that took place this morning, the Court **ORDERS** that Dkt. No. 266 and the attachments thereto be **SEALED**. The Court further orders that by 10:00 a.m. on March 25, 2021, MWK Recruiting, Inc. provide counsel for the defendant a list of the items contained in that filing it has designated as "confidential" or "attorney's eyes only." No later than Friday, March 26, 2021, Evan Jowers is ordered to refile the Motion for Summary consistent with the requirements of the Confidentiality and Protective Order in this case (Dkt. 70), with the documents identified by MWK filed under seal, and any quotations from confidential documents redacted.

Further, the Court **ORDERS** that Dkt. 267-1 be **SEALED**, and the quotations from the deposition that are contained on pages 2-3 of Dkt. 267 be **SEALED**, and the Clerk replace those pages in the public record with pages in which the quotations are redacted.

SIGNED this 24th day of March, 2021.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE