UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC, <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, YULIYA VINOKUROVA, LEGIS VENTURES (HK) COMPANY LIMITED, AND ALEJANDRO VARGAS, <br><br> Defendants <br><br> EVAN P. JOWERS, <br><br> Counterclaimant <br><br> v. <br><br> MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED, <br><br> Counterdefendants | **Case No. 1:18-cv-00444-RP** |

**MWK ENTITIES' ADVISORY REGARDING
<u>ORDER ON BREAKING MEDIA'S MOTION TO QUASH
IN THE SOUTHERN DISTRICT OF NEW YORK</u>**

Pursuant to the Court's directive, this will serve as notice regarding the status of the Motion to Quash filed by Breaking Media, Inc., in the Southern District of New York. *Breaking Media v. Evan P. Jowers*, 1:21-mc-00194-KPF. Judge Failla granted Breaking Media's motion in full on April 9, 2021. A copy of Judge Failla's order is attached hereto as Exhibit 1. In view of this determination, MWK believes the matter brought to this Court's attention by email sent March 11, 2021, is now moot.

Dated:  April 14, 2021                                          Respectfully Submitted

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave., Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**

### Certificate of Conference

The undersigned sent a draft joint advisory to Robert Tauler on Friday, April 9, 2021, with a request that he revise it as he saw fit and add his signature block. Mr. Tauler did not respond to messages following up until last night, April 13, 2021, almost at midnight, when he asserted that "it is premature to file anything on this docket."

/s/ Robert E. Kinney
Robert E. Kinney