# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MWK Recruiting Inc | § | |
| | § | CIVIL NO: |
| vs. | § | AU:18-CV-00444-RP |
| | § | |
| Evan P. Jowers, et al | § | |

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, October 04, 2021 at 09:00 AM**.

IT IS SO ORDERED this 24th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE