## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **MWK RECRUITING, INC,**<br><br>Plaintiff<br><br>v.<br><br>**EVAN P. JOWERS,**<br><br>Defendants | **Case No. 1:18-cv-00444-RP** |
| **EVAN P. JOWERS,**<br><br>Counterclaimant<br><br>v.<br><br>**MWK RECRUITING, INC.,**<br>**ROBERT E. KINNEY,**<br>**KINNEY RECRUITING LLC, and**<br>**KINNEY RECRUITING LIMITED,**<br><br>Counterdefendants | |

## MWK'S OBJECTIONS AND MOTION TO STRIKE/EXCLUDE EVIDENCE, ARGUMENTS, AND WITNESSES OF JOWERS

# TABLE OF CONTENTS

I.  Preliminary Note ................................................................................. 1

II. Testimony and exhibits about unrelated issues, matters previously
adjudicated by the Court, and live issues omitted from the FF&CL should be
excluded/stricken. ................................................................................. 2

    A.  Exhibits and testimony regarding unrelated issues should be
excluded/stricken. .......................................................................... 3

    B.  Testimony and exhibits about issues that the Court has previously
adjudicated should be excluded. ...................................................... 4

        1.  Unpaid Bonuses. ................................................................. 4

        2.  Retroactive Reduction of Commissions. ............................. 4

        3.  Promissory Estoppel ........................................................... 5

        4.  Truth in Lending ................................................................. 5

        5.  Liquidated Damages ........................................................... 5

    C.  Issues omitted from the FF&CL should be excluded. ................... 6

        1.  Hong Kong Expenses Claims ............................................. 6

        2.  Estoppel Affirmative Defense ............................................ 7

        3.  Duress Affirmative Defense ............................................... 8

        4.  Unconscionability Affirmative Defense ............................. 8

        5.  Fraud Affirmative Defense ................................................. 9

        6.  Prior Material Breach Affirmative Defense ....................... 9

III. Jowers's proposed witnesses who were not properly disclosed should be
stricken and excluded. ........................................................................... 9

    A.  Persons who were not named at all in Jowers's Rule 26 disclosures
must be excluded as witnesses. ...................................................... 10

    B.  Persons for whom Jowers gave no indication of subject matter in his
Rule 26 disclosures must also be excluded as witnesses. ............. 11

    C.  Exercise of the Court's discretion to permit these witnesses to testify
is not warranted. ............................................................................ 12

IV. Other objections to exhibits. ............................................................. 12

    A.  MWK objects to Jowers's exhibits that have not been appropriately
identified. ....................................................................................... 12

    B.  MWK objects to Jowers's exhibits that have not been previously
produced. ........................................................................................ 13

V.  Table of Exhibits and Objections ............................................... 14-39

I.    <u>**Preliminary Note**</u>

Soon after resigning, Jowers vowed that he would outspend his former employer and do whatever he could to make this case as costly and difficult as possible to prosecute. (REK Decl., ¶¶2-3, **Exhibits A-B**). On this promise, he has kept his word. By his own account, Jowers now expects to spend over $2 million in his vengeful efforts. (Jowers Brief, Dkt. 246, at 29). As we prepare for trial, nothing about Jowers's tactics has changed. Noting that he is "paid by the hour," Jowers's counsel, Robert Tauler, recently argued for a four-week trial, adding:

> "…there is so much to go over in this case. Just the Kinney Letter to the Admissions Committee is going to take a day alone. If I get the chance at this trial, I am going to roast Robert Kinney on the witness stand real slow like a pig over hot coals. I believe they call that a cookout where you are from. Yee haw!!!!"

(REK Decl., at ¶4, **Exhibit C**).[1] A threat to spend an entire day of trial on a completely extraneous issue speaks for itself.

Trial of the remaining issues in this case should be able to be completed in one day. To streamline the case and avoid as much additional waste as possible, MWK seeks an order barring Jowers from raising issues at trial or presenting exhibits that relate solely to issues which are wholly unrelated to this case or to issues which have already been adjudicated by the Court. Jowers also should not be permitted to raise issues or introduce exhibits related solely to issues which are not included in his

---

[1] This sort of communication from Mr. Tauler to MWK's counsel, as well as to MWK's employees and business partners, has been a steady diet. As discussed with Judge Austin on March 24, 2021 (Dkt. 282), MWK intends to present a comprehensive motion for sanctions in this case post-trial because of the delay, obstruction, and harassment from Jowers and his counsel.

Proposed Findings of Fact and Conclusions of Law (the "FF&CL") – having failed to include findings regarding his only remaining claim and several of his previously pled affirmative defenses, those issues are now not part of the Court's pretrial order and should be considered terminated. *Geiserman v. MacDonald*, 893 F.2d 787, 790 (5th Cir. 1990) ("We will not disturb "a trial court's decision to exclude evidence as a means of enforcing a pretrial order . . . absent a clear abuse of discretion."). MWK also objects to and moves to strike and/or exclude each Jowers's proposed witnesses who were not properly disclosed pursuant to Rule 26. MWK also notes that Jowers failed to appropriately identify certain exhibits as required and produced as proposed exhibits at least one document which was not previously disclosed as required by Rule 26. MWK objects to the improper identification and moves to strike exhibits that were not previously produced. Finally, Jowers included a "stipulated facts" list with his pretrial submissions. (Dkt. 305-1). MWK has reviewed Jowers's proposed stipulations but has not agreed to also stipulate to them. For the sole purpose of trial in this matter, MWK agrees to stipulate to the following of the FF&CL: FF-1, FF-3, FF-4, FF-10, FF-16, FF-36.

II. **Testimony and exhibits about unrelated issues, matters previously adjudicated by the Court, and live issues omitted from the FF&CL should be excluded/stricken.**

The FF&CL and exhibit list (Dkt. 305-2) (the "Exhibit List") demonstrate that Jowers intends to introduce evidence regarding issues that have nothing to do with this case, as well as evidence regarding claims that have already been adjudicated by the Court; conversely, the FF&CL completely omit findings and conclusions from the

pretrial order related to Jowers's sole remaining claim (for Hong Kong expenses) and several of his affirmative defenses. Wholly unrelated and previously adjudicated issues should be barred from presentation at trial and related exhibits stricken. Previously live issues omitted from the FF&CL have been omitted from the pretrial order and should also be barred from presentation at trial.

## A.    Exhibits and testimony regarding unrelated issues should be excluded/stricken.

Because they have nothing to do with this case, exhibits and testimony related to each of the following issues should be excluded/stricken and barred from presentation at trial. The exhibits associated with these issues are listed below and are noted on the accompanying table with the notation, "**UI**."

1) Mr. Tauler's application for admission to practice before the WDTX;

2) distributions under and disclosures regarding the MWK 401K plan (D-128; D-129; D-174; D-197; D-238);

3) actual or contemplated loans to Jowers other than the ones at issue in this case (D-59; D-60; D-64; D-65; D-68 to D-74; D-116; D-117; D-118; D-119 to D-122; D-154);

4) matters that relate solely to remuneration and responsibilities of MWK employees other than Jowers (D-22 to D-32; D-34; D-35; D-38 to D-44; D-47; D-48; D-51; D-54; D-61 to D-63; D-80; D-81; D-85 to D-88; D-98; D-100; D-101; D-104; D-106; D-108; D-109; D-111; D-269; D-312 to D-314; D-320; D-332);

5) matters related only to Jowers's unpled allegations that MWK defamed him following his resignation (D-233; D-239; D-241 to D-243; D-250 to D-251); and

6) matters otherwise completely unrelated to the triable issues in this case (D-5; D-55; D-179; D-252 to D-261; D-319; D-321).

**B.     Testimony and exhibits about issues that the Court has previously adjudicated should be excluded/stricken.**

MWK objects to the introduction of exhibits and testimony related to the following issues which have already been adjudicated by the Court.

**1.     Unpaid Bonuses.**

The Exhibit List contains several exhibits that are related solely to his claim for unpaid bonuses, even though the Court previously granted summary judgment on this claim. Testimony regarding unpaid bonuses should be barred and related exhibits should be stricken/excluded. The related exhibits (marked with "**UB**" in the Table of Exhibits and Objections and Section V below) are: D-77; D-95, D-105; D-107; D-164, D-165; D-173, D-190; D-191.

**2.     Retroactive Reduction of Commissions.**

In the FF&CL, at ¶¶3, 4, 5, 6, 7, 8, and 29, Jowers proposes findings of fact which relate solely to his former claim for breach of contract related to improper payment of his commissions. The Court has already granted MWK summary judgment as to these claims. (Dkt. 285, at 8, 12). Testimony regarding reduction of commissions should be barred and related exhibits should be stricken/excluded. The related exhibits (each marked with "**RRC**" in the Table of Exhibits and Objections and Section V below) are: D-49; D-50; D-52; D-53; D-57; D-67; D-84; D-183; D-227; D-229; D-230; D-317.

