**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **MWK RECRUITING, INC.**<br>    **Plaintiff,**<br>v.<br>**EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),**<br>    **Defendants.** | **Civil Action No. 1:18-cv-00444** |
| **EVAN P. JOWERS**<br><br>        **Counterclaimant,**<br><br>v.<br><br>**MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED**<br><br>        **Counter-defendants.** | |

**EVAN P. JOWERS'S AMENDED WITNESS LIST**

## WITNESS LIST

### Witnesses Who Will Be Offered

**Evan Jowers, Esq.**
c/o Robert Tauler, Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
(party)

**Alexis Lamb, Esq.**
c/o Robert Tauler, Esq., Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
(disclosed by Plaintiff on 2021-1-12)
Deposed on December 16, 2020

**Yuliya Vinokurova**
c/o Robert Tauler, Esq., Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
(disclosed by Defendant on 2020-8-26)

**Robert Emmet Kinney, Esq.**
824 W. 10th Street, Suite 202
Austin, TX 78701
(disclosed by Defendant on 2020-8-26)

**Renee Sommers**
c/o Robert Emmet Kinney, Esq.
824 W. 10th Street, Suite 202
Austin, TX 78701
(disclosed by Plaintiff on 2019-10-15)
Deposed on November 9, 2020

**Peter Gutensohn**
4720 Cypress Landing Lane,
St. Cloud, FL 34771
(disclosed 2021-1-12 by Plaintiff)
Deposed on December 9, 2020

## Witnesses Who May Be Offered

**Steve Kang, Esq.**
c/o Latham & Watkins LLP
29F One IFC, 10 Gukjegeumyung-ro
Yeongdeungpo-gu, Seoul 07326, Korea
(disclosed by Plaintiff on 2021-1-12)

**Meng Ding, Esq.**
Sidley Austin
39/F, Two Int'l Finance Centre
Central, Hong Kong
+852 2509 7858
(disclosed by Defendant on 2020-8-26)

**Longhao Wang, Esq.**
c/o Latham & Watkins LLP
18th Floor, One Exchange Square
8 Connaught Place, Central, Hong Kong
(disclosed by Defendant on 2020-8-26)

**James Chang**
DLA Piper UK LLP
20th Floor, South Tower
Beijing Kerry Center
No. 1 Guanghua Road
Chaoyang District, Beijing
100020 China
(86) 138 0105 4013
(disclosed by Defendant on 2020-8-26)

**Pam Usukumah**
Covington & Burling LLP
22 Bishopsgate
London EC2N 4BQ
+44 20 7067 2176
(disclosed by Defendant on 2020-8-26)

**David Kuo**
DLA Piper
80 Raffles Place
UOB Plaza 1, #48-01
048624
Singapore
(disclosed by Defendant on 2020-8-26)

**Jason Lim**
Linklaters
11th Floor, Alexandra House
Chater Road
Hong Kong SAR
+85229015093
(disclosed by Defendant on 2020-8-26)