IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-444-RP |
| EVAN P. JOWERS, | § § § | |
| Defendant. | § § | |

## ORDER

At the final pretrial conference in this case held on November 3, 2021, the Court gave both parties the option of holding the trial in this case (set for December 6, 2021) virtually, if both parties agreed to do so. (Dkt. 308). On November 5, 2021, Defendant filed a notice requesting that trial be held in-person. (Dkt. 309).

As the parties did not reach a consensus regarding a virtual trial, **IT IS ORDERED** that the trial on December 6, 2021, will be held **IN-PERSON** at the United States Courthouse for the Austin Division of the Western District of Texas, 501 West 5th Street, Austin, TX 78701.

**SIGNED** on November 10, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE