# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| **MWK RECRUITING, INC.**<br>        **Plaintiff,**<br>    v.<br>**EVAN P. JOWERS, YULIYA**<br>**VINOKUROVA, ALEJANDRO VARGAS,**<br>**and LEGIS VENTURES (HK) COMPANY**<br>**LIMITED (aka Jowers / Vargas),**<br>        **Defendants.** | **Civil Action No. 1:18-cv-00444** |
| **EVAN P. JOWERS**<br><br>        **Counterclaimant,**<br><br>    v.<br><br>**MWK RECRUITING, INC., ROBERT E.**<br>**KINNEY, MICHELLE W. KINNEY,**<br>**RECRUITING PARTNERS GP, INC.,**<br>**KINNEY RECRUITING LLC, COUNSEL**<br>**UNLIMITED LLC, and KINNEY**<br>**RECRUITING LIMITED**<br><br>        **Counter-defendants.** |  |

**EVAN P. JOWERS'S AMENDED EXHIBIT LIST**

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-1 | 2004-02-26 Articles of Incorporation of Recruiting Partners, Inc. | | | | | |
| D-2 | 2004-04-09 Assumed Name Certificate for Filing with the Secretary of State Recruiting Partners, L.P. assumed Kinney Recruiting L.P. | | | | | |
| D-3 | 2006-04-24 Email from Kinney to Jowers Subject Re: the ultimat result of lawlaterals is to promote Kinney Recruiting | | | | | |
| D-4 | 2006-05-01 Evan Jowers Associate Recruiter Employment Agreement with Kinney Recruiting L.P. Dkt. 80-1 | | | | | |
| D-5 | 2006-05-03 Email from Jowers to Kinney Subject: Leopard's List | | | | | |
| D-6 | 2006-05-23 Email from Jowers to Kinney Subject: RE: let's chat this evening (how about 6:40pm?) | | | | | |
| D-7 | 2006-05-24 Email from Jowers to Kinney Subject: RE: Kirkland & Ellis to open in Hong Kong | | | | | |
| D-8 | 2006-06-16 Email from Jowers to Kinney Subject: FW: Fwd: Hong Kong US based firms seek US corporate associates (no language required) | | | | | |
| D-9 | 2006-06-30 Email from Jowers to Kinney Subject: derivatives CA | | | | | |
| D-10 | 2006-07-01 Email from Jowers to Kinney Subject: RE: elg / lawlaterals | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-11 | 2006-09-18 Email from Jowers to Kinney Subject: RE: Holzman Offer and your Incentive | | | | | |
| D-12 | 2006-10-04 - Certificate of Formation of Sommers Accounting, LLC | | | | | |
| D-13 | 2006-10-28 Email from Jowers to Kinney Subject: RE: minor expenses for October | | | | | |
| D-14 | 2006-11-10 Email from Jowers to Kinney Subject: FW: LAUREN WALZ -'04 UTexas venture capital / corporate associate from Latham & Watkins | | | | | |
| D-15 | 2006-12-16 Evan Jowers Employment Agreement | | | | | |
| D-16 | 2007-02-20 - Renee F. Sommers LLC Certificate of Amendment (Name Change) | | | | | |
| D-17 | 2007-03-09 – Recruiting Partners GP, Inc. Texas Franchise Tax Public Information Report Filing No. 800312489 | | | | | |
| D-18 | 2007-12-31 – Assignment of Employment and Other Agreements by Kinney Recruiting, L.P. to Recruiting Partners GO, Inc. Dkt. 80-3 | | | | | |
| D-19 | 2007-12-31 Dissolution of Recruiting Partners LP | | | | | |
| D-20 | 2007-12-31 Recruiting Partners L.P. Voluntarily Terminated Screenshot | | | | | |
| D-21 | 2008-02-21 Email from Kinney to Jowers Subject: Re: any news re abovethelaw.com? (MWK-004170) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-22 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005254) | | | | | |
| D-23 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005256) | | | | | |
| D-24 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005258) | | | | | |
| D-25 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005259) | | | | | |
| D-26 | 2008-06-16 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005260) | | | | | |
| D-27 | 2008-06-16 Email from Kinney to Jowers Subject: Re: Peter Gutensohn (MWK-005257) | | | | | |
| D-28 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005261) | | | | | |
| D-29 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005262) | | | | | |
| D-30 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005266) | | | | | |
| D-31 | 2008-06-17 Email from Jowers to Kinney Subject: Re: Peter Gutensohn (MWK-005267) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-32 | 2008-06-17 Email from Jowers to Kinney<br>Subject: Re: Peter Gutensohn (MWK-005268) | | | | | |
| D-33 | 2008-07-06 Email from Kinney to Jowers<br>Subject: Fwd: Special Asia Advertising - Exhibit A Amendment | | | | | |
| D-34 | 2008-07-09 Email from Jowers to Kinney<br>Subject: RE: Note Added – George Wilkinson (MWK-005539) | | | | | |
