IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § | |
| Plaintiff, | § | |
| v. | § | 1:18-CV-444-RP |
| EVAN P. JOWERS, | § | |
| Defendant. | § | |
| EVAN P. JOWERS, | § | |
| Counterplaintiff, | § | |
| v. | § | |
| MWK RECRUITING, INC., ROBERT E. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING, LLC, COUNSEL UNLIMITED, LLC, and KINNEY RECRUITING LIMITED, | § | |
| Counterdefendants. | § | |

## FINAL JUDGMENT

On September 15, 2022, the Court issued its Findings of Fact and Conclusions of Law following a bench trial. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of the plaintiff, MWK Recruiting, Inc. ("MWK").

**IT IS FURTHER ORDERED** that the following damages are **AWARDED** to MWK:

| | |
|---|---|
| Misappropriation of Trade Secrets | $515,326.20 |
| Breach of Jowers Agreement | $3,082,841.72 |

| Forgivable Loan | $26,204.90 |
|---|---|
| Revolving Loan | $15,759.78 |
| **Total** | **$3,640,132.60** |

**IT IS FURTHER ORDERED** that the Court will award reasonable attorney fees to MWK for breach of the Jowers Agreement, Forgivable Loan, and Revolving Loan in an amount to be determined upon presentation of attorney fee evidence. **IT IS FURTHER ORDERED** that MWK shall file a motion for reasonable attorneys' fees and a bill of costs, with supporting documentation, no later than fourteen days after the entry of final judgment, pursuant to Local Rules CV-7(j)(1) and CV-54(a).

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue beginning with the day the judgment is filed with the Comptroller General. *See* 28 U.S.C. § 1961, 31 U.S.C. § 1304(b)(1)(A); *Transco Leasing Corp. v. United States*, 992 F.2d 552, 557 (5th Cir. 1993). The post-judgment interest rate as of September 15, 2022 is 3.62% per annum. *See* https://www.txwd.uscourts.gov/for-attorneys/post-judgment-interest-rates-weekly/.

**IT IS FURTHER ORDERED** that all other relief not specifically granted is denied.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on September 19, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE