UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MWK RECRUITING, INC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**EVAN P. JOWERS,**<br><br>      Defendant<br><br>**EVAN P. JOWERS,**<br><br>      Counterclaimant,<br><br>      v.<br><br>**MWK RECRUITING, INC.,**<br>**ROBERT E. KINNEY,**<br>**MICHELLE W. KINNEY,**<br>**RECRUITING PARTNERS GP, INC.,**<br>**KINNEY RECRUITING LLC,**<br>**COUNSEL UNLIMITED LLC, and**<br>**KINNEY RECRUITING LIMITED,**<br><br>      Counterdefendants. | Case No. 1:18-cv-00444-RP |

## DECLARATION OF RAYMOND W. MORT, III

    1.    I am a member in good standing of the State Bar of Texas, and a founding partner at The Mort Law Firm, PLLC. I have been licensed to practice law in Texas for over 27 years and licensed in the United States District Courts for the Western District of Texas for over 25 years.

    2.    I have personal knowledge of the facts set forth herein, and if called to testify could and would competently testify thereto.

    3.    I have practiced civil litigation in Austin, Texas for over 20 years. Based on my

experience, I am familiar with the customary rates charged in the in the Western District of Texas and Austin, Texas for attorneys in civil litigation, including complex commercial litigation cases.

4. My opinions expressed in this declaration are based on my personal knowledge. I base my opinions on my education, training, and experience as an attorney practicing law in the State of Texas and the Western District of Texas, on the pleadings, motions, orders, and other documents relevant to this case, and my time and effort representing MWK Recruiting, Inc. on the enforcement of its contractual rights against Evan P. Jowers.

5. In forming my opinions, I have considered the type of litigation involved, as well as the parties and counsel involved, and I have evaluated the following factors, among others: the time and labor required; the novelty and difficulty of the questions involved; the skill requisite to perform the legal services properly; the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the attorneys involved; the fee customarily charged in the locality for similar legal services; the amount involved and the results obtained; the time limitations imposed by the client or by the circumstances; the nature and length of the professional relationship with the client; the experience, reputation, and ability of the attorneys involved; and whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

6. In reaching my opinion on the reasonableness and necessity of the fees sought, I have reviewed the time and billing records I have personally prepared in this matter as well as emails, phone records, notes, and docket activity in this matter. These records show that the tasks performed and time expended by the me were reasonable and necessary.

7. In my opinion, also relevant to the reasonableness of fees in this matter is the discovery misconduct and abuse engaged in by counsel for Defendant, which significantly

increased the time I had to spend on the matter while he represented the Defendant. For example, I was bombarded with emails and meet & confer letters from June 2020 through December 2020. In this timeframe, Defendant filed multiple motions to compel and motions for sanctions, which were denied by Judge Austin. Additionally, Defendant failed or refused to provide discovery responses relating to placements Defendant had either made or assisted with. This failure required counsel to issued third-party discovery to clients of MWK to acquire invoices and proof of breaches of the employment agreement.

8.  As itemized in the attached listing of time and task entry records, my amount of time spent prosecuting MWK's breach of contract claims, upon which the Court found in favor of MWK, were 1,080.75 hours. My hourly rate for this work was $750 an hour. Based on my experience, the billable rate I charged for this matter is a reasonable rate for the Austin market and the Western District of Texas.

9.  Based on all of the foregoing, it is my opinion that given the nature of the claims asserted, the results achieved, and the time frame in which services were provided, a reasonable number of hours were expended in connection with these activities. Accordingly, it is my opinion that $810,562.50 in attorney's fees sought by MWK for my services are reasonable and necessary, were incurred as a direct result of Defendant's breach of contract claims for which MWK prevailed and the activities described above and were required to effectively litigate this case.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and accurate and that I have executed this declaration on October 3, 2022.

Raymond W. Mort, III

| Date | Description of Activity | Time (hours) |
|---|---|---|
| 5/29/2018 | Review and analyze notice of removal and state court pleadings; confer with opposing counsel regarding requested extension to answer. | 3.75 |
| 5/30/2018 | Review and analyze Jowers employment agreement; review docket entries. | 3.00 |
| 5/31/2018 | Prepare and file request for issuance of summons; review issues concerning foreign service. | 2.25 |
| 6/1/2018 | Prepare and file PHV motion for Kinney; prepare service package for defendants. | 1.50 |
| 6/4/2018 | Review pleadings filed by Jowers; confer with opposing counesl regarding request for increase in pages for motion. | 1.00 |
| 6/8/2018 | Review and analyze motion to dismiss filed by Jowers. | 2.50 |
| 6/12/2018 | Confer with client regarding response to motion to dismiss; research case law regarding jurisdiction issues and Florida choice of law. | 2.75 |
| 6/22/2018 | Confer with opposing counsel regarding service and extension of time to respond to motion to dismiss; prepare and file motion for extension. | 1.00 |
| 6/25/2018 | Draft revised complaint. | 3.50 |
| 6/26/2018 | Further develop and revise complaint. | 3.00 |
| 6/27/2018 | Further develop and revise complaint. | 3.50 |
| 6/28/2018 | Further develop and revise complaint. | 2.50 |
| 6/29/2018 | Finalize revised complaint and file; prepare and file response to motion to dismiss. | 3.50 |
| 7/5/2018 | Review and respond to correspondence from opposing counsel. | 0.75 |
| 7/9/2018 | Review and respond to correspondence from opposing counsel. | 0.50 |
| 7/11/2018 | Review Court Orders regarding motion to dismiss. | 0.50 |
| 7/25/2018 | Review and respond to correspondence from opposing counsel. | 0.50 |
| 7/27/2018 | Review and analyze motion to strike and motion to dismiss filed by Jowers. | 3.25 |
| 7/30/2018 | Prepare responses to motion to strike and motion to dismiss. | 4.00 |
| 8/4/2018 | Prepare and file corporate disclosure statement; revise and draft responses to motions to strike and dismiss. | 1.50 |
| 8/6/2018 | Revise response to motion to strike and motion to dismiss. | 2.25 |
| 8/7/2018 | Revise response to motion to strike and motion to dismiss. | 1.75 |
| 8/8/2018 | Revise response to motion to strike and motion to dismiss. | 1.50 |
| 8/9/2018 | Confer with opposing counsel regarding extensions of time to file respons and request for additional pages; prepare and file motions for extension of time and excess pages; revise and draft responses to motions to dismiss and strike. | 3.75 |
| 8/10/2018 | Review and revise response to motion to dismiss. | 4.25 |
| 8/16/2018 | Review and analyze reply to motion to strike filed by Jowers. | 1.25 |
| 8/17/2018 | Draft response to motion to dismiss by Jowers | 1.50 |
| 8/21/2018 | Draft response to motion to dismiss by Jowers | 1.75 |
| 8/22/2018 | Draft response to motion to dismiss by Jowers | 1.50 |
| 8/23/2018 | Draft response to motion to dismiss by Jowers | 1.25 |
| 8/24/2018 | Finalize and file response to motion to dismiss by Jowers | 2.50 |
| 8/28/2018 | Review and respond to correspondence from opposing counsel. | 0.25 |

