UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MWK RECRUITING, INC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**EVAN P. JOWERS,**<br><br>      Defendant | **Case No. 1:18-cv-00444-RP** |

## DECLARATION OF TRISTAN C. LOANZON

1. My name is Tristan C. Loanzon. I am of sound mind, I am capable of making this declaration ("Declaration"), and I have personal knowledge of the facts stated in this Declaration. All of the facts stated in this Declaration are true and correct. I am over 21 years of age and have never been convicted of a felony or a crime of moral turpitude in any jurisdiction.

2. I respectfully submit this declaration in support of plaintiff's application for an award of reasonable attorney's fees arising from defendant's breach of the Jowers Agreement, Forgivable Loan, and Revolving Loan.

3. I am admitted to practice law in good standing in the State of New York, in the District of Columbia, and before this Court *pro hac vice*. I am also admitted in the California bar in good standing but on inactive status.

4. I have practiced complex commercial and civil litigation in New York, California, and Washington, D.C. since graduating from Northwestern University Law School in 1997. I received an L.L.M. from Georgetown University Law Center in 1998. After graduation from Georgetown, I worked as a litigation associate at big law

1

firms in Washington, D.C. and New York City, where I concentrated in complex commercial litigation. In addition to my practice, for the last ten (10) years, I teach an annual trial advocacy course for law students at Cardozo Law School in New York. Since 2007, I have been involved in NYU Law School's Lawyering Program to teach law students negotiation and oral argument skills.

5. I was a litigation associate at Manatt Phelps & Philips in New York until I opened my own law partnership in 2004. I focused my practice on representing individuals and corporations in commercial litigation. I have tried five (5) complex jury commercial and civil cases and fifteen (15) bench trials and appeared in federal and state courts on numerous occasions.

6. In New York City, where I live and work, attorneys with my experience working on litigation matters regularly collect rates exceeding $750 per hour. Because I do not normally practice in federal court in Austin, Texas, I do not have an opinion as to what would be a reasonable rate in Austin for the services I provided in this case.

7. In this matter, I was asked by Robert Kinney to enter the case pro hac vice to assist with the discovery phase of the case. Between December 2019 and September 2020, I worked 36.4 hours in this capacity. I spent 1.1 hours in preparing this declaration and the exhibit. The attached time entry records are an accurate description of the tasks I performed and the time that was involved in performing them. I believe that I worked diligently and efficiently in performing the tasks that I performed in this case.

8. In reaching my opinion on the reasonableness and necessity of the time I worked on this matter, I have reviewed my time records in this matter that are attached as Exhibit. I spent a total of 37.5 hours in preparing and reviewing discovery demands, preparing responses to those demands, reviewing subpoenas, attending several phone meetings with defendant's counsel, and preparing this declaration

