IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING INC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-444-RP |
| EVAN P. JOWERS, et al., | § § § | |
| Defendants. | § § | |

## ORDER

The Court issues the following order in response to the parties' ongoing communications with this Court. On October 10, 2022, Defendant's counsel Robert Tauler contacted the Court via email regarding Defendant Evan P. Jowers's motion for protective order, (Dkt. 350). The parties have since forwarded and copied the Court in emails and other communications regarding the motion for protective order and other motions and have made requests of the Court via email. The Court will consider all outstanding motions in due course once they are ripe and will not entertain requests for relief through any means other than a motion.

Accordingly, **IT IS ORDERED** that all requests for relief regarding this particular dispute shall occur solely via motion and subsequent briefing.

**IT IS FURTHER ORDERED** that the parties shall cease communicating with the Court and its staff about this particular dispute via email.

Finally, the Court reminds counsel to communicate with each other according to the standards of professionalism and encourages counsel to be flexible, reasonable, and patient, not just strong advocates.

**SIGNED** on October 18, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE