IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING INC. and COUNSEL HOLDINGS, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-cv-444-RP |
| EVAN JOWERS, | § § § | |
| Defendant. | § | |

## ORDER

On November 17, 2022, MWK Recruiting, Inc. filed its Motion for Permanent Injunction. (Dkt. 373). Given that the Court has entered final judgment on this matter, (Dkt. 354), the Court will afford MWK Recruiting the opportunity to present additional briefing solely on the issue of whether this Court has jurisdiction to consider its request for relief as a post-judgment motion.

Accordingly, **IT IS ORDERED** that MWK Recruiting shall file a supplemental brief, limited to 5 pages, on or before **November 30, 2022**. **IT IS FURTHER ORDERED** that Evan Jowers shall respond to the original motion and any supplemental briefing on or before **December 7, 2022**.

**SIGNED** on November 21, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1