# United States District Court
# Western District of Texas

### Writ of Execution

Counsel Holdings, Inc. and MWK Recruiting
*Plaintiff*

v.

Evan P. Jowers
*Defendant*

Case No.   1:18-CV-00444

(Complete the following if judgment was rendered
in another district.)

District   Western District of Texas

Docket No.

Date Entered

## TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:

WHEREAS, on the 19th day of  September , A.D., 2022 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of  MWK Recruiting, Inc. (now known as Counsel Holdings, Inc.)

against  Evan P Jowers                                                                                                                    ,

hereinafter called judgment debtor, for the sum of $ 3,640,132.6  with interest thereon at the rate of  3.62  percent per annum from the  19th  day of  September , A.D. 2022 until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of $  zero  ;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or in behalf of the judgment creditor, there remains due and unpaid the following sums:

$  zero  Unpaid balance of costs specified hereinabove taxed by the Clerk of Court

$ 3,640,132.60  Judgment

$ 29,242.62  Interest on Judgment

and further interest will accrue on the unsatisfied judgment in the sum of $  361.02  per day from date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at  Austin , Texas, this 20th  day of  December,  2022 .

Philip Devlin, CLERK

By  *Deanna Massie*
Deputy Clerk