UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COUNSEL HOLDINGS, INC.**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**EVAN P. JOWERS,**<br><br>　　　　Defendant. | Civil Action No. 1:18-cv-00444-RP |

**[PROPOSED] ORDER**

　　Before the Court is Counsel Holdings, Inc.'s ("Plaintiff") Motion to Reconsider Denial of Motion for Injunction on the basis of lack of jurisdiction to grant it after final judgment has been rendered. Having carefully considered the requested relief, the Court GRANTS the Motion. The Court's Text Order issued July 25, 2023, is withdrawn. The Court will issue a new order in due course.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT PITMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE