## ABSTRACT OF JUDGMENT

### Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been ordered |
|---|---|
| Evan Phillip Jowers<br>14909 Venosa Cir<br>Jacksonville, FL 33301 | Counsel Holdings, Inc. |
| DOB(if available): 09/16/1971<br>Drivers Licence (if available): J620 215 71 336 0 (FL) | Docket No. 1:18-CV-00444-RP |

| Amount of Judgment | Date Judgment Entered on Docket |
|---|---|
| Amount of Judgment: $3,640,132.60<br>Amount of Prejudgment Interest: $ 826,749.63<br><br>**TOTAL AMOUNT DUE: $4,466,882.23**<br><br>**PLUS POST-JUDGMENT INTEREST AT THE RATE OF 3.91% BEGINNING SEPTEMBER 19, 2022** | July 25, 2023 |
| | Credits:<br>NONE |

UNITED STATES OF AMERICA
CLERK'S OFFICE
U.S. DISTRICT COURT - WESTERN DISTRICT OF TEXAS
DIVISION: AUSTIN

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: October 20, 2023

Phillip Devlin, Clerk

By *Deanna Massie*, Deputy Clerk