### 3. Promissory Estoppel

The FF&CL, at ¶¶30, 31 and 32, present proposed findings related to alleged promises to Jowers regarding the Hong Kong contract and work visa. The Court has already granted summary judgment on all Jowers's promissory estoppel claims. (Order on MSJs, Dkt. 285, at 12, n. 4, and 14). Testimony regarding promises to Jowers should be barred and related exhibits should be stricken/excluded. The related exhibits (each marked with "**PE**" in the Table of Exhibits and Objections and Section V below) are: D-58; D-130 to D-138; D-140 to D-142; D-146 to D-153; D-155 to D-161; D-163; D-166; D-167; D-170; D-176; D-177; D-224; D-307.

### 4. Truth in Lending

The FF&CL present findings of fact related to his Truth in Lending Act and similar arguments at ¶¶ 8, 14, 15. The Court has already ruled that because Jowers did not plead these allegations, they were forfeited. (Order, Dkt. 285, at 15, n. 5). Testimony regarding this and similar laws should be barred and related exhibits should be stricken/excluded. The related exhibits (each marked with "**TiL**" in the Table of Exhibits and Objections and Section V below) are: D-118; D-122; D-315; D-316.

### 5. Liquidated Damages

The FF&CL, at finding of fact ¶37, as well as a conclusion of law ¶7, present findings and conclusions related to enforceability of the liquidated damages provision in the Jowers Agreement. The Court has already ruled that Jowers waived his arguments about the unenforceability of liquidated damages. (Order on MSJs,

Dkt. 285, at 21). Testimony and exhibits regarding liquidated damages enforceability should be barred.

### C.    Issues omitted from the FF&CL should be excluded.

The Court should order that, to the extent factual findings and legal issues are not contained in the FF&CL, those issues are not part of the pretrial order, are waived, and will be barred from presentation at trial. *See, Morris v. Homco Int'l, Inc.*, 853 F.2d 337, 342 (5th Cir. 1988) (concluding that claims or issues omitted from the pretrial order are waived).

### 1.    Hong Kong Expenses Claims

The FF&CL propose no findings or conclusions related to Hong Kong office expenses. Further, Jowers's Initial Disclosures gave no information regarding his damages related to any unpaid expenses. (REK Decl., at ¶¶5-7, **Exhibits D-F**). Rule 26(a) provides that a party's Rule 26 disclosures must provide "a *computation of each category of damages* claimed by the disclosing party…" Fed. R. Civ. P. 26(a)(1)(A)(iii) (emphasis added). Under Rule 37(c)(1), "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1). Where a party does not give information regarding her damages as required under Rule 26, the proper remedy is exclusion. *See, CQ, Inc. v. TXU Mining Co.*, 565 F.3d 268, 280 (5th Cir. 2009) (affirming trial court's exclusion of late- disclosed damages computations). Therefore, even if the FF&CL had included

findings and conclusions regarding his allegedly unpaid expenses, that information would have been excludable under Rule 37 because Jowers never bothered to compute his damages and provide the required disclosure of his computation. The Court should order that, in view of Jowers's failure to make proper disclosures and to include unpaid office expenses in the pretrial order, no testimony or exhibits related to unpaid Hong Kong office expenses may be entered at trial. The related exhibits (each marked with "**HKE**" in the Table of Exhibits and Objections and Section V below) are: D-144; D-172; D-184; D-225; D-228; D-231; D-235 to D-237; D-331.

### 2.    Estoppel Affirmative Defense

MWK also objects to the introduction of any testimony or exhibits to support Jowers's defense of estoppel. The affirmative defense of estoppel consists of four elements: "(1) the plaintiff must know the facts of the defendant's infringing conduct; (2) the plaintiff must intend that its conduct shall be acted on or must so act that the defendant has a right to believe that it is so intended; (3) the defendant must be ignorant of the true facts; and (4) the defendant must rely on the plaintiff's conduct to its injury." *Carson v. Dynegy, Inc.*, 344 F.3d 446, 453 (5th Cir. 2003). The FF&CL do not even attempt to present even a *prima facie* showing of the elements of this defense. Because Jowers has failed to present facts and conclusions that would at least support a *prima facie* showing of the elements of his defense of estoppel, the Court should exclude any testimony and exhibits Jowers would present to support his unsubstantiated defense.

### 3.    Duress Affirmative Defense

MWK also objects to the introduction of any testimony or exhibits to support Jowers's defense of duress. Under Florida law, to prove duress, "it must be shown (a) that the act sought to be set aside was effected involuntarily and thus not as an exercise of free choice or will and (b) that this condition of mind was caused by some improper and coercive conduct of the opposite side." *City of Miami v. Kory*, 394 So.2d 494 (Fla. 3d DCA 1981). "Threatened action cannot constitute duress, when there are adequate legal remedies available with which to challenge it." *Id.*, citing *Hartsville Oil Mill v. United States*, 271 U.S. 43 (1926). The FF&CL do not present any findings to support even a *prima facie* showing that this defense applies. Therefore, the Court should also exclude any testimony and exhibits Jowers would present to support his unsubstantiated defense of duress.

### 4.    Unconscionability Affirmative Defense

"The test for unconscionability assesses whether, in light of the parties' general commercial background and needs, the provision is so unilateral as to have been unconscionable at the time of formation. The objective is to prevent oppression and unfair surprise, not to disturb the allocation of risks stemming from one party's superior bargaining position." *Davis v. EGL Eagle Global Logistics LP*, 243 F. App'x 39, 45-46 (5th Cir. 2007) (citing *In re FirstMerit Bank, N.A.*, 52 S.W.3d 749, 756 (Tex. 2001)). Again, the FF&CL do not attempt to present a *prima facie* case that any actions of MWK or its predecessors were unconscionable. Therefore, the Court should

also exclude any testimony and exhibits Jowers would present to support unconscionability.

### 5.      Fraud Affirmative Defense

The affirmative defense of fraud requires proof of "(1) a misrepresentation of a material facts; (2) knowledge by the person making the statement that the representation is false; (3) intent by the person making the statement that the representation would induce another to rely and act on it; and (4) that the plaintiff suffered injury in justifiable reliance on the representation." *Tomasini v. Mt. Sinai Med. Ctr. of Fla., Inc.*, 315 F. Supp. 2d 1252, 1259 (S.D. Fla. 2004) (quoting *Susan Fixel, Inc. v. Rosenthal Rosenthal, Inc.*, 842 So.2d 204, 209 (Fla. 3d DCA 2003)). The FF&CL again do not even attempt to present a *prima facie* basis for this defense. Therefore, related testimony and exhibits should be excluded/barred.

### 6.      Prior Material Breach Affirmative Defense

The FF&CL do not allege that MWK or that any MWK entity breached the Jowers Agreement. Therefore, the Court should also exclude any testimony or exhibits Jowers would present to support Jowers's unsubstantiated material breach defense.

III.  **Jowers's proposed witnesses who were not properly disclosed should be stricken and excluded.**

Jowers's pretrial submission includes numerous witnesses. (Witness List, Dkt. 305-3). All but four of his proposed witnesses should be excluded pursuant to Rule 37(c)(1) for failure to disclose them as required by Rule 26. *See, Quanta Servs.*

*Inc. v. Am. Admin. Grp. Inc.*, 384 F. App'x 291, 295 (5th Cir. 2008) (district court did not abuse its discretion by striking witness who was not previously disclosed).

Rule 26(a) provides that a party's Rule 26 disclosures must provide "*the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses…*" Fed. R. Civ. P. 26(a)(1)(A)(i) (emphasis added). Jowers provided his initial Rule 26 disclosures on November 18, 2018, with two supplements, on August 26, 2020, and on December 11, 2020. (REK Decl., at ¶¶5-7, **Exhibits D-F**).