| D-35 | 2008-07-16 Email from Kinney<br>Subject: Note Added – Job: #15475 – Peter Gutensohn (MWK-005654) | | | | | |
| D-36 | 2008-07-28 Email from Jowers to Kinney<br>Subject: RE: ATL article | | | | | |
| D-37 | 2008-07-28 Email from Kinney to Jowers<br>Subject: Re: atl articles | | | | | |
| D-38 | 2008-07-29 Email from Jowers<br>Subject: Re Note Added - James Lin (MWK-005954) | | | | | |
| D-39 | 2008-07-29 Email from Kinney to Jowers<br>Subject: Re Note Added - James Lin (MWK-005944) | | | | | |
| D-40 | 2008-08-04 Email from Jowers to Gutensohn, Kinney<br>Subject: RE: Checking in (MWK-006007) | | | | | |
| D-41 | 2008-08-04 Email from Jowers to Gutensohn, Kinney<br>Subject: RE: Arthur Nathan; Haynes & Boone (MWK-006011) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-42 | 2008-08-04 Email from Kinney to Gutensohn Subject: Re: Checking in (MWK-006001) | | | | | |
| D-43 | 2008-08-06 Email from Kinney to Jowers Subject: Fwd: Spoke with Evan (MWK-006027) | | | | | |
| D-44 | 2008-08-06 Email from Kinney to Roark, Holzman, Jowers, Rea Subject: Craig Bergez; Porter & Hedges, Houston (MWK-006023) | | | | | |
| D-45 | 2008-12-17 Email from Kinney to Jowers Subject: Re: Phil Culhane | | | | | |
| D-46 | 2008-12-30 Email from Kinney to Jowers Subject: Fed: Steven's dough (MWK-008450) | | | | | |
| D-47 | 2009-01-06 Email from Drew Prisner Subject: Re: (MWK-008561) | | | | | |
| D-48 | 2009-01-06 Email from Peter Gutensohn to Daniel, Drew, Yuliya, CC'd Robert Kinney (MWK-008551) | | | | | |
| D-49 | 2009-01-28 New Asia Plan for 2009 (MWK-150634) | | | | | |
| D-50 | 2009-01-28 Re_New Asia Plan for 2009 (MWK-150635) | | | | | |
| D-51 | 2009-01-29 Email from Jowers to Kinney Subject: spoke with Alexis | | | | | |
| D-52 | 2009-01-29 Email from Kinney to Jowers Subject: RE: New Asia Plan for 2009 | | | | | |
| D-53 | 2009-01-29 Re_New Asia Plan for 2009 (MWK-150638) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-54 | 2009-04-21 Email from Gutensohn to Kinney Subject: DLA HK (MWK-010269) | | | | | |
| D-55 | 2009-05-13 Email from Gutensohn to Kinney CC'd Recruiters Subject: RE: Management Lesson (not PC, but important to remember, especially for lawyers) (EJOW0000055407) | | | | | |
| D-56 | 2009-09-16 Email from Jowers to Kinney Subject: RE: New Asia Plan for 2009 | | | | | |
| D-57 | 2009-09-16 Re_New Asia Plan for 2009 (MWK-151780) | | | | | |
| D-58 | 2009-09-30 Immigration Department, the Government of the Hong Kong Special Admin Region (MWK-113155) | | | | | |
| D-59 | 2010-03-12 Chat with Robert Kinney (MWK-138362) | | | | | |
| D-60 | 2010-03-16 Chat with Robert Kinney (MWK-164377) | | | | | |
| D-61 | 2010-05-18 Email from Kinney to Lamb and CC'd Jowers Subject: Re: Check deposited – next visa steps | | | | | |
| D-62 | 2010-06-17 Email from Kinney to Jowers Subject: alexis trainin | | | | | |
| D-63 | 2010-10-07 Alexis Lamb Associate Recruiter Employment Agreement (MWK048025) | | | | | |
| D-64 | 2011-04-19 Re_ here comes some frustration for you that i tried to avoid (MWK-140534) | | | | | |
| D-65 | 2011-04-20 Chat with Robert Kinney (MWK-140548) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-66 | 2011-11-06 Email from Kinney to Jowers Subject: Re: Our offer! | | | | | |
| D-67 | 2011-11-30 Evan Jowers Commission Spreadsheet (MWK-163409) | | | | | |
| D-68 | 2012 Loans Outstanding (MWK-043064) | | | | | |
| D-69 | 2012 Original Loan Before Promissory Note Interest Calculation (MWK-164673) | | | | | |
| D-70 | 2012-02-22 Email from Kinney to Sommers Subject: Re: Evan Loan (MWK-176782) | | | | | |
| D-71 | 2012-02-22 Evan Loan (MWK-176777) | | | | | |
| D-72 | 2012-04-02 Loan to Evan - 20,000 at 17% (MWK-176804) | | | | | |
| D-73 | 2012-04-11 Email from Kinney to  Sommers Subject: $42,500 received in HK from Kirkland (MWK-176825) | | | | | |
| D-74 | 2012-04-13 Re_Seton Gala (MWK-164499) | | | | | |
| D-75 | 2012-05-11 Email from Kinney to Sommers Subject: Re: How Much to pay Evan (MWK-176915) | | | | | |
| D-76 | 2012-05-17 Email from Kinney to Sommers Subject: Re: 5/15 paystub (MWK-042216) | | | | | |
| D-77 | 2012-05-17 Email from Kinney to Sommers Subject: Re: 5/15 paystub (MWK-176933) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-78 | 2012-05-29 Email from Sommers to Kinney Subject: [blank], Attachments: peter5.31pay.pdf; evanpay5.31.pdf; evanloanat5.31.pdf; (MWK-176958) | | | | | |