| Date | Description | Hours |
|---|---|---|
| 9/27/2018 | Meet & confer with opposing counsel regarding proposed schedule. | 0.25 |
| 9/28/2018 | Prepare and file proposed schuling order. | 1.00 |
| 10/1/2018 | Review Court's Order regarding proposed schedule; meet & confer with opposing counsel regarding Court's Order. | 0.50 |
| 10/26/2018 | Finalize and file joint proposed schedule. | 1.00 |
| 11/6/2018 | Review Court's Order regarding initial pre-trial conference. | 0.25 |
| 11/15/2018 | Prepare for and attend pre-trial conference. | 0.50 |
| 12/11/2018 | Prepare and file notice regarding consent to magistrate. | 0.50 |
| 2/21/2019 | Review Court's Order requiring MWK to produce discovery regarding standing. | 0.50 |
| 2/23/2019 | Finalize and file motion for protective order. | 1.00 |
| 2/25/2019 | Finalize and file notice of merger and change of name of MWK; prepare and file Rule 7 disclosure statement. | 1.25 |
| 3/6/2019 | Finalize and file supplemental memorandum regarding standing for MWK. | 1.00 |
| 3/19/2019 | Draft second amended complaint. | 2.50 |
| 3/20/2019 | Draft second amended complaint. | 2.00 |
| 3/21/2019 | Draft second amended complaint. | 2.50 |
| 3/22/2019 | Finalize and file Joint ADR report; prepare and file motion to amend complaint. | 1.50 |
| 3/25/2019 | Finalize and file second amended complaint; prepare and file agreed motion to set briefing schedule. | 2.75 |
| 4/17/2019 | Review Defendant's motion to dismiss second amended complaint. | 1.50 |
| 4/18/2019 | Draft response to motion to dismiss | 1.75 |
| 4/19/2019 | Draft response to motion to dismiss | 2.00 |
| 4/25/2019 | Draft response to motion to dismiss | 1.50 |
| 4/26/2019 | Draft response to motion to dismiss | 1.50 |
| 4/29/2019 | Draft response to motion to dismiss | 1.75 |
| 4/30/2019 | Draft response to motion to dismiss | 1.50 |
| 5/6/2019 | Draft response to motion to dismiss | 1.75 |
| 5/7/2019 | Draft response to motion to dismiss | 2.00 |
| 5/8/2019 | Finalize and file response to Jowers's motion to dismiss. | 1.50 |
| 5/22/2019 | Review and analyze Defendant's reply to motion to dismiss. | 1.00 |
| 7/29/2019 | Review and analyze Court's Order on Defendant's motion to dismiss. | 1.00 |
| 8/8/2019 | Review and respond to correspondence from opposing counsel regarding extension to answer second amended complaint. | 0.25 |
| 8/19/2019 | Review and analyze Defendant's answer, counterclaim, and third party claims. | 2.50 |
| 8/20/2019 | Review and respond to correspondence from opposing counsel regarding waiver of service and extension to answer counterclaims. | 0.75 |
| 8/30/2019 | Review Court's Order setting pre-trial conference. | 0.25 |
| 9/10/2019 | Prepare for and attend pre-trial conference. | 0.50 |
| 9/16/2019 | Draft answer to counterclaims and third party claims | 2.50 |
| 9/17/2019 | Draft answer to counterclaims and third party claims | 1.50 |
| 9/18/2019 | Draft answer to counterclaims and third party claims | 1.50 |
| 9/23/2019 | Draft answer to counterclaims and third party claims | 1.75 |

| Date | Description | Hours |
|---|---|---|
| 9/24/2019 | Draft answer to counterclaims and third party claims | 2.25 |
| 9/27/2019 | Draft answer to counterclaims and third party claims | 3.00 |
| 9/30/2019 | Finalize and file answer to Defendant's counterclaims and third party claims. | 3.50 |
| 10/7/2019 | Review and analyze motion to disqualify R.Kinney | 1.00 |
| 10/15/2019 | Finalize and file resposne to motion to disqualify. | 2.50 |
| 10/21/2019 | Review and analyze Jowers's motion to dismiss counterclaims. | 1.50 |
| 10/30/2019 | Draft amended answer | 2.00 |
| 10/31/2019 | Draft amended answer | 1.75 |
| 11/1/2019 | Draft amended answer | 2.50 |
| 11/4/2019 | Finalize and file amended answer; Finalize and file response to motion to dismiss. | 1.75 |
| 11/15/2019 | Prepare and serve offer of settlement. | 0.50 |
| 11/19/2019 | Review and analyze motion to stay filed by Jowers. | 1.50 |
| 11/20/2019 | Draft response to motion to stay. | 2.00 |
| 11/21/2019 | Draft response to motion to stay. | 1.75 |
| 11/22/2019 | Draft response to motion to stay. | 2.00 |
| 11/25/2019 | Finalize and file response to motion to stay; review and revise amended discovery requests to Jowers. | 5.00 |
| 12/2/2019 | Review and analyze Jowers's reply to motion to stay. | 0.50 |
| 12/5/2019 | Respond to Jowers's offer of settlement. | 0.25 |
| 12/6/2019 | Review and analyze Jowers's motion to expedite. | 0.50 |
| 12/11/2019 | Review Court's Order on motion to stay. | 0.50 |
| 12/18/2019 | Reviw K&E's response to subpoena for documents. | 1.00 |
| 12/19/2019 | Revew Jowers's status report. | 0.25 |
| 12/20/2019 | Review discovery request propounded by Jowers | 1.50 |
| 1/10/2020 | Draft motion to strike jury demand. | 2.75 |
| 1/13/2020 | Finalize and file motion to strike jury demand | 3.50 |
| 1/16/2020 | Meet & confer with opposing counsel regarding Defendant's request to amend pleadings and extension of time to respond to motion. | 0.50 |
| 1/21/2020 | Review and analyze Jowers's second amended answer and counterclaims. | 2.50 |
| 1/22/2020 | Develop trial plan; identify every claim and defense asserted and research law regarding every element. | 2.50 |
| 1/23/2020 | Develop trial plan; identify every claim and defense asserted and research law regarding every element. | 2.50 |
| 1/24/2020 | Develop trial plan; identify every claim and defense asserted and research law regarding every element. | 2.50 |
| 1/27/2020 | Develop trial plan; identify every claim and defense asserted and research law regarding every element. | 2.50 |
| 1/28/2020 | Review and analyze Jower's response to motion to strike jury demand. | 2.75 |
| 1/29/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |
| 1/30/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |