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         October 3, 2022

*Tristan C. Loanzon*
Tristan C. Loanzon

| Tristan C. Loanzon - Time Entries - MWK v. Jowers | | | |
|---|---|---|---|
| Date | | Description | Hours |
| 2019-12-30 | TCL | Prepare responses to document request | 0.6 |
| 2020-01-01 | TCL | Prepared responses to document request | 0.6 |
| 2020-01-02 | TCL | Reviewed pleadings, and continued preparing responses | 1.2 |
| 2020-01-03 | TCL | Prepared response to document request | 1.5 |
| 2020-01-05 | TCL | Drafted responses and objections | 0.6 |
| 2020-01-06 | TCL | Continued drafting responses and objections | 0.4 |
| 2020-01-07 | TCL | Continued drafting responses and objections | 0.5 |
| 2020-01-13 | TCL | Reviewed defendant's discovery responses | 0.5 |
| 2020-01-14 | TCL | Reviewed interrogatories and document response | 0.6 |
| 2020-01-15 | TCL | Continued reviewing interrogatories | 1.2 |
| 2020-01-16 | TCL | Prepared responses to interrogatories | 0.6 |
| 2020-01-24 | TCL | Reviewed discovery | 0.6 |
| 2020-01-31 | TCL | Reviewed document response, and reviewed Jower's response | 0.8 |
| 2020-02-01 | TCL | Reviewed response to document request | 0.7 |
| 2020-02-03 | TCL | Reviewed responses | 0.4 |
| 2020-02-04 | TCL | Continued reviewing responses | 0.7 |
| 2020-02-18 | TCL | Attention to discovery | 0.5 |
| 2020-02-19 | TCL | Attention to discovery (0.3 hr.); | 0.3 |
| 2020-02-20 | TCL | Attention to interrogatories (1.4 hrs.); | 1.4 |
| 2020-02-21 | TCL | Discussed matter with J. Bookhout and Micala Bernardo (0.4 hr.); | 0.4 |
| 2020-02-23 | TCL | Reviewed MWK production (0.5 hr.); | 0.5 |
| 2020-02-24 | TCL | Continued reviewing MWK production (0.6 hr.); | 0.6 |
| 2020-02-25 | TCL | Prepared supplemental request for documents (0.9 hr.); and | 0.9 |
| 2020-02-27 | TCL | Prepared 2nd request for production (0.3 hr.). | 0.3 |
| 2020-03-02 | TCL | Prepared responses to responses (0.3 hr.); | 0.3 |
| 2020-03-03 | TCL | Continued preparing responses to responses (0.4 hr.); | 0.4 |
| 2020-03-04 | TCL | Reviewed Legis subpoena (0.7 hr.); | 0.7 |
| 2020-03-05 | TCL | Prepared response to email, and reviewed Legis Ventures subpoena issue | 0.9 |
| 2020-03-04 | TCL | Continued reviewing Legis Ventures subpoena issue (0.2 hr.); | 0.2 |
| 2020-03-05 | TCL | Continued reviewing Legis Ventures subpoena issue | 0.5 |
| 2020-03-10 | TCL | Attention to interrogatories document request, and corresponded with JB | 0.9 |
| 2020-03-11 | TCL | Attention to document production | 0.4 |
| 2020-03-12 | TCL | Prepared discovery responses objections | 0.8 |

| | | | |
|---|---|---|---|
| 2020-03-13 | TCL | Continued preparing discovery responses objections | 0.6 |
| 2020-03-19 | TCL | Attention to Langer discovery (0.2 hr.); | 0.2 |
| 2020-03-28 | TCL | Reviewed JB letter dated March 27, 2020, and redrafted requirements for admission | 0.4 |
| 2020-03-29 | TCL | Reviewed DLA letter (0.3 hr.). | 0.3 |
| 2020-05-05 | TCL | Reviewed DLA letter dated March 27, 2020, and reviewed responses to the DLA letter dated March 27, 2020 | 0.5 |
| 2020-05-06 | TCL | Attended meet and confer with DLA Piper (1.0 hr.); | 1 |
| 2020-05-11 | TCL | Attended meet and confer with DLA Piper (I.I hrs.); | 1.1 |
| 2020-05-18 | TCL | Reviewed DLA email dated May 14, 2020 | 0.3 |
| 2020-05-28 | TCL | Reviewed Jowers Langer response to interrogatories and document production | 0 |
| 2020-06-30 | TCL | Reviewed M&C legtters, and reviewed responses to second doc request | 2.7 |
| 2020-07-01 | TCL | Continued preparing responds to second document request | 0.9 |
| 2020-07-02 | TCL | Attended Meet & Confer with R Tauler | 1 |
| 2020-07-13 | TCL | Reviewed responses to discovery requests | 0.1 |
| 2020-07-04 | TCL | Correspond w R Tauler | 0.5 |
| 2020-07-20 | TCL | Draft email to opp counsel | 0.1 |
| 2020-07-22 | TCL | Attend to 2nd RFP, 1st Rogs, and 1st RFP | 2.6 |
| 2020-07-27 | TCL | Attend to 1st Rogs | 0.2 |
| 2020-08-04 | TCL | Attention to discovery conference and attention to meet and confer | 2.4 |
| 2022-10-03 | TCL | Prepared declaration | 1.1 |
| | | | |
| | | **Total** | **37.5** |