### A. Persons who were not named at all in Jowers's Rule 26 disclosures must be excluded as witnesses.

None of Jowers's Rule 26 disclosures listed any of the following names, yet each is on Jowers's Witness List (Dkt. 305-3), and each should be stricken and excluded from testifying:

- Alexis Lamb
- Peter Gutensohn
- Leiming Chen
- Xunming Lim
- Liang Zheng
- Leo Zhou
- Yilong Luo
- Ben Yao

- Renee Sommers
- Paige Drewlow
- Steve Kang
- Anthony Kammer
- Jason Thompson
- Joe Casey
- Zhixin Liu
- Junghyun Baek

- Xenia Chiu
- Tatiana Jowers
- Ryan Grimm
- Jingyi Wang
- Anais Ning
- Felicia Chen
- William Son
- Beiming Liu

- Max Chu
- Robert Williams
- Edward Zhang

- Ily Grace Yumul-Villanueva
- Jae Taek Hong
- Lianchen (Claire) Liu

- Patty Zhu
- Shu-en Wee
- Mark Tan

**B.   Persons for whom Jowers gave no indication of subject matter in his Rule 26 disclosures must also be excluded as witnesses.**

Similarly, although Jowers listed the following names of persons "likely to have discoverable information" in his supplemental Rule 26 disclosure dated August 26, 2020, he did not provide any indication of the subjects of the discoverable information these persons might possess, as was required by Rule 26. Accordingly, each should also be barred from testifying:

- Meng Ding
- Pam Usukumah
- Olivia Wang
- Jolyn Ang
- Jenny Qi
- Phong Quan
- Christina Mao
- Yang Ge
- Amit Singh
- Christie Mok
- Brian Snyder
- Eric Xu

- Longhao Wang
- David Kuo
- Rose Zhu
- Ben Su
- Samson Peng
- Ingram Weber
- Grace Wong
- Jiazhen Yan
- Michele Discepola
- Calvin Soon
- Joon Kim
- Yiting Li

- James Chang
- Judy Huang
- Jason Lim
- Aster Lin
- Cynthia Mo
- Shingong Wang
- Kevin Chow
- Alex Ye
- Gillian Teo
- Guang Yang
- Erika Tang
- Samson Peng

- Ferish Patel
- Rui Xie
- James Jackson
- Qi Zhang
- Sean Song

- Jenny Qi
- Steven Holm
- Enlin Jiang
- Nick Park
- Xinwei Li

- Tae Hun Kim
- Stan Yao
- Miae Woo
- Sheng Shao

### C. Exercise of the Court's discretion to permit these witnesses to testify is not warranted.

Despite Jowers's violations of Rule 26, the Court has discretion to permit the witnesses to testify, but only if the Court first finds that Jowers's failure to make the disclosures required by Rule 26 was "substantially justified or harmless." Fed. R. Civ. P. 37(c)(1). The Court should not make such a finding. To do so would be wasteful and would permit Jowers to unfairly surprise MWK with whatever subjects these persons might know. In summary, after eliminating the improperly disclosed witnesses, all Jowers's proposed witnesses should be excluded EXCEPT the following four: Yuliya Vinokurova, Robert Kinney, Daniel Cyr, and Evan Jowers.

## IV. <u>Other objections to exhibits.</u>

### A. MWK objects to Jowers's exhibits that have not been appropriately identified.

Local Rule 16(f) and the Court's Order of October 15, 2021 (Dkt. 301), required that the parties submit their exhibit lists including "an appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises." Local Rule 16(f)(4). Jowers did not separate his exhibits

into "may offer" and "will offer" categories. MWK objects to this failure to categorize. More importantly, Jowers produced 52 Exhibits without sufficient information to identify what they are and was unable to produce PDF copies of the exhibits despite multiple requests before these objections were due. The related exhibits (each marked with "**CI**" in the Table of Exhibits and Objections and Section V below) are: D-6 to D-16; D-19; D-20; D-33; D-37; D-52; D-56; D-66; D-92; D-115; D-126; D-139; D-162; D-175; D-181; D-189; D-198; D-232; D-240; D-245; D-269; D-273 to D-275; D-279; D-293; D-297 to D-299; D-302; D-304; D-305; D-311; D-318; D-322 to D-324; D-330; D-331; D-334; D-335. MWK objects to the failure to appropriately identify these exhibits. To the extent that the Court decides to allow Jowers the opportunity to identify his previously unidentified exhibits, MWK requests that it be allowed to lodge appropriate objections when it has access to the exhibits.

### B. MWK objects to Jowers's exhibits that have not been previously produced.

In addition to failing to identify 52 of his Exhibits appropriately, Jowers also identified as an exhibit at least one document that had not been previously produced in this case: D-269. This document was not previously produced as required by Rule 26(a)(1)(A)(ii). For the same reasons that Jowers's evidence and his claims regarding Hong Kong Expenses should be excluded/stricken, exhibits he seeks to use at trial that Jowers has not previously produced should also be stricken and excluded. Once Jowers produces an appropriate identification of his previously unidentified exhibits, MWK requests that it be permitted to seek to strike those exhibits that were not previously produced.

## V.   Table of Exhibits and Objections

**Objection Key:**

Numerical objections refer to the Federal Rules of Evidence

**CI** –   MWK is unable to identify this exhibit or the exhibit was not previously produced.

**UI** –   This exhibit is wholly unrelated to the triable issues in this case.

**UB** –   This exhibit relates to unpaid bonuses, a matter that has been adjudicated.

**RRC** –   This exhibit relates to retroactive reduction of commissions, a matter that has been previously adjudicated.

**PE** –   This exhibit relates to Jowers's promissory estoppel claims, which have been previously adjudicated.

**TiL** –   This exhibit relates to Jowers's Truth in Lending and related claims, which have been previously adjudicated.

**HKE** –   This exhibit relates to Jowers's Hong Kong expenses claims, which were not properly disclosed and have been omitted from the pretrial order.