| D-79 | 2012-07-02 Email from Kinney to  Sommers Subject: Re: shouldn't I have received 9k after taxes on this paycheck? (MWK-177044) | | | | | |
| D-80 | 2012-08-09 Email from Lamb to Gutensohn, Kinney Subject: Re: Update from Joe B. At Jones Day Singapore (MWK-177099) | | | | | |
| D-81 | 2012-08-10 Email from Sommers to Gardner, Lamb and CC'd to Kinney Subject: RE: Fw: o k: Fw: Michael Qiao's case (MWK-177117) | | | | | |
| D-82 | 2012-08-28 Email from Gutensohn to Carr, Kinney Subject: Re: from Joshua; update on Kung-Wei Liu (MWK-177203) | | | | | |
| D-83 | 2012-09-13 - Certificate of Formation of Counsel Unlimited LLC | | | | | |
| D-84 | 2012-09-13 Email from Kinney to Sommers Subject: Re: Evan Pay(MWK-177285) | | | | | |
| D-85 | 2012-09-13 Email from Kinney to Sommers Subject: Re: Evan Pay (MWK-177288) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-86 | 2012-09-18 Email from Kinney to Sommers and CC'd Gutensohn Subject: Fwd: crisis issue (MWK-177322) | | | | | |
| D-87 | 2012-10-10 Email from Kinney to Sommers Subject: Re: Naveen Pogula placement (MWK-177368) | | | | | |
| D-88 | 2012-10-10 Email from Kinney to Sommers, CC'd Matthew Subject: Re: Naveen Pogula placement (MWK-177364) | | | | | |
| D-89 | 2012-10-15 Security Agreement ( MWK-000037) | | | | | |
| D-90 | 2012-10-16 Assignment of Employment and Other Agreements by Kinney Recruiting, Inc. Dkt. 78-7 | | | | | |
| D-91 | 2012-11-01 Evan P. Jowers Promissory Note (MWK-000012) | | | | | |
| D-92 | 2012-11-27 Separation Agreement between Kinney Recruiting Linited and Alexis Lamb | | | | | |
| D-93 | 2012-11-29 CUL Line of Credit Agmt (MWK-000018) | | | | | |
| D-94 | 2012-11-30 Jowers Commission Spreadsheet (MWK-048429) | | | | | |
| D-95 | 2012-12-27 Re_FW_Evan Bonus (MWK-177484) | | | | | |
| D-96 | 2012-12-28 Docusign Certificate of Completion re Evan Jowers 2012 Forgivable Loan Docs (MWK-000058) | | | | | |
| D-97 | 2012-12-28 Email from Sommers to Kinney Subject: RE: Update on Cash after Payroll (MWK-164527) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-98 | 2012-12-31 Email from Kinney to Gutensohn, Jowers Subject: Josh looking for a paycheck (EJOW0000222564) | | | | | |
| D-99 | 2012-9-26 CUL EIN (Michelle Kinney Sole Member) (MWK-047434) | | | | | |
| D-100 | 2013-05-29 Email from Kinney to Gutensohn Subject: Re: payroll (MWK-177707) | | | | | |
| D-101 | 2013-05-29 Email from Kinney to Gutensohn Subject: Re: payroll (MWK-177708) | | | | | |
| D-102 | 2013-06-06 Email from Kinney to Sommers Subject: Re: Evan Interest Credit (MWK-164538) | | | | | |
| D-103 | 2013-06-06 Re_Evan Interest Credit (MWK-177719) | | | | | |
| D-104 | 2013-06-12 Email from Gutensohn to Kinney Subject: Re: because the market is so hot, I recommend you allow josh to call for me for one month (MWK-177725) | | | | | |
| D-105 | 2013-06-25 Re_E-Ticket Confirmation-EKBPOQ 10JUN (MWK-177759) | | | | | |
| D-106 | 2013-07-26 Email from Sommers to Wong Subject: RE: Kinney Recruiting Ltd. Audit 2012 (MWK-177786) | | | | | |
| D-107 | 2013-5-16 Email from Kinney to Sommers Subject: Re: Commission Spreadsheet (MWK-055092) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-108 | 2014-03-15 Email from Kinney to Gutensohn, Jowers Subject: Meetings (MWK-077518) | | | | | |
| D-109 | 2014-04-28 Email from Kinney  to  Sommers Subject: Re: Payroll (MWK-178196) | | | | | |
| D-110 | 2014-05-28 Email from Kinney to Sommers Subject: RE: Evan (MWK-178227) | | | | | |
| D-111 | 2014-08-22 Email from Kinney to Jowers, Gutensohn Subject: Fwd: updated info for payment to Joshua Carr (EJOW0000146122) | | | | | |
| D-112 | 2014-10-21 Re_can we have a phone chat during your Monday Texas Time (MWK-178378) | | | | | |
| D-113 | 2014-11-12 Email from Kinney to Sommers Subject: Re: Payroll Questions (MWK-178425) | | | | | |
| D-114 | 2014-12-31 - Counsel Unlimited Public Information Report | | | | | |
| D-115 | 2014-12-31 - Counsel Unlimited Public Information Report | | | | | |
| D-116 | 2015-03-23 Loan for Evan (MWK-178740) | | | | | |
| D-117 | 2015-03-23 Re_Loan for Evan (MWK-178743) | | | | | |
| D-118 | 2015-03-26 Email from Jowers to Kinney Subject: Yes, please give me my draw end of month (MWK-000337-MWK000340) | | | | | |
| D-119 | 2015-03-27 Re_Yes, please give my draw end of month (MWK-178767) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-120 | 2015-03-27 Rwd_Yes, please give me my draw end of month (MWK-178759) | | | | | |