| Date | Description | Hours |
|---|---|---|
| 1/31/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |
| 2/3/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |
| 2/4/2020 | Finalize and file reply to motion to strike jury demand. | 2.75 |
| 2/5/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |
| 2/6/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |
| 2/7/2020 | Continue to develop trial plan; identify key elements missing from Defendant's claims. | 2.50 |
| 2/10/2020 | Develop discovery plan based on legal requirements for each claim and defense. | 2.50 |
| 2/11/2020 | Develop discovery plan based on legal requirements for each claim and defense. | 2.50 |
| 2/12/2020 | Develop discovery plan based on legal requirements for each claim and defense. | 2.50 |
| 2/13/2020 | Develop discovery plan based on legal requirements for each claim and defense. | 2.50 |
| 2/14/2020 | Develop discovery plan based on legal requirements for each claim and defense. | 2.50 |
| 2/17/2020 | Develop initial discovery requests per discovery plan. | 1.75 |
| 2/18/2020 | Develop initial discovery requests per discovery plan. | 2.00 |
| 2/19/2020 | Develop initial discovery requests per discovery plan. | 2.00 |
| 2/20/2020 | Develop initial discovery requests per discovery plan. | 2.50 |
| 2/21/2020 | Develop initial discovery requests per discovery plan. | 1.75 |
| 3/5/2020 | Review and respond to correspondece regarding subpoena to K&E. | 0.75 |
| 3/19/2020 | Draft motion to compel discovery from Jowers and K&E. | 2.25 |
| 3/24/2020 | Review and revise motion to compel discovery from Jowers and K&E. | 3.00 |
| 3/25/2020 | Finalize and file motion to compel discovery responses. | 2.75 |
| 4/1/2020 | Draft motion to dismiss on the pleadings. | 4.25 |
| 4/2/2020 | Draft motion to dismiss on the pleadings. | 5.75 |
| 4/3/2020 | Review and respond to correspondence from opposing counsel regarding request for extension of time to respond to motion to compel; draft motion to dismiss on the pleadings. | 6.50 |
| 4/6/2020 | Review and analyze respons to motion to compel; finalize and file motion to dismiss on the pleadings. | 4.75 |
| 4/7/2020 | Review correspondence from K&E regarding motion to compel. | 0.75 |
| 4/8/2020 | Review and analyze motion to quash by K&E; review and analyze response to motion to compel filed by Jowers. | 5.25 |
| 4/9/2020 | Review amended scheduling order. | 0.25 |
| 4/10/2020 | Draft response to motion to quash. | 1.25 |
| 4/13/2020 | Draft response to motion to quash. | 1.50 |
| 4/14/2020 | Draft response to motion to quash. | 1.25 |
| 4/15/2020 | Finalize and file response to motion to quash. | 2.75 |

| Date | Description | Hours |
|---|---|---|
| 4/20/2020 | Review and analyze Jowers's response to motion for judgment on the pleadings. | 2.25 |
| 4/22/2020 | Review and analyze reply to motion to quash filed by K&E. | 1.25 |
| 4/24/2020 | Review and respond to opposing counsel regarding meet & confer scheduling. | 0.50 |
| 4/25/2020 | Reviw and analyze supplement to motion filed by Jowers; reply to opposing counsel regarding false statement in certificate of conference. | 2.50 |
| 4/27/2020 | Finalize and file reply to motion to dismiss; review Orders from the Court. | 3.25 |
| 4/28/2020 | Review Order on motion for protective order. | 0.50 |
| 4/29/2020 | Collect communications regarding false statements Defendant's certificate of conference; file notice of communications with the Court. | 2.25 |
| 4/30/2020 | Prepare for discovery hearing. | 2.50 |
| 5/1/2020 | Prepare for and attend hearing on motion to compel. | 2.50 |
| 5/5/2020 | Review and respond to correspondence from opposing counsel regarding recent Order and discovery issues. | 0.50 |
| 5/6/2020 | Review and respond to third party correspondence regarding issued subpoenas. | 0.50 |
| 5/8/2020 | Review and respond to correspondence from opposing counsel regarding discovery disputes. | 0.75 |
| 5/18/2020 | Review and respond to correspondence from opposing counsel regarding discovery disputes. | 0.50 |
| 5/20/2020 | Review and respond to correspondence from opposing counsel regarding discovery disputes. | 0.50 |
| 5/22/2020 | Review and respond to correspondence from opposing counsel regarding issued subpoenas and discovery issues. | 1.25 |
| 5/27/2020 | Review and respond to correspondence from R.Tauler. | 0.75 |
| 5/31/2020 | Review and revise second set of interrogatories to Jowers. | 1.50 |
| 6/1/2020 | Review Court's Order on motion to dismiss; review and respond to correspondence from DLA. | 0.50 |
| 6/4/2020 | Review 14 subpoena's issued by Defendant for oral depositions. | 1.00 |
| 6/5/2020 | Review draft objections to Defendant's subpoenas. | 0.50 |
| 6/10/2020 | Review and revise additional discovery requests. | 2.00 |
| 6/11/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes. | 1.50 |
| 6/12/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes. | 1.25 |
| 6/15/2020 | Review and respond to correspondence from R.Tauler regarding discovery issues. | 2.25 |
| 6/16/2020 | Review and analyze Defendant's motion for judgment on the pleadings; review and respond to correspondence from R.Tauler regarding discovery disputes. | 4.25 |
| 6/17/2020 | Draft response to Defendant's motion for judgment on the pleadings; review and respond to correspondence and meet & confer letters from R.Tauler regarding remote depositions and confidentiality order. | 5.25 |