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-1 | 2004-02-26 Articles of Incorporation of Recruiting Partners, Inc. | 402 |
| D-2 | 2004-04-09 Assumed Name Certificate for Filing with the Secretary of State Recruiting Partners, L.P. assumed Kinney Recruiting L.P. | 402 |
| D-3 | 2006-04-24 Email from Kinney to Jowers Subject Re: the ultimat result of lawlaterals is to promote Kinney Recruiting | 401, 402, 403 |
| D-4 | 2006-05-01 Evan Jowers Associate Recruiter Employment Agreement with Kinney Recruiting L.P. Dkt. 80-1 | |
| D-5 | 2006-05-03 Email from Jowers to Kinney Subject: Leopard's List | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-6 | 2006-05-23 Email from Jowers to Kinney Subject: RE: let's chat this evening (how about 6:40pm?) | CI |
| D-7 | 2006-05-24 Email from Jowers to Kinney Subject: RE: Kirkland & Ellis to open in Hong Kong | CI |
| D-8 | 2006-06-16 Email from Jowers to Kinney Subject: FW: Fwd: Hong Kong US based firms seek US corporate associates (no language required) | CI |
| D-9 | 2006-06-30 Email from Jowers to Kinney Subject: derivatives CA | CI |
| D-10 | 2006-07-01 Email from Jowers to Kinney Subject: RE: elg / lawlaterals | CI |
| D-11 | 2006-09-18 Email from Jowers to Kinney Subject: RE: Holzman Offer and your Incentive | CI |
| D-12 | 2006-10-04 - Certificate of Formation of Sommers Accounting, LLC | CI |
| D-13 | 2006-10-28 Email from Jowers to Kinney Subject: RE: minor expenses for October | CI |
| D-14 | 2006-11-10 Email from Jowers to Kinney Subject: FW: LAUREN WALZ -'04 UTexas venture capital / corporate associate from Latham & Watkins | CI |
| D-15 | 2006-12-16 Evan Jowers Employment Agreement | CI |
| D-16 | 2007-02-20 - Renee F. Sommers LLC Certificate of Amendment (Name Change) | CI |
| D-17 | 2007-03-09 – Recruiting Partners GP, Inc. Texas Franchise Tax Public Information Report Filing No. 800312489 | 401, 402, 403, 802 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-18 | 2007-12-31 – Assignment of Employment and Other Agreements by Kinney Recruiting, L.P. to Recruiting Partners GO, Inc. Dkt. 80-3 | 401, 402, 403 |
| D-19 | 2007-12-31 Dissolution of Recruiting Partners LP | CI |
| D-20 | 2007-12-31 Recruiting Partners L.P. Voluntarily Terminated Screenshot | CI |
| D-21 | 2008-02-21 Email from Kinney to Jowers Subject: Re: any news re abovethelaw.com? (MWK- 004170) | 401, 402, 403, UI |
| D-22 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005254) | 401, 402, 403, UI |
| D-23 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005256) | 401, 402, 403, UI |
| D-24 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005258) | 401, 402, 403, UI |
| D-25 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005259) | 401, 402, 403, UI |
| D-26 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005260) | 401, 402, 403, UI |
| D-27 | 2008-06-16 Email from Kinney to Jowers Subject: Re: Peter Gutenson (MWK-005257) | 401, 402, 403, UI |
| D-28 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005261) | 401, 402, 403, UI |
| D-29 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005262) | 401, 402, 403, UI |
| D-30 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005266) | 401, 402, 403, UI |
| D-31 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005267) | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-32 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005268) | 401, 402, 403, UI |
| D-33 | 2008-07-06 Email from Kinney to Jowers Subject: Fwd: Special Asia Advertising - Exhibit A Amendment | CI |
| D-34 | 2008-07-09 Email from Jowers to Kinney Subject: RE: Note Added – George Wilkinson (MWK- 005539) | 401, 402, 403, UI |
| D-35 | 2008-07-16 Email from Kinney Subject: Note Added – Job: #15475 – Peter Gutensohn (MWK-005654) | 401, 402, 403, 802, UI |
| D-36 | 2008-07-28 Email from Jowers to Kinney Subject: RE: ATL article | 401, 402, 403, 901, UI |
| D-37 | 2008-07-28 Email from Kinney to Jowers Subject: Re: atl articles | CI |
| D-38 | 2008-07-29 Email from Jowers Subject: Re Note Added - James Lin (MWK-005954) | 401, 402, 403, 802, UI |
| D-39 | 2008-07-29 Email from Kinney to Jowers Subject: Re Note Added - James Lin (MWK-005944) | 401, 402, 403, UI |
| D-40 | 2008-08-04 Email from Jowers to Gutensohn, Kinney Subject: RE: Checking in (MWK-006007) | 401, 402, 403, 802, UI |
| D-41 | 2008-08-04 Email from Jowers to Gutensohn, Kinney Subject: RE: Arthur Nathan; Haynes & Boone (MWK- 006011) | 401, 402, 403, 802, UI |
| D-42 | 2008-08-04 Email from Kinney to Gutensohn Subject: Re: Checking in (MWK-006001) | 401, 402, 403, 802, UI |
| D-43 | 2008-08-06 Email from Kinney to Jowers Subject: Fwd: Spoke with Evan (MWK-006027) | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-44 | 2008-08-06 Email from Kinney to Roark, Holzman, Jowers, Rea Subject: Craig Bergez; Porter & Hedges, Houston (MWK- 006023) | 401, 402, 403, UI |
| D-45 | 2008-12-17 Email from Kinney to Jowers Subject: Re: Phil Culhane | 401, 402, 403, UI |
| D-46 | 2008-12-30 Email from Kinney to Jowers Subject: Fed: Steven's dough (MWK- 008450) | 401, 402, 403, UI |
| D-47 | 2009-01-06 Email from Drew Prisner Subject: Re: (MWK-008561) | 401, 402, 403, 802, UI |
| D-48 | 2009-01-06 Email from Peter Gutensohn to Daniel, Drew, Yuliya, CC'd Robert Kinney (MWK-008551) | 401, 402, 403, 802, UI |
| D-49 | 2009-01-28 New Asia Plan for 2009 (MWK- 150634) | 401, 402, 403, RRC |
| D-50 | 2009-01-28 Re_New Asia Plan for 2009 (MWK- 150635) | 401, 402, 403, RRC |
| D-51 | 2009-01-29 Email from Jowers to Kinney Subject: spoke with Alexis | 401, 402, 403, 802, UI |
| D-52 | 2009-01-29 Email from Kinney to Jowers Subject: RE: New Asia Plan for 2009 | CI |
| D-53 | 2009-01-29 Re_New Asia Plan for 2009 (MWK- 150638) | 401, 402, 403, RRC |
| D-54 | 2009-04-21 Email from Gutensohn to Kinney Subject: DLA HK (MWK- 010269) | 401, 402, 403, UI |
| D-55 | 2009-05-13 Email from Gutensohn to Kinney CC'd Recruiters Subject: RE: Management Lesson (not PC, but important to remember, especially for lawyers) (EJOW0000055407) | 401, 402, 403, UI |
| D-56 | 2009-09-16 Email from Jowers to Kinney Subject: RE: New Asia Plan for 2009 | CI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-57 | 2009-09-16 Re_New Asia Plan for 2009 (MWK-151780) | 401, 402, 403, RRC |
| D-58 | 2009-09-30 Immigration Department, the Government of the Hong Kong Special Admin Region (MWK- 113155) | 401, 402, 403, PE |
| D-59 | 2010-03-12 Chat with Robert Kinney (MWK-138362) | 401, 402, 403, UI |
| D-60 | 2010-03-16 Chat with Robert Kinney (MWK-164377) | 401, 402, 403, UI |
| D-61 | 2010-05-18 Email from Kinney to Lamb and CC'd Jowers Subject: Re: Check deposited – next visa steps | 401, 402, 403, UI |
| D-62 | 2010-06-17 Email from Kinney to Jowers Subject: alexis trainin | 401, 402, 403, UI |
| D-63 | 2010-10-07 Alexis Lamb Associate Recruiter Employment Agreement (MWK048025) | 401, 402, 403, UI |
| D-64 | 2011-04-19 Re_ here comes some frustration for you that i tried to avoid (MWK-140534) | 401, 402, 403, UI |
| D-65 | 2011-04-20 Chat with Robert Kinney (MWK-140548) | 401, 402, 403, UI |
| D-66 | 2011-11-06 Email from Kinney to Jowers Subject: Re: Our offer! | CI |
| D-67 | 2011-11-30 Evan Jowers Commission Spreadsheet (MWK-163409) | 401, 402, 403, RRC |
| D-68 | 2012 Loans Outstanding (MWK-043064) | 401, 402, 403, UI |
| D-69 | 2012 Original Loan Before Promissory Note Interest Calculation (MWK-164673) | 401, 402, 403, UI |
| D-70 | 2012-02-22 Email from Kinney to Sommers Subject: Re: Evan Loan (MWK-176782) | 401, 402, 403, UI |
| D-71 | 2012-02-22 Evan Loan (MWK-176777) | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-72 | 2012-04-02 Loan to Evan - 20,000 at 17% (MWK- 176804) | 401, 402, 403, UI |
| D-73 | 2012-04-11 Email from Kinney to Sommers Subject: $42,500 received in HK from Kirkland (MWK- 176825) | 401, 402, 403, UI |
| D-74 | 2012-04-13 Re_Seton Gala (MWK-164499) | 401, 402, 403, UI |
| D-75 | 2012-05-11 Email from Kinney to Sommers Subject: Re: How Much to pay Evan (MWK-176915) | 401, 402, 403, RRC |
| D-76 | 2012-05-17 Email from Kinney to Sommers Subject: Re: 5/15 paystub (MWK-042216) | 401, 402, 403, RRC |
| D-77 | 2012-05-17 Email from Kinney to Sommers Subject: Re: 5/15 paystub (MWK-176933) | 401, 402, 403, UB |
| D-78 | 2012-05-29 Email from Sommers to Kinney Subject: [blank], Attachments: peter5.31pay.pdf; evanpay5.31.pdf; evanloanat5.31.pdf; (MWK- 176958) | 401, 402, 403, UI |
| D-79 | 2012-07-02 Email from Kinney to Sommers Subject: Re: shouldn't I have received 9k after taxes on this paycheck? (MWK-177044) | 401, 402, 403 |
| D-80 | 2012-08-09 Email from Lamb to Gutensohn, Kinney Subject: Re: Update from Joe B. At Jones Day Singapore (MWK-177099) | 401, 402, 403, UI |
| D-81 | 2012-08-10 Email from Sommers to Gardner, Lamb and CC'd to Kinney Subject: RE: Fw: o k: Fw: Michael Qiao's case (MWK- 177117) | 401, 402, 403, 802, UI |
| D-82 | 2012-08-28 Email from Gutensohn to Carr, Kinney Subject: Re: from Joshua; update on Kung-Wei Liu (MWK-177203) | 401, 402, 403, UI |
| D-83 | 2012-09-13 - Certificate of Formation of Counsel Unlimited LLC | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-84 | 2012-09-13 Email from Kinney to Sommers Subject: Re: Evan Pay(MWK- 177285) | 401, 402, 403, RRC |
| D-85 | 2012-09-13 Email from Kinney to Sommers Subject: Re: Evan Pay (MWK- 177288) | 401, 402, 403, UI |
| D-86 | 2012-09-18 Email from Kinney to Sommers and CC'd Gutensohn Subject: Fwd: crisis issue (MWK-177322) | 401, 402, 403, UI |
| D-87 | 2012-10-10 Email from Kinney to Sommers Subject: Re: Naveen Pogula placement (MWK-177368) | 401, 402, 403, UI |
| D-88 | 2012-10-10 Email from Kinney to Sommers, CC'd Matthew Subject: Re: Naveen Pogula placement (MWK-177364) | 401, 402, 403, UI |
| D-89 | 2012-10-15 Security Agreement ( MWK-000037) | |
| D-90 | 2012-10-16 Assignment of Employment and Other Agreements by Kinney Recruiting, Inc. Dkt. 78-7 | 401, 402, 403 |
| D-91 | 2012-11-01 Evan P. Jowers Promissory Note (MWK- 000012) | |
| D-92 | 2012-11-27 Separation Agreement between Kinney Recruiting Linited and Alexis Lamb | CI |
| D-93 | 2012-11-29 CUL Line of Credit Agmt (MWK-000018) | |
| D-94 | 2012-11-30 Jowers Commission Spreadsheet (MWK-048429) | |
| D-95 | 2012-12-27 Re_FW_Evan Bonus (MWK-177484) | 401, 402, UB |
| D-96 | 2012-12-28 Docusign Certificate of Completion re Evan Jowers 2012 Forgivable Loan Docs (MWK-000058) | |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-97 | 2012-12-28 Email from Sommers to Kinney Subject: RE: Update on Cash after Payroll (MWK-164527) | 401, 402, 403 |
| D-98 | 2012-12-31 Email from Kinney to Gutensohn, Jowers Subject: Josh looking for a paycheck (EJOW0000222564) | 401, 402, 403, UI |
| D-99 | 2012-9-26 CUL EIN (Michelle Kinney Sole Member) (MWK- 047434) | 401, 402, 802 |
| D-100 | 2013-05-29 Email from Kinney to Gutensohn Subject: Re: payroll (MWK- 177707) | 401, 402, 403, UI |