| D-121 | 2015-03-31 Email from Kinney to Sommers Subject: $3000 (MWK-178778) | | | | | |
| D-122 | 2015-03-31 Email from Kinney to Sommers Dkt. 259-14 | | | | | |
| D-123 | 2015-04-09 Email from Kinney to Sommers Subject: Loan to Evan (MWK-178787) | | | | | |
| D-124 | 2015-05-12 Re_EVAN Payroll (MWK-178811) | | | | | |
| D-125 | 2015-05-26 Re_Can you send me 12k today (MWK-178837) | | | | | |
| D-126 | 2015-06-17 Article Published on Above the Law: Kinney's Evan Jowers Now Permanently Based In Hong Kong | | | | | |
| D-127 | 2015-07-24 Email from Kinney to Sommers Subject: Re: Commission/Loans - Cash Flow (MWK-178915) | | | | | |
| D-128 | 2015-08-04 401K Loan (MWK-178961) | | | | | |
| D-129 | 2015-08-04 Email from Sommers to "Distributions Request" CC'd Kinney Subject: Re: Loan for employee at Kinney Recruiting (MWK-178957) | | | | | |
| D-130 | 2015-08-07 Email from Kinney to Lai, CC'd Tan, Wong, Jowers Subject: Re: Work Visa (MWK-111563) | | | | | |
| D-131 | 2015-08-08 Re_Work Visa (MWK-111620) | | | | | |
| D-132 | 2015-08-10 Re_Work Visa (MWK-111670) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-133 | 2015-08-20 Re_Work Visa (MWK-112284) | | | | | |
| D-134 | 2015-08-20 Re_Work Visa (MWK-112332) | | | | | |
| D-135 | 2015-08-20 Re_Work Visa (MWK-112336) | | | | | |
| D-136 | 2015-08-21 Re_Work Visa (MWK-112352) | | | | | |
| D-137 | 2015-08-30 Re_Work Visa (MWK-112754) | | | | | |
| D-138 | 2015-08-31 Re_Work Visa (MWK-112761) | | | | | |
| D-139 | 2015-09-07 Email from Wong to Kinney, CC'd Jowers, Tan Lai Subject: Re: Work Visa | | | | | |
| D-140 | 2015-09-07 Re_Work Visa (MWK-113154) | | | | | |
| D-141 | 2015-09-07 Re_Work Visa (MWK-113159) | | | | | |
| D-142 | 2015-09-07 Re_Work Visa (MWK-113167) | | | | | |
| D-143 | 2015-09-09 Re_funds I need for Swiss holiday (MWK-178983) | | | | | |
| D-144 | 2015-09-22 Email from Kinney to Sommers Dkt 259-6 | | | | | |
| D-145 | 2015-10-06 Email from Kinney to Gutensohn, Jowers Subject: Re: A&O asked me to go after Eugene Lee and He Li (EJOW0000188324) | | | | | |
| D-146 | 2015-10-10 Re_Work Visa (MWK-115356) | | | | | |
| D-147 | 2015-10-10 Re_Work Visa (MWK-115366) | | | | | |
| D-148 | 2015-10-12 Fwd_RE_Work Visa (MWK-115433) | | | | | |
| D-149 | 2015-10-12 Re_Work Visa (MWK-115398) | | | | | |
| D-150 | 2015-10-12 Re_Work Visa (MWK-115400) | | | | | |
| D-151 | 2015-10-12 Re_Work Visa (MWK-115428) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-152 | 2015-10-12 Re_Work Visa (MWK-115429) | | | | | |
| D-153 | 2015-10-12 through 2015-11-05 Emails between Jowers and Kinney Dkt. 259-11 | | | | | |
| D-154 | 2015-10-15 Re_can you please wire me 5k on Monday US time (MWK-114984) | | | | | |
| D-155 | 2015-10-15 Re_RE_Work Visa (MWK-115635) | | | | | |
| D-156 | 2015-10-20 Re_RE_Work Visa (MWK-115937) | | | | | |
| D-157 | 2015-10-22 Re_RE_Work Visa (MWK-116273) | | | | | |
| D-158 | 2015-10-24 Evan needs work Visa (MWK-116424) | | | | | |
| D-159 | 2015-10-24 Re_RE_Work Visa (MWK-116413) | | | | | |
| D-160 | 2015-10-24 Re_RE_Work Visa (MWK-116416) | | | | | |
| D-161 | 2015-11-03 Re_Re_Work Visa (MWK-116916) | | | | | |
| D-162 | 2015-11-05 Barnes Complaint Case No. BC600371 | | | | | |
| D-163 | 2015-11-11 Re_RE_Work Visa (MWK-179211) | | | | | |
| D-164 | 2015-11-12 Email from Kinney to Jowers Subject: Re: sorry about my emails re bonus, etc. (MWK-117430) | | | | | |
| D-165 | 2015-11-21 Email from Kinney to Sommers Subject: Re: EARLY CLOSE DATE FOR NOVEMBER 30 (MWK-179304) | | | | | |
| D-166 | 2015-11-5 Evan needs Visa (MWK-117002) | | | | | |
| D-167 | 2015-12-02 Re_ crazy I know, but can you wire me 8k before end of week (MWK-118085) | | | | | |
| D-168 | 2015-3-23 charging 17% per month (MWK-178740) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-169 | 2015-3-23 Wire (MWK-178742) | | | | | |
| D-170 | 2015-6-13 Jowers Moving Soon to HK (MWK-178890 | | | | | |
| D-171 | 2015-8-5 Housing Costs HK (MWK-055092) | | | | | |
| D-172 | 2015-9-22 I scheduled Evan's October rent to be paid on the 26th to the Four Seasons | | | | | |
| D-173 | 2016- 12-13 Email from Kinney to Sommers Subject: Re: Evan Bonus (MWK-180000) Duplicate D-45? | | | | | |
| D-174 | 2016 MWK Recruiting 401(K) Plan Summary Plan Description (MWK-120277) | | | | | |
| D-175 | 2016-02-03 Email from Jowers to Sommers CC'd Kinney, Gardner Subject: Re: My W2 has some strange address in FL as my address | | | | | |