| Date | Description | Hours |
|---|---|---|
| 6/18/2020 | Draft response to Defendant's motion for judgment on the pleadings; review and respond to correspondence from R.Tauler regarding discovery issues and disputes. | 3.00 |
| 6/19/2020 | Draft response to Defendant's motion for judgment on the pleadings; review Defendant's additional interrogatories and RFPs. | 3.25 |
| 6/22/2020 | Draft response to Defendant's motion for judgment on the pleadings. | 1.75 |
| 6/23/2020 | Draft response to Defendant's motion for judgment on the pleadings. | 1.50 |
| 6/24/2020 | Draft response to Defendant's motion for judgment on the pleadings; review and respond to correspondence from R.Tauler regarding discovery responses and disputes. | 2.75 |
| 6/25/2020 | Draft response to Defendant's motion for judgment on the pleadings; review and respond correspondence from R.Tauler regarding discovery disputes and meet & confer letters. | 4.75 |
| 6/26/2020 | Review and analyze Defendant's motion for protective order; review and respond to correspondence from R.Tauler regarding meet & confer status and discovery disputes. | 3.00 |
| 6/29/2020 | Draft response to Defendant's motion for protective order and motion on the pleadings. | 1.25 |
| 6/30/2020 | Draft response to Defendant's motion for protective order and motion on the pleadings; review and respond to correspondence from R.Tauler regarding additional discovery disptues. | 2.25 |
| 7/1/2020 | Draft response to Defendant's motion for protective order and motion on the pleadings; review and respond to correspondence from R.Tauler regarding AEO designations and additional discovery disputes. | 2.25 |
| 7/2/2020 | Review and analyze Defendant's motion to resolve disputed confidentiality designations; draft response to Defendant's motion for judgment on the pleadings and moiton for protective order. | 2.50 |
| 7/3/2020 | Draft responses to Defendant's motions for judgment on the pleadings, motion for protective order, and motion to resolve confidential designations. | 2.75 |
| 7/6/2020 | Finalize and file response to Defendant's motion for protective order; draft responses to Defendant's motion for entry of judgment and motion to resolve confidentiality. | 3.25 |
| 7/7/2020 | Draft responses to Defendant's motion for entry of judgment; finalize and file response to Defendant's motion to resolve confidentiality. | 2.50 |
| 7/8/2020 | Draft responses to Defendant's motion for entry of judgment. | 2.25 |
| 7/9/2020 | Review and analyze to Defendant's motion to compel; draft responses to Defendant's motions for entry of judgment; review and respond to correspondence from R.Tauler regarding schedule extension and discovery disputes. | 2.50 |
| 7/10/2020 | Draft responses to Defendant's motion to compel and judgment on the pleadings; review and respond to correspondence from R.Tauler regarding discovery issues. | 2.00 |
| 7/13/2020 | Reviw and analyze Defendant's reply to motion for protective order | 1.25 |
| 7/14/2020 | Finalize and file response to Defendant's motion for judgment on the pleadings; review and analyze Defendant's reply to motion to resolve. | 2.25 |

| Date | Description | Hours |
|---|---|---|
| 7/15/2020 | Review and respond to correspondence from R.Tauler regarding discovery issues. | 0.75 |
| 7/16/2020 | Review and respond to correspondence from R.Tauler. | 0.50 |
| 7/17/2020 | Review Defendant's responses to discovery requests. | 2.75 |
| 7/20/2020 | Finalize and file opposed motion to extend scheduling order deadlines. | 1.25 |
| 7/21/2020 | Review and analyze Defendant's reply to motion for judgment on the pleadings. | 1.25 |
| 7/22/2020 | Review and analyze Defendant's respnse to motion to extend scheduling order deadlines; draft response to Defendant's motion to compel and draft reply to motion to extend schedule. | 2.50 |
| 7/23/2020 | Finalize and file reply to Defendant's opposition to motion to extend; draft response to Defendant's motion to compel. | 1.50 |
| 7/24/2020 | Finalize and file response to Defendant's motion to compel; review discovery responses from Defendant. | 1.25 |
| 7/27/2020 | Update trial plan and needed discovery. | 2.25 |
| 7/28/2020 | Update trial plan and needed discovery. | 2.25 |
| 7/29/2020 | Review and analyze Defendant's reply to motion to compel. | 0.75 |
| 7/30/2020 | Review and analyze Court's Order granting MWK's moiton to strike jury demand; review Defendant's updated discovery responses. | 2.75 |
| 8/3/2020 | Review Court's Ordger granting MWK's motion to extend schedule. | 0.25 |
| 8/4/2020 | Review and respond to correspondence regarding Defenant's refusal to share AEO material with MWK counsel. | 0.75 |
| 8/7/2020 | Review and analyze additional discovery reqeusts from Defendant. | 2.25 |
| 8/12/2020 | Review and respond to correspondence and meet & confer reqeusts from R.Tauler. | 1.00 |
| 8/14/2020 | Review and respond to correspondence from R.Tauler regarding additional discovery disputes. | 0.75 |
| 8/19/2020 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 8/20/2020 | Review additional third party discovery requests from Defendant. | 1.00 |
| 8/21/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes. | 1.00 |
| 8/24/2020 | Review Defendant's 5th RFPs to MWK and notices of deposition. | 0.75 |
| 8/26/2020 | Review and respond to correspondence from R.Tauler regarding additional discovery disputes. | 2.25 |
| 8/27/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes and meet & confer letters. | 2.50 |
| 8/28/2020 | Review additional third party discovery requests from Defendant. | 0.50 |
| 8/31/2020 | Review and respond to correspondence from R.Tauler regarding depositions and other discovery disputes. | 1.75 |
| 9/1/2020 | Review and analyze Defendant's motion to compel. | 1.75 |
| 9/2/2020 | Finalize and file opposed motion for extension of time to respond to Defendant's motion to compel; review and analyze Defendant's response to motion for extension of time; draft response to Defendant's motion to compel; review and respond to correspondence from R.Tauler. | 5.75 |

| Date | Description | Hours |
|---|---|---|
| 9/3/2020 | Review and analyze Defendant's request for judicial notice for its motion for protective order; draft response to Defendant's motion to compel; review and finalize discovery responses; review and respond to correspondence from R.Tauler. | 4.25 |
| 9/4/2020 | Finalize and file reply to motion for extension of time; draft response to Defendant's motion to compel; review and respond to correspondence from R.Tauler. | 5.25 |
| 9/6/2020 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 9/7/2020 | Review and respond to correspondence from R.Tauler regarding privilage log. | 0.25 |
| 9/8/2020 | Finalize and file response to Defendant's motion to compel; review and respond to correspondence from R.Tauler regarding meet & confer regarding discovery disputes; draft response to Defendant's objections to discovery. | 6.00 |
| 9/9/2020 | Review and respond to correspondence from R.Tauler regarding discovery issues. | 1.25 |
| 9/10/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes and meet & confer letters. | 2.75 |
| 9/11/2020 | Review and analyze Defendant's reply to its motion to compel; review and respond to correspondence from R.Tauler. | 1.25 |
| 9/16/2020 | Review and respond to correspondence from R.Tauler regarding scheduling of depositions and discovery disputes. | 2.25 |
| 9/17/2020 | Review Court's Order granting Plaintiff's motion for extension of time; review and respond to correspondence from R.Tauler. | 0.75 |
| 9/23/2020 | Review and respond to correspondence from R.Tauler regarding depositions and other discovery disputes. | 0.75 |
| 9/24/2020 | Review and respond to correspondence from R.Tauler regarding meet & confer regarding deposition scheduling and discovery disputes. | 2.25 |
| 9/25/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes. | 1.75 |
| 9/28/2020 | Review and respond to correspondence from R.Tauler regarding depositions and other discovery disputes. | 1.00 |
| 9/29/2020 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 9/30/2020 | Review Defendant's 4th set of Rogs. | 0.75 |
| 10/1/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes and meet & confer letters. | 1.00 |
| 10/2/2020 | Review and respond to correspondence from R.Tauler regarding an additional meet & confer regarding a motion to compel. | 1.00 |
| 10/6/2020 | Review and analyze Defendant's notice for requested judicial notice regarding its motion for judgment on the pleadings; review and respond to correspondence from R.Tauler. | 1.25 |
| 10/8/2020 | Review and analyze Defendant's motion to compel. | 1.00 |
| 10/9/2020 | Review and analyze Defendant's motion to compel; draft response to Defendant's motion to compel; review and analyze Defendant's additional discovery requests. | 1.75 |