| D-101 | 2013-05-29 Email from Kinney to Gutensohn Subject: Re: payroll (MWK- 177708) | 401, 402, 403, UI |
| D-102 | 2013-06-06 Email from Kinney to Sommers Subject: Re: Evan Interest Credit (MWK- 164538) | 401, 402, 403 |
| D-103 | 2013-06-06 Re_Evan Interest Credit (MWK- 177719) | 401, 402, 403, |
| D-104 | 2013-06-12 Email from Gutensohn to Kinney Subject: Re: because the market is so hot, I recommend you allow josh to call for me for one month (MWK-177725) | 401, 402, 403, 802, UI |
| D-105 | 2013-06-25 Re_E-Ticket Confirmation- EKBPOQ 10JUN (MWK-177759) | 401, 402, 403, UB |
| D-106 | 2013-07-26 Email from Sommers to Wong Subject: RE: Kinney Recruiting Ltd. Audit 2012 (MWK-177786) | 401, 402, 403, 802, UI |
| D-107 | 2013-5-16 Email from Kinney to Sommers Subject: Re: Commission Spreadsheet (MWK- 055092) | 401, 402, 403, UB |
| D-108 | 2014-03-15 Email from Kinney to Gutensohn, Jowers Subject: Meetings (MWK- 077518) | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-109 | 2014-04-28 Email from Kinney to Sommers Subject: Re: Payroll (MWK- 178196) | 401, 402, 403, 802, UI |
| D-110 | 2014-05-28 Email from Kinney to Sommers Subject: RE: Evan (MWK- 178227) | 401, 402, 403, 802 |
| D-111 | 2014-08-22 Email from Kinney to Jowers, Gutensohn Subject: Fwd: updated info for payment to Joshua Carr (EJOW0000146122) | 401, 402, 403, UI |
| D-112 | 2014-10-21 Re_can we have a phone chat during your Monday Texas Time (MWK-178378) | 401, 402, 403, 802, 901 |
| D-113 | 2014-11-12 Email from Kinney to Sommers Subject: Re: Payroll Questions (MWK-178425) | 401, 402, 403, 802 |
| D-114 | 2014-12-31 - Counsel Unlimited Public Information Report | 401, 402, 403, 802, 901 |
| D-115 | 2014-12-31 - Counsel Unlimited Public Information Report | CI |
| D-116 | 2015-03-23 Loan for Evan (MWK-178740) | 401, 402, 403, UI |
| D-117 | 2015-03-23 Re_Loan for Evan (MWK-178743) | 401, 402, 403, UI |
| D-118 | 2015-03-26 Email from Jowers to Kinney Subject: Yes, please give me my draw end of month (MWK- 000337-MWK000340) | 401, 402, 403, UI, TiL |
| D-119 | 2015-03-27 Re_Yes, please give my draw end of month (MWK-178767) | 401, 402, 403, UI |
| D-120 | 2015-03-27 Rwd_Yes, please give me my draw end of month (MWK-178759) | 401, 402, 403, UI |
| D-121 | 2015-03-31 Email from Kinney to Sommers Subject: $3000 (MWK- 178778) | 401, 402, 403, UI |
| D-122 | 2015-03-31 Email from Kinney to Sommers Dkt. 259- 14 | 401, 402, 403, UI, TiL, |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-123 | 2015-04-09 Email from Kinney to Sommers Subject: Loan to Evan (MWK- 178787) | 401, 402, 403 |
| D-124 | 2015-05-12 Re_EVAN Payroll (MWK-178811) | 802 |
| D-125 | 2015-05-26 Re_Can you send me 12k today (MWK-178837) | 802 |
| D-126 | 2015-06-17 Article Published on Above the Law: Kinney's Evan Jowers Now Permanently Based In Hong Kong | CI |
| D-127 | 2015-07-24 Email from Kinney to Sommers Subject: Re: Commission/Loans - Cash Flow (MWK-178915) | 401, 402, 403, 802, UI |
| D-128 | 2015-08-04 401K Loan (MWK-178961) | 401, 402, 403, 802, UI |
| D-129 | 2015-08-04 Email from Sommers to "Distributions Request" CC'd Kinney Subject: Re: Loan for employee at Kinney Recruiting (MWK-178957) | 401, 402, 403, 802, UI |
| D-130 | 2015-08-07 Email from Kinney to Lai, CC'd Tan, Wong, Jowers Subject: Re: Work Visa (MWK-111563) | 401, 402, 403, 802, PE |
| D-131 | 2015-08-08 Re_Work Visa (MWK-111620) | 401, 402, 403, 802, PE |
| D-132 | 2015-08-10 Re_Work Visa (MWK-111670) | 401, 402, 403, 802, PE |
| D-133 | 2015-08-20 Re_Work Visa (MWK-112284) | 401, 402, 403, 802, PE |
| D-134 | 2015-08-20 Re_Work Visa (MWK-112332) | 401, 402, 403, 802, PE |
| D-135 | 2015-08-20 Re_Work Visa (MWK-112336) | 401, 402, 403, 802, PE |
| D-136 | 2015-08-21 Re_Work Visa (MWK-112352) | 401, 402, 403, 802, PE |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-137 | 2015-08-30 Re_Work Visa (MWK-112754) | 401, 402, 403, 802, PE |
| D-138 | 2015-08-31 Re_Work Visa (MWK-112761) | 401, 402, 403, 802, PE |
| D-139 | 2015-09-07 Email from Wong to Kinney, CC'd Jowers, Tan Lai Subject: Re: Work Visa | CI |
| D-140 | 2015-09-07 Re_Work Visa (MWK-113154) | 401, 402, 403, 802, PE |
| D-141 | 2015-09-07 Re_Work Visa (MWK-113159) | 401, 402, 403, 802, PE |
| D-142 | 2015-09-07 Re_Work Visa (MWK-113167) | 401, 402, 403, 802, PE |
| D-143 | 2015-09-09 Re_funds I need for Swiss holiday (MWK- 178983) | 401, 402, 403, 802 |
| D-144 | 2015-09-22 Email from Kinney to Sommers Dkt 259-6 | 401, 402, 403, HKE |
| D-145 | 2015-10-06 Email from Kinney to Gutensohn, Jowers Subject: Re: A&O asked me to go after Eugene Lee and He Li (EJOW0000188324) | 401, 402, 403, 802, UI |
| D-146 | 2015-10-10 Re_Work Visa (MWK-115356) | 401, 402, 403, 802, PE |
| D-147 | 2015-10-10 Re_Work Visa (MWK-115366) | 401, 402, 403, 802, PE |
| D-148 | 2015-10-12 Fwd_RE_Work Visa (MWK-115433) | 401, 402, 403, 802, PE |
| D-149 | 2015-10-12 Re_Work Visa (MWK-115398) | 401, 402, 403, 802, PE |
| D-150 | 2015-10-12 Re_Work Visa (MWK-115400) | 401, 402, 403, 802, PE |
| D-151 | 2015-10-12 Re_Work Visa (MWK-115428) | 401, 402, 403, 802, PE |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-152 | 2015-10-12 Re_Work Visa (MWK-115429) | 401, 402, 403, 802, PE |
| D-153 | 2015-10-12 through 2015-11- 05 Emails between Jowers and Kinney Dkt. 259-11 | 401, 402, 403, 802, PE |
| D-154 | 2015-10-15 Re_can you please wire me 5k on Monday US time (MWK-114984) | 401, 402, 403, UI |
| D-155 | 2015-10-15 Re_RE_Work Visa (MWK-115635) | 401, 402, 403, 802, PE |
| D-156 | 2015-10-20 Re_RE_Work Visa (MWK-115937) | 401, 402, 403, 802, PE |
| D-157 | 2015-10-22 Re_RE_Work Visa (MWK-116273) | 401, 402, 403, 802, PE |
| D-158 | 2015-10-24 Evan needs work Visa (MWK-116424) | 401, 402, 403, 802, PE |
| D-159 | 2015-10-24 Re_RE_Work Visa (MWK-116413) | 401, 402, 403, 802, PE |
| D-160 | 2015-10-24 Re_RE_Work Visa (MWK-116416) | 401, 402, 403, 802, PE |
| D-161 | 2015-11-03 Re_Re_Work Visa (MWK-116916) | 401, 402, 403, 802, PE |
| D-162 | 2015-11-05 Barnes Complaint Case No. BC600371 | CI |
| D-163 | 2015-11-11 Re_RE_Work Visa (MWK-179211) | 401, 402, 403, 802, PE |
| D-164 | 2015-11-12 Email from Kinney to Jowers Subject: Re: sorry about my emails re bonus, etc. (MWK-117430) | 401, 402, 403, 802, UB |
| D-165 | 2015-11-21 Email from Kinney to Sommers Subject: Re: EARLY CLOSE DATE FOR NOVEMBER 30 (MWK-179304) | 401, 402, 403, 802, UB |
| D-166 | 2015-11-5 Evan needs Visa (MWK-117002) | 401, 402, 403, 802 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-167 | 2015-12-02 Re_ crazy I know, but can you wire me 8k before end of week (MWK-118085) | 401, 402, PE |
| D-168 | 2015-3-23 charging 17% per month (MWK-178740) | 401, 402, 403, UI |
| D-169 | 2015-3-23 Wire (MWK- 178742) | |
| D-170 | 2015-6-13 Jowers Moving Soon to HK (MWK-178890 | 401, 402, 802 |
| D-171 | 2015-8-5 Housing Costs HK (MWK-055092) | 401, 402, 403 |
| D-172 | 2015-9-22 I scheduled Evan's October rent to be paid on the 26th to the Four Seasons | 401, 402, 403, HKE |
| D-173 | 2016- 12-13 Email from Kinney to Sommers Subject: Re: Evan Bonus (MWK- 180000) Duplicate D-45? | 401, 402, UB |
| D-174 | 2016 MWK Recruiting 401(K) Plan Summary Plan Description (MWK-120277) | 401, 402, 403, UI |
| D-175 | 2016-02-03 Email from Jowers to Sommers CC'd Kinney, Gardner Subject: Re: My W2 has some strange address in FL as my address | CI |
| D-176 | 2016-03-24 Emails between Kinney and Jowers 259-12 | 401, 402, 403, PE |
| D-177 | 2016-03-24 Re_Can we move forward with work visa next week (MWK-123831) | 401, 402, 403, PE |
| D-178 | 2016-05-11 - Counsel Unlimited LLC tax Filing | 401, 402, 403, 802, 901 |
| D-179 | 2016-06-02 Email from Gutensohn to Kinney, Jowers Subject: Re: What's up w Gutensohn deals? (EJOW0000270739) | 401, 402, 403, 802, 901, UI |
| D-180 | 2016-08-16 Email from Kinney to Sommers Subject: Re: the below analysis of my | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| | spreadsheet (and additional facts) has me at about $230,000 in the black (MWK-179828) | |
| D-181 | 2016-08-17 Email from Kinney to Sommers Subject: Re: the below analysis of my spreadsheet (and additional facts) has me at about $230,000 in the black | CI |
| D-182 | 2016-09-20 Email from Kinney to Sommers Subject: Money for Evan (MWK-179888) | 401, 402, 403 |
| D-183 | 2016-10-06 Email from Jowers to Sommers Subject: Re: Invoice from Kinney Recruiting Limited for the placement of Jacqueline Tang (MWK-135114) | 401, 402 |
| D-184 | 2016-10-18 Email from Kinney to Jowers, Sommers Subject: Re: Re: Four Seasons Place - Extension of Room 5242 (MWK-135549) | 401, 402, 403, 802, HKE |
| D-185 | 2016-10-26 Email from Kinney to Sommers Subject: Re: Hong Kong Money (MWK-179946) | 401, 402, 403, 802 |
| D-186 | 2016-10-26 Email from Kinney to Sommers Subject: Fwd: pipeline, request fro funds for my 6 week holiday coming up. (MWK- 179948) | 401, 402, 403 |
| D-187 | 2016-10-26 Email from Kinney to Sommers Subject: EVAN STATUS FINANCIAL - Invitation to edit (MWK-179952) | 401, 402, 403, 802 |
| D-188 | 2016-10-26 Payroll Preview Details (MWK-179945) | 401, 402, 403 |
| D-189 | 2016-11-22 Email from Kinney to Jowers Subject: Invoice from Kinney Recruiting Limited for the placement of Hui Xu | CI |
| D-190 | 2016-12-13 Email from Kinney to Sommers Subject: Re: Evan Bonus (MWK-180000) | 401, 402, 403, 802, UB |
| D-191 | 2016-12-13 Emails between Kinney and Sommers Dkt. 259-8 | 401, 402, 403, 802, UB |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-192 | 2016-12-14 Email from Kinney to Sommers Subject: Re: Evan Status for Next Pay Period (MWK-180006) | 401, 402, 403, 802 |
| D-193 | 2016-12-14 Email from Sommers to Kinney Subject: Re: Evan Status for Next Pay Period (MWK- 180008-MWK-180009) | 401, 402, 403, 802 |
| D-194 | 2016-12-14 Emails between Kinney and Sommers Dkt. 259-10 | 401, 402, 403, 802 |
| D-195 | 2016-12-14 Re_Evan Status for Next Pay Period (MWK- 180003) | 401, 402, 403, 802 |
| D-196 | 2016-12-14 Re_Evan Status for Next Pay Period (MWK- 180004) | 401, 402, 403, 802 |
| D-197 | 2016-12-15 Email from Sommers Subject: 401K Plan Disclosures for 2016/2017 (MWK-136863) | 401, 402, 403, 802, UI |
| D-198 | 2016-12-15 Evan Jowers Commission Spreadsheet | CI |
| D-199 | 2016-12-16 Email from Jowers to Sommers Subject: Re: question re this pay period (MWK-136925) | 802 |
| D-200 | 2016-12-16 Email from Kinney to Jowers Subject: Re: with a heavy heart, I am going to have to resign now (at least temporarily, until we can figure out a more fair arrangement) (MWK-136904) | 401, 402, 403 |
| D-201 | 2016-12-16 Question re this pay period (MWK-136917) | 802 |
| D-202 | 2016-12-16 Re_ question re this pay period (MWK- 136922) | 802 |
| D-203 | 2016-12-23 Fwd_Fw_Re_ Resume and Deal Sheet (MWK-180083) | 401, 402, 403 |