| D-176 | 2016-03-24 Emails between Kinney and Jowers 259-12 | | | | | |
| D-177 | 2016-03-24 Re_Can we move forward with work visa next week (MWK-123831) | | | | | |
| D-178 | 2016-05-11 - Counsel Unlimited LLC tax Filing | | | | | |
| D-179 | 2016-06-02 Email from Gutensohn to Kinney, Jowers Subject: Re: What's up w Gutensohn deals? (EJOW0000270739) | | | | | |
| D-180 | 2016-08-16 Email from Kinney to Sommers Subject: Re: the below analysis of my spreadsheet (and additional facts) has me at about $230,000 in the black (MWK-179828) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-181 | 2016-08-17 Email from Kinney to Sommers Subject: Re: the below analysis of my spreadsheet (and additional facts) has me at about $230,000 in the black | | | | | |
| D-182 | 2016-09-20 Email from Kinney to Sommers Subject: Money for Evan (MWK-179888) | | | | | |
| D-183 | 2016-10-06 Email from Jowers to Sommers Subject: Re: Invoice from Kinney Recruiting Limited for the placement of Jacqueline Tang (MWK-135114) | | | | | |
| D-184 | 2016-10-18 Email from Kinney to Jowers, Sommers Subject: Re: Re: Four Seasons Place - Extension of Room 5242 (MWK-135549) | | | | | |
| D-185 | 2016-10-26 Email from Kinney to Sommers Subject: Re: Hong Kong Money (MWK-179946) | | | | | |
| D-186 | 2016-10-26 Email from Kinney to Sommers Subject: Fwd: pipeline, request fro funds for my 6 week holiday coming up. (MWK-179948) | | | | | |
| D-187 | 2016-10-26 Email from Kinney to Sommers Subject: EVAN STATUS FINANCIAL - Invitation to edit (MWK-179952) | | | | | |
| D-188 | 2016-10-26 Payroll Preview Details (MWK-179945) | | | | | |
| D-189 | 2016-11-22 Email from Kinney to Jowers Subject: Invoice from Kinney Recruiting Limited for the placement of Hui Xu | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-190 | 2016-12-13 Email from Kinney to Sommers Subject: Re: Evan Bonus (MWK-180000) | | | | | |
| D-191 | 2016-12-13 Emails between Kinney and Sommers Dkt. 259-8 | | | | | |
| D-192 | 2016-12-14 Email from Kinney to Sommers Subject: Re: Evan Status for Next Pay Period (MWK-180006) | | | | | |
| D-193 | 2016-12-14 Email from Sommers to Kinney Subject: Re: Evan Status for Next Pay Period (MWK-180008-MWK-180009) | | | | | |
| D-194 | 2016-12-14 Emails between Kinney and Sommers Dkt. 259-10 | | | | | |
| D-195 | 2016-12-14 Re_Evan Status for Next Pay Period (MWK-180003) | | | | | |
| D-196 | 2016-12-14 Re_Evan Status for Next Pay Period (MWK-180004) | | | | | |
| D-197 | 2016-12-15 Email from Sommers Subject: 401K Plan Disclosures for 2016/2017 (MWK-136863) | | | | | |
| D-198 | 2016-12-15 Evan Jowers Commission Spreadsheet | | | | | |
| D-199 | 2016-12-16 Email from Jowers to Sommers Subject: Re: question re this pay period (MWK-136925) | | | | | |
| D-200 | 2016-12-16 Email from Kinney to Jowers Subject: Re: with a heavy heart, I am going to have to resign now (at least temporarily, until we can figure out a more fair arrangement) (MWK-136904) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-201 | 2016-12-16 Question re this pay period (MWK-136917) | | | | | |
| D-202 | 2016-12-16 Re_ question re this pay period (MWK-136922) | | | | | |
| D-203 | 2016-12-23 Fwd_Fw_Re_ Resume and Deal Sheet (MWK-180083) | | | | | |
| D-204 | 2016-12-23 Fwd_Resume and Deal Sheet (MWK-180036) | | | | | |
| D-205 | 2016-12-23 Fwd_Resume and Deal Sheet (MWK-180040) | | | | | |
| D-206 | 2016-12-24 FWD_Fw_Re_Resume and Deal Sheet (MWK-136993) | | | | | |
| D-207 | 2016-12-24 Re_Fw_Re_Resume and Deal Sheet (MWK-136994) | | | | | |
| D-208 | 2016-12-24 Re_Fw_Re_Resume and Deal Sheet (MWK-136995) | | | | | |
| D-209 | 2016-12-24 Re_Simply not convinced the '06 agreement is enforceable (DLAREL0000050076) | | | | | |
| D-210 | 2016-12-24 Re_Simply not convinced the '06 agreement is enforceable (DLAREL0000050077) | | | | | |
| D-211 | 2016-12-24 Re_Simply not convinced the '06 agreement is enforceable (DLAREL0000050078) | | | | | |
| D-212 | 2016-12-24 Simply not convinced the '06 agreement is enforceable (DLAREL0000050068) | | | | | |
| D-213 | 2016-12-26 Blue logo -jowers-small.jpg (DLAREL0000050155) | | | | | |
| D-214 | 2016-12-26 Fiduciary duties owed by employees under FL law (DLAREL0000050107) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-215 | 2016-12-26 Of course, on our next call I can give you a list of all live candidates (DLAREL0000050162) | | | | | |