| Date | Description | Hours |
|---|---|---|
| 10/12/2020 | Draft responses to Defendant's motions to compel; review and respond to correspondence from R.Tauler. | 3.25 |
| 10/13/2020 | Draft responses to Defendant's motions to compel. | 2.50 |
| 10/14/2020 | Draft responses to Defendant's motions to compel. | 2.50 |
| 10/15/2020 | Finalize and file response to Defendant's motion to compel; review and respond to correspondence from R.Tauler regarding discovery disputes. | 3.25 |
| 10/16/2020 | Finalize and file response to Defendant's motion to compel; review and respond to correspondence from R.Tauler regarding discovery disputes. | 4.25 |
| 10/19/2020 | Review and analyze additional discovery reqeusts from Defendant; review past discovery reqeusts and responses; develop additional discovery requests per trial plan. | 2.75 |
| 10/20/2020 | Develop discovery requests to obtain third party information for trial proof. | 2.00 |
| 10/21/2020 | Develop discovery requests to obtain third party information for trial proof. | 2.00 |
| 10/22/2020 | Review and analyze Defendant's reply to its motion to compel; review and analyze Defendant's errata regarding its motion to compel. | 0.50 |
| 10/23/2020 | Review and analyze Defendant's reply to its motion to compel. | 0.50 |
| 10/26/2020 | Review additional discovery requests for trial evidence. | 0.75 |
| 10/27/2020 | Review and respond to Defendant's motion for sanctions. | 1.50 |
| 10/28/2020 | Draft response to Defendant's motion for sanctions. | 2.25 |
| 10/29/2020 | Draft response to Defendant's motion for sanctions. | 2.00 |
| 10/30/2020 | Draft response to Defendant's motion for sanctions; review discovery responses and objections from Defendant. | 3.50 |
| 11/2/2020 | Draft response to Defendant's motion for sanctions. | 1.25 |
| 11/3/2020 | Finalize and file response to Defendant's motion for sanctions. | 2.25 |
| 11/5/2020 | Review and response to correspondence from R.Tauler regarding desposition scheduling. | 1.75 |
| 11/6/2020 | Review and response to correspondence from R.Tauler regarding desposition scheduling. | 1.50 |
| 11/9/2020 | Review and response to correspondence from R.Tauler regarding third party discovery; review third-party discovery; draft motion for protective order. | 2.25 |
| 11/10/2020 | Review and analyze Defendant's reply to its motion for sanctions; draft protective order. | 2.75 |
| 11/11/2020 | Draft motion for protective order. | 1.75 |
| 11/12/2020 | Finalize and file motion for protective order and motion to quash; review Defendant's re-issued third party discovery; review and respond to correspondence from R.Tauler regarding improper third-party discovery. | 3.25 |
| 11/16/2020 | Review and analyze Defendant's objections to MWK's motion for protective order and motion to quash; finalize and file certificate or counsel. | 1.75 |
| 11/19/2020 | Review and anlyze Defendant's response to MWK's motion for protective order and motion to quash. | 1.00 |
| 11/20/2020 | Draft reply to motion for protective order and motion to quash. | 1.25 |

| Date | Description | Hours |
|---|---|---|
| 11/23/2020 | Draft reply to motion for protective order and motion to quash. | 1.25 |
| 11/24/2020 | Draft reply to motion for protective order and motion to quash; review Defendant's responses to discovery; review and respond to correspondence from R.Tauler regarding discovery requests. | 3.50 |
| 11/25/2020 | Draft reply to motion for protective order and motion to quash; review and respond to correspondence from R.Tauler regarding deposition scheduling disputes, protective orders, and discovery disputes. | 4.75 |
| 11/27/2020 | Draft reply to motion for protective order and motion to quash. | 2.25 |
| 11/28/2020 | Finalize and file resply to motion for protective order and motion to quash. | 0.75 |
| 11/29/2020 | Review and respond to correspondence from R.Tauler regarding discovery disputes. | 1.75 |
| 12/1/2020 | Revew and respond to correspondence from R.Tauler regarding discovery disputes regarding deposition scheduling and claims for sanctions. | 1.00 |
| 12/7/2020 | Finalize and file motion to expedite motion for protective order; review and analyze Defendant's motion for sanctions; review and analyze Defendant's supplement to its motion for sanctions; review and analyze Defendant's errata to its motion for sanctions. | 2.75 |
| 12/8/2020 | Review and analyze the Court's Orders on motions for judgment on the pleadings. | 1.00 |
| 12/14/2020 | Review and analyze Defendant's response to MWK's motion to expedite; finalize and file response to Defendant's motion for sanctions. | 2.00 |
| 12/15/2020 | Prepare for and attend status conference with the Court. | 1.00 |
| 12/18/2020 | Review and analyze Court's order denying Defendant's various motions for sanctions, to compel, and for protective order. | 1.50 |
| 12/21/2020 | Review and analyze Defendant's second amended answer. | 1.00 |
| 12/31/2020 | Review and analyze Defendant's objections on Judge Austin's Order. | 0.50 |
| 1/1/2021 | Finalize and file response to Defendant's objections to Judge Austin's Order. | 2.25 |
| 1/4/2021 | Review draft responses to discovery requests. | 0.50 |
| 1/5/2021 | Review Court's order regarding Defendant's objections; file agreed motion for protective order; file notice of compliance with Judge Austin's Order; review Defendant's filings regarding various orders. | 3.50 |
| 1/6/2021 | Review and analyze Jower's "brief" to the Court; Review Order issued by the Court; review and respond to correspondence from R.Tauler; finalize and file declaration of R.Sommers. | 4.50 |
| 1/7/2021 | Review Court's Order regarding protective order. | 0.25 |
| 1/8/2021 | Review and respond to correspondence from R.Tauler; draft motion for summary judgment; draft additional discovery requests. | 5.50 |
| 1/9/2021 | Review and respond to correspondence from R.Tauler. | 1.75 |
| 1/11/2021 | Review Order issued by the Court; revise initial disclosures; review responses to discovery; develop additional discovery requests; Review and respond to correspondence from R.Tauler; develop final sets of discovery requests; draft motion for summary judgment. | 7.75 |