| D-204 | 2016-12-23 Fwd_Resume and Deal Sheet (MWK-180036) | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-205 | 2016-12-23 Fwd_Resume and Deal Sheet (MWK-180040) | 401, 402, 403 |
| D-206 | 2016-12-24 FWD_Fw_Re_Resume and Deal Sheet (MWK-136993) | 401, 402, 403 |
| D-207 | 2016-12-24 Re_Fw_Re_Resume and Deal Sheet (MWK-136994) | 401, 402, 403 |
| D-208 | 2016-12-24 Re_Fw_Re_Resume and Deal Sheet (MWK-136995) | 401, 402, 403 |
| D-209 | 2016-12-24 Re_Simply not convinced the '06 agreement is enforceable (DLAREL0000050076) | 401, 402, 403 |
| D-210 | 2016-12-24 Re_Simply not convinced the '06 agreement is enforceable (DLAREL0000050077) | 401, 402, 403 |
| D-211 | 2016-12-24 Re_Simply not convinced the '06 agreement is enforceable (DLAREL0000050078) | 401, 402, 403 |
| D-212 | 2016-12-24 Simply not convinced the '06 agreement is enforceable (DLAREL0000050068) | 401, 402, 403 |
| D-213 | 2016-12-26 Blue logo -jowers- small.jpg (DLAREL0000050155) | 401, 402, 403 |
| D-214 | 2016-12-26 Fiduciary duties owed by employees under FL law (DLAREL0000050107) | 401, 402, 403 |
| D-215 | 2016-12-26 Of course, on our next call I can give you a list of all live candidates (DLAREL0000050162) | 401, 402, 403 |
| D-216 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050116) | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-217 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050117) | 401, 402, 403 |
| D-218 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050157) | 401, 402, 403 |
| D-219 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050158) | 401, 402, 403 |
| D-220 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050159) | 401, 402, 403 |
| D-221 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050160) | 401, 402, 403 |
| D-222 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050166) | 401, 402, 403 |
| D-223 | 2016-3-21 Wire (Revolving Loan) ( MWK-123627 ) | 401, 402, 403 |
| D-224 | 2016-3-24 Still no Work Visa (MWK-123831) | 401, 402, 403, PE |
| D-225 | 2016-6-8 (Four Seasons Interest Free) (MWK-179759) | 401, 402, 403, HKE |
| D-226 | 2016-6-8 (Four Seasons Interest Free)(MWK-179759) | Duplicate of D-225-same objections |
| D-227 | 2016-7-16 Invoice No. 88437 from Kinney Recruiting Limited to Davis Polk & Wardwel (MWK-132030) | 401, 402, 403, RRC |
| D-228 | 2016-8-17 Four Seasons Status (MWK-164652) | 401, 402, 403, HKE |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-229 | 2016-8-19 Email from Jowers to Yeung, CC'd Sommers, Kinney Subject: Jing Kang placement (MWK-132032) | 401, 402, 403, RRC |
| D-230 | 2016-8-19 Invoice No. 88440 from Kinney Recruiting Limited to Kirkland & Ellis (MWK-134802) | 401, 402, 403, RRC |
| D-231 | 2016-9-26 Payment of Four Seasons (MWK-134752) | 401, 402, 403, HKE |
| D-232 | 2017-01-01 MWK Recruiting 401(K) Plan Annual Notice | CI |
| D-233 | 2017-01-02 Fwd_Resume and Deal Sheet (MWK-180080) | 401, 402, 403, 802, UI |
| D-234 | 2017-01-03 Fwd_FW_please sign off on my 401k distribution form (thanks!) (MWK-180101) | 401, 402, 403, UI |
| D-235 | 2017-01-05 Email from Jowers to Sommers Subject: Fwd: Your Itinerary for Hong Kong, Hong Kong - Nov 02, 2013 (Itinerary #21168892346) (MWK- 137036) | 401, 402, 403, HKE |
| D-236 | 2017-01-05 Email from Jowers to Sommers Subject: Fwd: YOUR ITINERARY: 17MAR SHA HKG – ZMNZBW (MWK- 137035) | 401, 402, 403, HKE |
| D-237 | 2017-01-05 Email from Jowers to Sommers Subject: Fwd: E. JOWERS 03- 15-14 Itinerary (MWK- 137034) | 401, 402, 403, HKE |
| D-238 | 2017-01-09 Email from Vilaseca to Support, Jowers and CC'd Sommers Subject: RE: please sign off on my 401k distribution form (thanks!) (MWK-180175) | 401, 402, 403, 901, 802, UI |
| D-239 | 2017-01-10 Re_Visit in Hong Kong (MWK-180203) | 401, 402, 403, UI |
| D-240 | 2017-01-11 Email from Kinney to David Blumental | CI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-241 | 2017-01-11 RE_Visit in Hong Kong (MWK-180214) | 401, 402, 403, UI |
| D-242 | 2017-01-11 Re_Yufei Li placement still up in the air (MWK-180221-MWK- 180230) | 401, 402, 403, UI |
| D-243 | 2017-01-19 Email from Kinney to Gordon Subject: Follow Up (MWK- 180281-MWK-180282)) | 401, 402, 403, UI |
| D-244 | 2017-01-31 Assignment of Notes, Security Agreements, and Claims Dkt. 80-7 | 401, 402, 403 |
| D-245 | 2017-02-10 Email from Sommers to Jowers Subject: W-2 | CI |
| D-246 | 2017-03-27 MWK Recruiting LLC Original Verified Petition and Application for Injunctive Relief Dkt. 1-2 | 401, 402, 403 |
| D-247 | 2017-05-10 - Counsel Unlimited LLC Tax Filing | 401, 402, 403, 802, 901 |
| D-248 | 2017-05-10 - Counsel Unlimited LLC Tax Filing | 401, 402, 403, 802, 901 |
| D-249 | 2017-05-10 - Counsel Unlimited LLC Tax Filing.PDF | 401, 402, 403, 802, 901 |
| D-250 | 2017-07-20 Email from Kinney Subject: Placements by Evan Jowers, Yuliya Vinokurova, et al. (MWK-180283-MWK-180284) | 401, 402, 403, UI |
| D-251 | 2017-07-24 Email from Everett Johnson to Robert Kinney Subject: RE: Placements by Evan Jowers, Yuliya Vinokurova, et al. (MWK-180286-MWK-180287) | 401, 402, 403, 802, 901, UI |
| D-252 | 2017-11-28 Fwd_Meng Ding Placement Fee (MWK- 180294) | 401, 402, 403, UI |
| D-253 | 2017-11-28 Meng Deng Placement Fee (MWK-180290) | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-254 | 2017-11-29 Re_Meng Ding Placement Fee (MWK- 180298-MWK-180301) | 401, 402, 403, UI |
| D-255 | 2017-11-29 RE_Meng Ding Placement Fee (MWK- 180302) | 401, 402, 403, UI |
| D-256 | 2017-12-03 Re_Meng Ding Placement Fee (MWK- 180305) | 401, 402, 403, UI |
| D-257 | 2017-12-05 RE_Meng Ding Placement Fee (MWK- 180312) | 401, 402, 403, UI |
| D-258 | 2017-12-06 Meng Ding - Fee Issue in Hong Kong (MWK- 180315) | 401, 402, 403, UI |
| D-259 | 2018-02-19 Re_Meng Ding - Fee Issue in Hong Kong (MWK-180321) | 401, 402, 403, UI |
| D-260 | 2018-05-31 Re_Meng Ding - Fee Issue in Hong Kong (MWK-180328) | 401, 402, 403, UI |
| D-261 | 2018-06-07 Re_Meng Ding - Fee Issue in Hong Kong (MWK-180330) | 401, 402, 403, UI |
| D-262 | 2018-06-29 Plaintiff's First Amended Complaint Dkt. 13 | 401, 402, 403 |
| D-263 | 2018-08-24 - Dec. of Kinney ISO Pltfs Response to Defs MTD Dkt, 35-5 | 401, 402, 403 |
| D-264 | 2018-08-24 – Declaration of Robert E. Kinney ISO Pltfs Response to Defs MTD Dkt. 35-5 | 401, 402, 403 |
| D-265 | 2019-03-06 - MWK Entities' Supplemental Brief ISO Standing and Jurisdiction Responses to Defendant/Counterclaimant's First Set of Interrogatories Dkt. 73 | 401, 402, 403 |
| D-266 | 2019-03-06 - Supp. Dec. of Kinney ISO MWK's Supplemental Brief ISO Standing and Jurisdiction Dkt, 73-1 | 401, 402, 403 |
| D-267 | 2019-03-25 Declaration of Evan P. Jowers Dkt. 80-11 | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-268 | 2019-03-25 Plaintiff's Second Amended Complaint Dkt. 80 | 401, 402, 403 |
| D-269 | 2019-09-09 Email from Gutensohn to Jowers Subject: Fwd: Agreement Proposal from REK | 401, 402, 403, 802, 901, UI, CI |
| D-270 | 2019-09-16 - Counsel Unlimited LLC Tax FIling | 401, 402, 403, 802, 901 |
| D-271 | 2019-09-16 - Counsel Unlimited LLC Tax Filing | 401, 402, 403, 802, 901 |
| D-272 | 2019-09-16 - Counsel Unlimited LLC Tax FIling | 401, 402, 403, 802, 901 |
| D-273 | 2020-02-04 - Kinney's VERIFICATION of Response to Jowers' First Rogs | CI |
| D-274 | 2020-02-04 - Kinney's VERIFICATION of Responses to Jowers' First Revised Rogs | CI |
| D-275 | 2020-02-04 - MWK's Verification to Responses to Jower's First Revised Set of Rogs | CI |
| D-276 | 2020-03-25 - Dec. of Kinney ISO MWK's Motion to Compel Production of Documents Dkt, 143-1 | 401, 402, 403 |
| D-277 | 2020-03-25 - Dec. of Kinney ISO MWK's Motion to Compel Production of Documents Dkt. 143-1 | 401, 402, 403 |
| D-278 | 2020-04-15 - Dec. of Kinney ISO MWK's Reply to Jowers and Kirkland Responses to MTC and Response to Kirkland Motion to Quash Dkt, 160-1 | 401, 402, 403 |
| D-279 | 2020-04-30 Email from Kinney to Bookhout CC'd Bernardo, Katz, Mort, Loanzon Subject: Loan Accounting and Reply to your Letter | CI |
| D-280 | 2020-07-06 - Dec. of Kinney ISO Response to Jowers' Motion to Enforce Protective Order Dkt. 182-1 | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-281 | 2020-07-06 - Dec. of Kinney ISO Response to Jowers' Motion to Enforce Protective Order Dkt. 182-1 | 401, 402, 403 |
| D-282 | 2020-07-07 - Dec. of Kinney ISO MWK's Response to Jowers' Motion to Resolve Disputed Confidentiality Obligations Dkt, 183-1 | 401, 402, 403 |
| D-283 | 2020-07-07 - Dec. of Kinney ISO MWK's Response to Jowers' Motion to Resolve Disputed Confidentiality Obligations Dkt. 183-1 | 401, 402, 403 |
| D-284 | 2020-07-14 - MWK's Dec. of Kinney in Support of Opp. to Jower's MJOP Dkt. 187-1 | 401, 402, 403 |
| D-285 | 2020-07-14 - MWK's Dec. of Kinney in Support of Opp. to Jower's MJOP Dkt. 187-1 | 401, 402, 403 |
| D-286 | 2020-07-22 Declaration of Peter Gutensohn Dkt. 192-1 | 401, 402, 403, 802, 901 |
| D-287 | 2020-07-23 - MWK's Dec. of Kinney ISO Reply on Motion for Entry of Amended Scheduling Order Dkt. 193-1 | 401, 402, 403 |
| D-288 | 2020-07-23 - MWK's Dec. of Kinney ISO Reply on Motion for Entry of Amended Scheduling Order Dkt. 193-1 | 401, 402, 403 |
| D-289 | 2020-07-24 - MWK's Supp Responses to Jowers' Interrogatories 1-23 | 401, 402, 403 |
| D-290 | 2020-07-24 - MWK's VERIFICATION of Interrogatories 1-23 | 401, 402, 403 |
| D-291 | 2020-07-24- Kinney Declaration w. Exhibits Dkt. 194-1 | 401, 402, 403 |
| D-292 | 2020-07-24- Kinney Declaration w. Exhibits Dkt. 194-1 | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-293 | 2020-09-03 - MWK's Responses and Objections to 3rd interrogatories | CI |
| D-294 | 2020-10-15 - Dec. of Kinney ISO MWK's Response to Jowers' MTC Answers to Rogs 23-24 and RFPs 151-160 Dkt. 209-1 | 401, 402, 403 |
| D-295 | 2020-10-15 Dec. of Kinney ISO MWK's Response to Jowers' MTC Answers to Rogs 23-24 and RFPs 151-160 Dkt. 209-1 | 401, 402, 403 |
| D-296 | 2020-10-16 Declaration of Renee Sommers Dkt. 210-1 | 401, 402, 403, 802 |
| D-297 | 2020-10-23 Kinney Entities' Second Revised Initial Disclosures | CI |
| D-298 | 2020-10-26 Jowers Timeline of Kinney Entities | CI |
| D-299 | 2020-11-08 PPP Screen Shot taken at 1.29.43 PM | CI |
| D-300 | 2020-11-23 - Supp VERIFICATION of Interrogatories | 401, 402, 403 |
| D-301 | 2020-11-23 Accounting for Jowers Loans | 401, 402, 403 |
| D-302 | 2020-11-23 -MWK Entities' Verification of Interrogatory Responses | CI |
| D-303 | 2020-12-31 Email from Kinney to Tauler, CC'd Mort, Loanzon, Saryan, Stein Subject: Issues Raised by Court in its December 18 Order (Only 2007 Asssignment Found) | 401, 402, 403 |
| D-304 | 2021-01-01 - MWK's Formal Resp to Jowers's 5th RFP (161) (Verified) | CI |
| D-305 | 2021-01-04 - MWK's Supp Resp to RFPs re Assignment Docs w Verification | CI |
| D-306 | 2021-03-20 MWK Entities' Verification of Interrogatory Responses and Supplemental Responses DKt. 266-26 | 401, 402, 403 |