| D-216 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050116) | | | | | |
| D-217 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050117) | | | | | |
| D-218 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050157) | | | | | |
| D-219 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050158) | | | | | |
| D-220 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050159) | | | | | |
| D-221 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050160) | | | | | |
| D-222 | 2016-12-26 Re_Fiduciary duties owed by employees under FL law (DLAREL0000050166) | | | | | |
| D-223 | 2016-3-21 Wire (Revolving Loan) ( MWK-123627 ) | | | | | |
| D-224 | 2016-3-24 Still no Work Visa (MWK-123831) | | | | | |
| D-225 | 2016-6-8 (Four Seasons Interest Free) (MWK-179759) | | | | | |
| D-226 | 2016-6-8 (Four Seasons Interest Free)(MWK-179759) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-227 | 2016-7-16 Invoice No. 88437 from Kinney Recruiting Limited to Davis Polk & Wardwel (MWK-132030) | | | | | |
| D-228 | 2016-8-17 Four Seasons Status (MWK-164652) | | | | | |
| D-229 | 2016-8-19 Email from Jowers to Yeung, CC'd Sommers, Kinney Subject: Jing Kang placement (MWK-132032) | | | | | |
| D-230 | 2016-8-19 Invoice No. 88440 from Kinney Recruiting Limited to Kirkland & Ellis (MWK-134802) | | | | | |
| D-231 | 2016-9-26 Payment of Four Seasons (MWK-134752) | | | | | |
| D-232 | 2017-01-01 MWK Recruiting 401(K) Plan Annual Notice | | | | | |
| D-233 | 2017-01-02 Fwd_Resume and Deal Sheet (MWK-180080) | | | | | |
| D-234 | 2017-01-03 Fwd_FW_please sign off on my 401k distribution form (thanks!) (MWK-180101) | | | | | |
| D-235 | 2017-01-05 Email from Jowers to Sommers Subject: Fwd: Your Itinerary for Hong Kong, Hong Kong - Nov 02, 2013 (Itinerary #21168892346) (MWK-137036) | | | | | |
| D-236 | 2017-01-05 Email from Jowers to Sommers Subject: Fwd: YOUR ITINERARY: 17MAR SHA HKG – ZMNZBW (MWK-137035) | | | | | |
| D-237 | 2017-01-05 Email from Jowers to Sommers Subject: Fwd: E. JOWERS 03-15-14 Itinerary (MWK-137034) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-238 | 2017-01-09 Email from Vilaseca to Support, Jowers and CC'd Sommers Subject: RE: please sign off on my 401k distribution form (thanks!) (MWK-180175) | | | | | |
| D-239 | 2017-01-10 Re_Visit in Hong Kong (MWK-180203) | | | | | |
| D-240 | 2017-01-11 Email from Kinney to David Blumental | | | | | |
| D-241 | 2017-01-11 RE_Visit in Hong Kong (MWK-180214) | | | | | |
| D-242 | 2017-01-11 Re_Yufei Li placement still up in the air (MWK-180221-MWK-180230) | | | | | |
| D-243 | 2017-01-19 Email from Kinney to Gordon Subject: Follow Up (MWK-180281-MWK-180282)) | | | | | |
| D-244 | 2017-01-31 Assignment of Notes, Security Agreements, and Claims Dkt. 80-7 | | | | | |
| D-245 | 2017-02-10 Email from Sommers to Jowers Subject: W-2 | | | | | |
| D-246 | 2017-03-27 MWK Recruiting LLC Original Verified Petition and Application for Injunctive Relief Dkt. 1-2 | | | | | |
| D-247 | 2017-05-10 - Counsel Unlimited LLC Tax Filing | | | | | |
| D-248 | 2017-05-10 - Counsel Unlimited LLC Tax Filing | | | | | |
| D-249 | 2017-05-10 - Counsel Unlimited LLC Tax Filing.PDF | | | | | |
| D-250 | 2017-07-20 Email from Kinney Subject: Placements by Evan Jowers, Yuliya Vinokurova, et al. (MWK-180283-MWK-180284) | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-251 | 2017-07-24 Email from Everett Johnson to Robert Kinney Subject: RE: Placements by Evan Jowers, Yuliya Vinokurova, et al. (MWK-180286-MWK-180287) | | | | | |
| D-252 | 2017-11-28 Fwd_Meng Ding Placement Fee (MWK-180294) | | | | | |
| D-253 | 2017-11-28 Meng Deng Placement Fee (MWK-180290) | | | | | |
| D-254 | 2017-11-29 Re_Meng Ding Placement Fee (MWK-180298-MWK-180301) | | | | | |
| D-255 | 2017-11-29 RE_Meng Ding Placement Fee (MWK-180302) | | | | | |
| D-256 | 2017-12-03 Re_Meng Ding Placement Fee (MWK-180305) | | | | | |
| D-257 | 2017-12-05 RE_Meng Ding Placement Fee (MWK-180312) | | | | | |
| D-258 | 2017-12-06 Meng Ding - Fee Issue in Hong Kong (MWK-180315) | | | | | |
| D-259 | 2018-02-19 Re_Meng Ding - Fee Issue in Hong Kong (MWK-180321) | | | | | |
| D-260 | 2018-05-31 Re_Meng Ding - Fee Issue in Hong Kong (MWK-180328) | | | | | |
| D-261 | 2018-06-07 Re_Meng Ding - Fee Issue in Hong Kong (MWK-180330) | | | | | |
| D-262 | 2018-06-29 Plaintiff's First Amended Complaint Dkt. 13 | | | | | |