| Date | Description | Hours |
|---|---|---|
| 1/12/2021 | Finalize and file answer to Defendant's counterclaim; finalize revised initial disclosures; Review and respond to correspondence from R.Tauler; finalize final discovery requests; draft motion for summary judgment. | 8.50 |
| 1/13/2021 | Finalize and file motion for summary judgment. | 8.50 |
| 1/14/2021 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 1/15/2021 | Revew Order issued by Judge Austin; Review and respond to correspondence from R.Tauler. | 1.00 |
| 1/16/2021 | Review and respond to correspondence from R.Tauler. | 1.00 |
| 1/18/2021 | Finalize and file opposition to Defendant's motion to disqualify R.Kinney; review new discovery requests from Defendant; review discovery responses from DoWQs. | 2.50 |
| 1/19/2021 | Review new discovery reqeusts from Defendant. | 1.50 |
| 1/20/2021 | Review and respond to correspondence from R.Tauler. | 2.25 |
| 1/21/2021 | Review ECF notices and Orders by the Court; review and analyze Defendant's reply to disqualify R.KinneyReview and respond to correspondence from R.Tauler. | 3.25 |
| 1/22/2021 | Review discovery responses from DoWQs; prepare for depositions; review key exhibits for trial. | 3.50 |
| 1/23/2021 | Prepare R.Kinney for deposition. | 4.00 |
| 1/24/2021 | Prepare R.Kinney for deposition. | 3.50 |
| 1/25/2021 | Prepare for and attend deposition of MWK. | 9.50 |
| 1/26/2021 | Review and respond to correspondence from R.Tauler; review accounting for two loan agreements; review responses to discovery requests. | 3.50 |
| 1/27/2021 | Review and analyze Defendant's response to motion for summary judgment; draft reply to motion for summary judgment; prepare for depositions; review received discovery responses; Review and respond to correspondence from R.Tauler. | 4.50 |
| 1/28/2021 | Review and respond to correspondence from R.Tauler. | 2.50 |
| 1/29/2021 | Review and respond to correspondence from R.Tauler; review transcript of deposition of R.Kinney; review discovery obtained from DoWQs. | 4.75 |
| 1/31/2021 | Review and revise draft reply to motion for summary judgment. | 2.50 |
| 2/1/2021 | Draft reply to motin for summary judgment. | 2.75 |
| 2/2/2021 | Draft reply to tutin for summary judgment; Review and respond to correspondence from R.Tauler. | 3.25 |
| 2/3/2021 | Finalize and file reply to motion for summary judgment; Review and respond to correspondence from R.Tauler. | 4.00 |
| 2/4/2021 | Review and respond to correspondence from R.Tauler; review discovery obtained from DoWQs. | 2.25 |
| 2/5/2021 | Review and respond to correspondence from R.Tauler; review discovery obtained from DoWQs. | 2.00 |
| 2/8/2021 | Prepare R.Kinney for deposition. | 2.00 |
| 2/9/2021 | Prepare R.Kinney for deposition. | 1.50 |
| 2/10/2021 | Prepare R.Kinney for deposition. | 1.50 |
| 2/11/2021 | Review Defendant's responses to recent interrogatories and RFPs. | 1.25 |

| Date | Description | Hours |
|---|---|---|
| 2/15/2021 | Review and respond to correspondence from R.Tauler; review and analyze Defendant's responses to discovery requests. | 3.25 |
| 2/16/2021 | Review and respond to correspondence from R.Tauler. | 0.50 |
| 2/18/2021 | Review Defendant's motion to continue discovery; review and respond to correspondence from R.Tauler. | 4.00 |
| 2/19/2021 | Review ECF filings; review and respond to correspondence from R.Tauler. | 1.75 |
| 2/20/2021 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 2/22/2021 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 2/23/2021 | Prepare witness for deposition; review and respond to correspondence from R.Tauler. | 2.25 |
| 2/24/2021 | Prepare witness for deposition. | 1.50 |
| 2/25/2021 | Prepare for and attend deposition of MWK; review late discovery notices; review and respond to correspondence from R.Tauler. | 13.25 |
| 2/26/2021 | Review Defendant's motion to compel compliance; review and respond to correspondence from R.Tauler. | 3.25 |
| 2/27/2021 | Prepare response to motion to compel. | 2.50 |
| 3/3/2021 | Finalize and file response to Defendant's motion to compel. | 2.50 |
| 3/8/2021 | Review Court's Order denying Defendant's motion to compel. | 0.50 |
| 3/9/2021 | Review and respond to correspondence from R.Tauler. | 1.75 |
| 3/10/2021 | Review deposition transcript of R.Kinney. | 2.50 |
| 3/11/2021 | Review and respond to correspondence from R.Tauler. | 2.25 |
| 3/12/2021 | Meet & confer regarding discovery dispute; review and respond to communications with the Court. | 0.75 |
| 3/18/2021 | Organize exhibits for trial; update rough trial outline; review depositions on written questions; review local rules for preparation of pre-trial order. | 5.50 |
| 3/20/2021 | Review and analyze Defendant's motion for summary judgment. | 1.50 |
| 3/22/2021 | Review Defendant's objections to Order denying motio to compel; review and respond to correspondence from R.Tauler; draft response to motion for summary judgment; review and respond to correspondence with the Court. | 6.00 |
| 3/23/2021 | Finalize and file response to Defendant's misc objections; draft response to motion for summary judgment; review and respond to correspondence from R.Tauler. | 4.50 |
| 3/24/2021 | Prepare for and attend hearing before Judge Austin; review Order on motion for summary judment; review and respond to correspondence from R.Tauler; comply with Judge Austin's Order. | 4.25 |
| 3/25/2021 | Review and analyze Defendant's (new) motion for summary judgment; draft response to motion for summary judgment. | 2.50 |
| 3/26/2021 | Review Defendant's filings. | 0.50 |
| 3/29/2021 | Draft response to Defendant's motion for summary judgment. | 3.50 |
| 3/30/2021 | Draft response to Defendant's motion for summary judgment. | 2.50 |
| 3/31/2021 | Draft response to Defendant's motion for summary judgment. | 2.25 |
| 4/1/2021 | Draft response to Defendant's motion for summary judgment. | 2.50 |
| 4/2/2021 | Draft response to Defendant's motion for summary judgment. | 2.75 |