| Exh. #. | Title Assigned by Jowers | Objections |
|---|---|---|
| D-307 | About Kinney Recruiting (MWK-111568) | 401, 402, 403 |
| D-308 | Accounting for Loans to Evan Jowers from September 30, 2016-Present Dkt, 259-17 | 401, 402, 403 |
| D-309 | Accounting for Loans to Evan Jowers from September 30, 2016-Present Dkt, 259-18 | 401, 402, 403 |
| D-310 | Accounting for Loans to Evan Jowers from September 30- 2016 to Present Dkt. 266-5 | 401, 402, 403 |
| D-311 | Accounting Loans to Evan Jowers | CI |
| D-312 | Alexis Lamb Offer of Employment Letter | 401, 402, 403, 802, 901, UI |
| D-313 | Associate Recruiter Employment Agreement (MWK-111565) | 401, 402, 403, 802, 901, UI |
| D-314 | Associate Recruiter Employment Agreement Exhibit A (MWK-111564) | 401, 402, 403, 802, 901, UI |
| D-315 | Austin, TX Code of Ordinances Chapter 4-12 Registration of Credit Services Organizations and Credit Access Businesses | 401, 402, 403, 802, 901, TiL |
| D-316 | Chapter 4-12.- Registration of Credit Services Organizations and Credit Businesses Dkt. 259-16 | 401, 402, 403, 802, 901, TiL |
| D-317 | Chart showing commission earned by Jowers in the years 2014, 2015, 2016 and under the 2006 Agreement, the commission actually earned by Jowers in those three years, and the difference in those amounts Dkt. 259-15 | 401, 402, 403, 802, 901, RRC |
| D-318 | Counsel Holdings, Inc. Organizational Structure | CI |
| D-319 | Counsel Unlimited _ Website Kinney Recruiting Screenshot | 401, 402, 802, 901, UI |
| D-320 | Email from Jowers to Kinney Subject: Chat with Robert Kinney | 401, 402, 403, UI |