| D-263 | 2018-08-24 - Dec. of Kinney ISO Pltfs Response to Defs MTD Dkt, 35-5 | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-264 | 2018-08-24 – Declaration of Robert E. Kinney ISO Pltfs Response to Defs MTD Dkt. 35-5 | | | | | |
| D-265 | 2019-03-06 - MWK Entities' Supplemental Brief ISO Standing and Jurisdiction Responses to Defendant/Counterclaimant's First Set of Interrogatories Dkt. 73 | | | | | |
| D-266 | 2019-03-06 - Supp. Dec. of Kinney ISO MWK's Supplemental Brief ISO Standing and Jurisdiction Dkt, 73-1 | | | | | |
| D-267 | 2019-03-25 Declaration of Evan P. Jowers Dkt. 80-11 | | | | | |
| D-268 | 2019-03-25 Plaintiff's Second Amended Complaint Dkt. 80 | | | | | |
| D-269 | 2019-09-09 Email from Gutensohn to Jowers Subject: Fwd: Agreement Proposal from REK | | | | | |
| D-270 | 2019-09-16 - Counsel Unlimited LLC Tax FIling | | | | | |
| D-271 | 2019-09-16 - Counsel Unlimited LLC Tax Filing | | | | | |
| D-272 | 2019-09-16 - Counsel Unlimited LLC Tax FIling | | | | | |
| D-273 | 2020-02-04 - Kinney's VERIFICATION of Response to Jowers' First Rogs | | | | | |
| D-274 | 2020-02-04 - Kinney's VERIFICATION of Responses to Jowers' First Revised Rogs | | | | | |
| D-275 | 2020-02-04 - MWK's Verification to Responses to Jower's First Revised Set of Rogs | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-276 | 2020-03-25 - Dec. of Kinney ISO MWK's Motion to Compel Production of Documents Dkt, 143-1 | | | | | |
| D-277 | 2020-03-25 - Dec. of Kinney ISO MWK's Motion to Compel Production of Documents Dkt. 143-1 | | | | | |
| D-278 | 2020-04-15 - Dec. of Kinney ISO MWK's Reply to Jowers and Kirkland Responses to MTC and Response to Kirkland Motion to Quash Dkt, 160-1 | | | | | |
| D-279 | 2020-04-30 Email from Kinney to Bookhout CC'd Bernardo, Katz, Mort, Loanzon Subject: Loan Accounting and Reply to your Letter | | | | | |
| D-280 | 2020-07-06 - Dec. of Kinney ISO Response to Jowers' Motion to Enforce Protective Order Dkt. 182-1 | | | | | |
| D-281 | 2020-07-06 - Dec. of Kinney ISO Response to Jowers' Motion to Enforce Protective Order Dkt. 182-1 | | | | | |
| D-282 | 2020-07-07 - Dec. of Kinney ISO MWK's Response to Jowers' Motion to Resolve Disputed Confidentiality Obligations Dkt, 183-1 | | | | | |
| D-283 | 2020-07-07 - Dec. of Kinney ISO MWK's Response to Jowers' Motion to Resolve Disputed Confidentiality Obligations Dkt. 183-1 | | | | | |
| D-284 | 2020-07-14 - MWK's Dec. of Kinney in Support of Opp. to Jower's MJOP Dkt. 187-1 | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-285 | 2020-07-14 - MWK's Dec. of Kinney in Support of Opp. to Jower's MJOP Dkt. 187-1 | | | | | |
| D-286 | 2020-07-22 Declaration of Peter Gutensohn Dkt. 192-1 | | | | | |
| D-287 | 2020-07-23 - MWK's Dec. of Kinney ISO Reply on Motion for Entry of Amended Scheduling Order Dkt. 193-1 | | | | | |
| D-288 | 2020-07-23 - MWK's Dec. of Kinney ISO Reply on Motion for Entry of Amended Scheduling Order Dkt. 193-1 | | | | | |
| D-289 | 2020-07-24 - MWK's Supp Responses to Jowers' Interrogatories 1-23 | | | | | |
| D-290 | 2020-07-24 - MWK's VERIFICATION of Interrogatories 1-23 | | | | | |
| D-291 | 2020-07-24- Kinney Declaration w. Exhibits Dkt. 194-1 | | | | | |
| D-292 | 2020-07-24- Kinney Declaration w. Exhibits Dkt. 194-1 | | | | | |
| D-293 | 2020-09-03 - MWK's Responses and Objections to 3rd interrogatories | | | | | |
| D-294 | 2020-10-15 - Dec. of Kinney ISO MWK's Response to Jowers' MTC Answers to Rogs 23-24 and RFPs 151-160 Dkt. 209-1 | | | | | |
| D-295 | 2020-10-15 Dec. of Kinney ISO MWK's Response to Jowers' MTC Answers to Rogs 23-24 and RFPs 151-160 Dkt. 209-1 | | | | | |
| D-296 | 2020-10-16 Declaration of Renee Sommers Dkt. 210-1 | | | | | |
| D-297 | 2020-10-23 Kinney Entities' Second Revised Initial Disclosures | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-298 | 2020-10-26 Jowers Timeline of Kinney Entities | | | | | |
| D-299 | 2020-11-08 PPP Screen Shot taken at 1.29.43 PM | | | | | |
| D-300 | 2020-11-23 - Supp VERIFICATION of Interrogatories | | | | | |
| D-301 | 2020-11-23 Accounting for Jowers Loans | | | | | |
| D-302 | 2020-11-23 -MWK Entities' Verification of Interrogatory Responses | | | | | |
| D-303 | 2020-12-31 Email from Kinney to Tauler, CC'd Mort, Loanzon, Saryan, Stein Subject: Issues Raised by Court in its December 18 Order (Only 2007 Asssignment Found) | | | | | |