| Date | Description | Hours |
|---|---|---|
| 4/5/2021 | Finalize and file response to motion for summary judgment. | 2.75 |
| 4/9/2021 | Review and analyze Defendant's reply to motion for summary judgment. | 0.75 |
| 4/12/2021 | Draft motion to strike defendant's attempt to plead the liquid damages clause is a penalty. | 2.75 |
| 4/13/2021 | Draft motion to strike. | 1.75 |
| 4/14/2021 | Finalize and file motion to strike Defendant's reply to the motion for summary judgment; review and respond to correspondence from R.Tauler. | 1.75 |
| 4/20/2021 | Review and analyze Defendant's objection to motion to strike. | 1.50 |
| 4/21/2021 | Draft initial response to Defendant's objecitons. | 1.50 |
| 4/22/2021 | Revise reponse to Defendant's objections. | 2.00 |
| 4/23/2021 | Prepare trial exhibits and deposition designations. | 1.50 |
| 4/26/2021 | Revise response to Defendant's objections. | 3.00 |
| 4/27/2021 | Finalize and file response to Defendant's objections to motion to strike Defendant's reply. | 2.50 |
| 4/28/2021 | Prepare trial exhibits and deposition designations. | 1.50 |
| 4/29/2021 | Prepare trial exhibits and deposition designations. | 1.75 |
| 5/1/2021 | Prepare trial exhibit and declarations. | 1.50 |
| 5/12/2021 | Review and revise draft proposed FF&CL | 1.75 |
| 5/13/2021 | Review and revise draft proposed FF&CL | 1.50 |
| 5/14/2021 | Review and revise draft proposed FF&CL | 2.25 |
| 5/21/2021 | Review and revise draft proposed FF&CL; prepare exhibits for trial. | 1.25 |
| 5/24/2021 | Review and revise draft proposed FF&CL; prepare exhibits for trial. | 1.50 |
| 5/27/2021 | Review and revise draft proposed FF&CL; prepare exhibits for trial; review orders from the Court. | 1.75 |
| 5/28/2021 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 8/2/2021 | Review and respond to correspondence from R.Tauler. | 0.50 |
| 8/3/2021 | Review and respond to correspondence from R.Tauler. | 2.75 |
| 8/4/2021 | Review and respond to correspondence from R.Tauler. | 0.75 |
| 8/5/2021 | Review and respond to correspondence from R.Tauler. | 0.25 |
| 8/6/2021 | Review and respond to correspondence from R.Tauler. | 1.00 |
| 8/8/2021 | Review and respond to correspondence from R.Tauler. | 0.50 |
| 8/9/2021 | Review and respond to correspondence from R.Tauler. | 3.50 |
| 8/18/2021 | Prepare and file motion to continue trial; confer with opposing counsel; Review and respond to correspondence from R.Tauler. | 2.75 |
| 8/23/2021 | Review Defendant's opposion to motion to continue. | 0.50 |
| 8/24/2021 | Review and analyze Court's order on summary judgment motions and orders on other misc motions; review draft proposed FF&CL to sort through updated claims; review filings by Defendant | 5.25 |
| 8/25/2021 | Update trial plan based on Order on summary judgment. | 2.50 |
| 8/26/2021 | Update trial plan based on Order on summary judgment. | 1.75 |
| 8/30/2021 | Prepare and file notice and request regarding sealing of order on MSJ.; Review and respond to correspondence from R.Tauler. | 4.25 |
| 8/31/2021 | Review and analyze Defendant's motion to transfer venue; Review and respond to correspondence from R.Tauler. | 3.25 |
| 9/1/2021 | Confer with opposing counsel regarding continuance. | 0.25 |

| Date | Description | Hours |
|---|---|---|
| 9/2/2021 | Prepare oppositon to motion to transfer. | 2.25 |
| 9/3/2021 | Finalize and file oppositon to motion to transfer. | 2.50 |
| 9/7/2021 | Review order issued by the Court regarding trial setting; review local rules for timing of required disclosures, notices, and rules for exhibits; update trial plan and select trial exhibits. | 5.50 |
| 9/14/2021 | Review motion to disqualify Kinney as attorney of record. | 0.50 |
| 9/21/2021 | Review Defendant's motions for reconsideration and for certificate of appealability. | 2.00 |
| 9/22/2021 | Revise response in opposition to Defendant's motions. | 3.50 |
| 9/23/2021 | Finalize and file response in opposition to motion for reconsideration and for certificate of appealability. | 2.25 |
| 9/24/2021 | Review and respond to correspondence from R.Tauler. | 2.50 |
| 10/5/2021 | Review orders issued by the Court | 0.25 |
| 10/13/2021 | Review and respond to correspondence from R.Tauler. | 1.25 |
| 10/14/2021 | Review and respond to correspondence from R.Tauler. | 2.25 |
| 10/15/2021 | Review orders issued by the Court; Review and respond to correspondence from R.Tauler. | 1.25 |
| 10/16/2021 | Revise pre-trial notice and exhibits. | 2.50 |
| 10/17/2021 | Revise pre-trial notice and exhibits. | 3.00 |
| 10/18/2021 | Review orders issued by the Court; Review and respond to correspondence from R.Tauler; review Defendant's proposed stipulated facts. | 2.75 |
| 10/19/2021 | Revise pre-trial notice and exhibits. | 2.50 |
| 10/20/2021 | Finalize pre-trial notice and exhibits. Review and analyze pre-trial notice and exhibits filed by Defendant. | 3.25 |
| 10/21/2021 | Review Defendant's revised pre-trial notice and exhibits. | 2.50 |
| 10/22/2021 | Draft objections to Defendant's pre-trial notice and exhibits; Review and respond to correspondence from R.Tauler. | 3.75 |
| 10/23/2021 | Draft and revise objecitons to Defendant's pre-trial notice and exhibit; prepare trial outlines. | 1.50 |
| 10/25/2021 | Draft and revise objecitons to Defendant's pre-trial notice and exhibit; prepare trial outlines. | 3.25 |
| 10/26/2021 | Draft and revise objecitons to Defendant's pre-trial notice and exhibit; prepare trial outlines. | 3.50 |
| 10/27/2021 | Finalize and file objections to Defendant's pre-trial notice and exhibits. | 2.25 |
| 10/29/2021 | Review and respond to correspondence from R.Tauler. | 0.75 |
| 11/1/2021 | Prepare draft post-trial findings of fact; update trial outlines with trial exhibit numbers. | 3.50 |
| 11/2/2021 | Review order issued by the Court. Prepare for pre-trial hearing. | 4.25 |
| 11/3/2021 | Prepare for and attend pre-trial hearing; further develop trial outlines. | 3.50 |
| 11/4/2021 | Review and respond to correspondence from R.Tauler; review Defendant's proposed trial exhibits. | 3.50 |
| 11/5/2021 | Review filings by Defendant regarding in-person trial; review Defendant's exhibits and witness lists; Review and respond to correspondence from R.Tauler. | 4.75 |