| Exh. #. | Title Assigned by Jowers | Objections |
|---------|--------------------------|------------|
| D-321 | Email Subject: Re: Patton Boggs gossip (MWK-174057) | 401, 402, 403, 802, UI |
| D-322 | Evan Jowers 2016 W2 | CI |
| D-323 | Evan Jowers Associate Recruiter Employment Agreement with Kinney Recruiting Limited | CI |
| D-324 | Evan Jowers Commission Spreadsheet | CI |
| D-325 | Evan Jowers Commission Spreadsheets for the years 2015 and 2016 Dkt. 259-4 | |
| D-326 | Evan Jowers Hong Kong Contract (MWK111565) | 401, 402, 403 |
| D-327 | Evan Jowers Loan Balances (MWK-164647) | 401, 403, 802, 901 |
| D-328 | Evan P. Jowers Request for Judicial Notice RE: Motion for Partial Judgement on the Pleadings Pursuiant to FRCP 12©(Dkt.177) Dkt. 206 | 401, 402 |
| D-329 | Exhibit 222 to Sommers Depo Spreadsheets Descriptions: Original Loan Before Promissory Note, Revolving Line of Credit-Accounting; Evan Jowers Forgivable Loan; | 401, 402 |
| D-330 | Exhibit A - Evan Jowers Known Placements | CI |
| D-331 | Four Seasons Payment for Evan Jowers | CI |
| D-332 | Holzman Contract MWK- 008451 | 401, 402, 403, UI |
| D-333 | Hong Kong Contract Exhibit A (MWK111564) | 401, 402 |
| D-334 | Loan Accounting Document Exhibit B – 3d Revised Initial Disclosures – Kinney Entities (MWK-1646673?) | CI |
| D-335 | MWK Entities' Supplemental Responses To Defendant/Counterclaimant's First Set Of Interrogatories | CI |
| D-336 | Spreadsheets produced by Plaintiff Dkt. 259-9 | 401, 402, 403 |

Dated:  October 27, 2021          Respectfully Submitted

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave., Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR MWK**