| D-304 | 2021-01-01 - MWK's Formal Resp to Jowers's 5th RFP (161) (Verified) | | | | | |
| D-305 | 2021-01-04 - MWK's Supp Resp to RFPs re Assignment Docs w Verification | | | | | |
| D-306 | 2021-03-20 MWK Entities' Verification of Interrogatory Responses and Supplemental Responses DKt. 266-26 | | | | | |
| D-307 | About Kinney Recruiting (MWK-111568) | | | | | |
| D-308 | Intentionally left blank | | | | | |
| D-309 | Intentionally left blank | | | | | |
| D-310 | Intentionally left blank | | | | | |
| D-311 | Accounting Loans to Evan Jowers | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-312 | Alexis Lamb Offer of Employment Letter | | | | | |
| D-313 | Associate Recruiter Employment Agreement (MWK-111565) | | | | | |
| D-314 | Associate Recruiter Employment Agreement Exhibit A (MWK-111564) | | | | | |
| D-315 | Austin, TX Code of Ordinances Chapter 4-12 Registration of Credit Services Organizations and Credit Access Businesses | | | | | |
| D-316 | Chapter 4-12.- Registration of Credit Services Organizations and Credit Businesses Dkt. 259-16 | | | | | |
| D-317 | Chart showing commission earned by Jowers in the years 2014, 2015, 2016 and under the 2006 Agreement, the commission actually earned by Jowers in those three years, and the difference in those amounts Dkt. 259-15 | | | | | |
| D-318 | Counsel Holdings, Inc. Organizational Structure | | | | | |
| D-319 | Counsel Unlimited _ Website Kinney Recruiting Screenshot | | | | | |
| D-320 | Email from Jowers to Kinney Subject: Chat with Robert Kinney | | | | | |
| D-321 | Email Subject: Re: Patton Boggs gossip (MWK-174057) | | | | | |
| D-322 | Evan Jowers 2016 W2 | | | | | |
| D-323 | Evan Jowers Associate Recruiter Employment Agreement with Kinney Recruiting Limited | | | | | |
| D-324 | Evan Jowers Commission Spreadsheet | | | | | |

| Exhibit Number | Description | Offered by | Authenticity Stipulated to? | Admissibility Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| D-325 | Evan Jowers Commission Spreadsheets for the years 2015 and 2016 Dkt. 259-4 | | | | | |
| D-326 | Evan Jowers Hong Kong Contract (MWK111565) | | | | | |
| D-327 | Evan Jowers Loan Balances (MWK-164647) | | | | | |
| D-328 | Evan P. Jowers Request for Judicial Notice RE: Motion for Partial Judgement on the Pleadings Pursuant to FRCP 12(c ) (Dkt.177) Dkt. 206 | | | | | |
| D-329 | Exhibit 222 to Sommers Depo Spreadsheets Descriptions: Original Loan Before Promissory Note, Revolving Line of Credit-Accounting; Evan Jowers Forgivable Loan; | | | | | |
| D-330 | Exhibit A - Evan Jowers Known Placements | | | | | |
| D-331 | Four Seasons Payment for Evan Jowers | | | | | |
| D-332 | Holzman Contract MWK-008451 | | | | | |
| D-333 | Hong Kong Contract Exhibit A (MWK111564) | | | | | |
| D-334 | Loan Accounting Document Exhibit B – 3d Revised Initial Disclosures – Kinney Entities Dated January 12, 2021 | | | | | |
| D-335 | MWK Entities' Supplemental Responses To Defendant/Counterclaimant's First Set Of Interrogatories | | | | | |
| D-336 | Spreadsheets produced by Plaintiff Dkt. 259-9 | | | | | |
| D-337 | 2017-01-06 Email thread Subject: Re: Follow Up Message from Kinney (EJ0037491) | | | | | |
| D-338 | 2016-11-07 Latham and Watkins Fee Agreement – Partner Hiring (LW-0041) | | | | | |

| D-339 | 2017-03-01 Email thread Subject: RE: Steve Sha (LW00582) | | | | | |
|---|---|---|---|---|---|---|
| D-340 | 2017-03-01 Email thread Subject: Steve Sha statement re Robert Kinney submission (LW00601_0001) | | | | | |
| D-341 | 2017-01-05 Email thread Subject: Re: these are the live candidates (not submitted through Kinney) off the top of my head…. (MWK-0180148) | | | | | |
| D-342 | 2015-08-05 Email thread Subject: Re: checking in re tax issue on my temporary housing in HK (MWK-111325) | | | | | |
| D-343 | Various Kinney Recruiting Limited Invoices 2016 | | | | | |

DATED:  December 1, 2021                    Respectfully submitted,

By:     /s/ Robert Tauler
          Robert Tauler, Esq.
          Texas State Bar No. 24122095
          rtauler@taulersmith.com
          Tauler Smith LLP
          100 Congress Ave., Suite 2000
          Austin, TX 78701
          Telephone: (512) 456-8760

          **COUNSEL FOR DEFENDANT
          AND COUNTERCLAIMANT**

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 1, 2021, a true and accurate copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

_/s/ Robert Tauler_____
Robert Tauler