| Date | Description | Hours |
|---|---|---|
| 11/6/2021 | Draft supplemental memo regarding objecitons to Defendant's pre-trial notice and exhibits. | 2.50 |
| 11/7/2021 | Finalize supplemental memorandum regarding objections to Defendant's pre-trial notice and exhibits. | 2.50 |
| 11/8/2021 | Research Defendants identified trial witnesses and prepare cross examination outlines. | 2.50 |
| 11/9/2021 | Research Defendants identified trial witnesses and prepare cross examination outlines. | 2.25 |
| 11/10/2021 | Review orders issued by the Court | 0.25 |
| 11/11/2021 | Research Defendants identified trial witnesses and prepare cross examination outlines. | 2.75 |
| 11/12/2021 | Research Defendants identified trial witnesses and prepare cross examination outlines. | 2.50 |
| 11/15/2021 | Research Defendants identified trial witnesses and prepare cross examination outlines; further develop trial outlines and prepare witnesses for trial. | 3.50 |
| 11/16/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 2.50 |
| 11/17/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 2.25 |
| 11/18/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 2.50 |
| 11/19/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 2.50 |
| 11/22/2021 | Review orders issued by the Court regarding motion for reconsideration. Further develop trial outlines and prepare for trial. | 5.50 |
| 11/23/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 6.50 |
| 11/24/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 3.50 |
| 11/26/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses; Review and respond to correspondence from R.Tauler. | 4.25 |
| 11/27/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 3.25 |
| 11/28/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 2.50 |
| 11/29/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 9.00 |
| 11/30/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses; Review and respond to correspondence from opposing counsel. | 8.50 |
| 12/1/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses. | 10.00 |

| Date | Description | Hours |
|---|---|---|
| 12/2/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses; review Defendant's motion to reconsider order excluding witnesses. | 11.50 |
| 12/3/2021 | Prepare for trial: develop cross examination outlines, identify key exhibits, develop demonstratives, and prepare witnesses; Review and respond to correspondence from R.Tauler. | 10.50 |
| 12/4/2021 | Prepare for trial; review and revise objections to Defendant's exhibits; prepare motion for judicial notice of exchange rates; Review and respond to correspondence from R.Tauler. | 8.50 |
| 12/5/2021 | Prepare for trial; review objections to demonstratives filed by Defendant; Review and respond to correspondence from R.Tauler. | 9.50 |
| 12/6/2021 | Prepare for and attend trial. | 12.00 |
| 12/7/2021 | Prepare for and attend trial. | 10.00 |
| 12/8/2021 | Prepare for and attend trial. | 4.00 |
| 12/9/2021 | Review transcript in preparation of FF&CL. | 2.00 |
| 12/12/2021 | Prepare draft outline for FF&CL; organize trial exhibits; review transcripts. | 3.25 |
| 12/13/2021 | Research legal issues related to choice of law in preparation of FF&CL. | 2.00 |
| 12/16/2021 | Research issues related to Defendant's defenses raised at the end of trial in preparation of FF&CL. | 1.75 |
| 1/4/2022 | Review and respond to correspondence from opposing counsel. | 0.25 |
| 1/10/2022 | Receive and review official transcripts in preparation of FF&CL. | 2.50 |
| 1/11/2022 | Draft FF&CL and include cites to official transcript and trial exhibits. | 2.00 |
| 1/12/2022 | Outline all issues to be address in FF&CL. | 1.50 |
| 1/13/2022 | Review and respond to correspondence from opposing counsel. | 0.50 |
| 1/23/2022 | Draft and revise proposed FF&CL. | 3.50 |
| 1/25/2022 | Draft and revise proposed FF&CL. | 2.75 |
| 1/26/2022 | Draft and revise proposed FF&CL. | 1.50 |
| 1/27/2022 | Draft and revise proposed FF&CL. | 2.25 |
| 1/28/2022 | Draft and revise proposed FF&CL. | 2.00 |
| 1/30/2022 | Draft and revise proposed FF&CL. | 3.25 |
| 1/31/2022 | Draft and revise proposed FF&CL. | 4.00 |
| 2/1/2022 | Prepare for and attend mediation conference. | 10.00 |
| 2/2/2022 | Draft and revise proposed FF&CL. | 2.00 |
| 2/3/2022 | Draft and revise proposed FF&CL. | 4.25 |
| 2/4/2022 | Draft and revise proposed FF&CL. | 3.50 |
| 2/7/2022 | Review and respond to correspondence from opposing counsel; draft and revise proposed FF&CL. | 2.50 |
| 2/8/2022 | Draft and revise proposed FF&CL. | 3.75 |
| 2/9/2022 | Draft and revise proposed FF&CL. Review and respond to correspondence from opposing counsel. | 3.50 |
| 2/10/2022 | Finalize proposed findings of facts and conclusings of law. | 2.50 |
| 2/11/2022 | Review and analyze Defendants FF&CL | 1.75 |
| 4/27/2022 | Review order granting motion for judicial notice. | 0.25 |
| 9/15/2022 | Review and analyze FF&CL. Begin drafting motion for fees and costs. | 2.50 |
| 9/16/2022 | Draft motion for fees and costs. | 1.50 |

| Date | Description | Hours |
|---|---|---|
| 9/19/2022 | Review and analyze final judgment. Draft motion for fees and costs. | 1.75 |
| 9/20/2022 | Draft motion for fees and costs. | 1.50 |
| 9/21/2022 | Research choice of law issues for pre-judgment interest; draft motion for fees and costs. | 2.50 |
| 9/22/2022 | Draft motion for fees and costs. | 1.25 |
| 9/23/2022 | Review and respond to correspondence from opposing counsel. | 0.25 |
| 9/26/2022 | Review and respond to correspondence from opposing counsel. | 0.25 |
| 9/28/2022 | Draft motion for fees and costs. | 2.00 |
| 10/3/2022 | Finalize motion for fees and costs. | 0.50 |

|  |  |
|---|---|
| Total Hours | 1080.75 |
| Rate | $750 |
| Total | $ 810,562.50 |