# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MWK RECRUITING, INC.**<br>　　　　Plaintiff,<br>　　v.<br>**EVAN P. JOWERS, YULIYA VINOKUROVA, ALEJANDRO VARGAS, and LEGIS VENTURES (HK) COMPANY LIMITED (aka Jowers / Vargas),**<br>　　　　Defendants. | **Civil Action No. 1:18-cv-00444** |
| **EVAN P. JOWERS**<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>**MWK RECRUITING, INC., ROBERT E. KINNEY, MICHELLE W. KINNEY, RECRUITING PARTNERS GP, INC., KINNEY RECRUITING LLC, COUNSEL UNLIMITED LLC, and KINNEY RECRUITING LIMITED**<br><br>　　　　Counter-defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

MOTION TO WITHDRAW AS COUNSEL　　1

PLEASE TAKE NOTICE that pursuant to Local Rule AT-3, Robert Tauler, Esq. ("Tauler") and Tauler Smith LLP, counsel for Defendant/Counterclaimant Evan P. Jowers ("Jowers"), move to withdraw as counsel of record for Jowers.

Tauler seeks to withdraw as counsel of record because a fundamental disagreement has arisen between client and attorney with respect to the terms of the parties' agreement relating to the representation. Tex. Disciplinary R. Prof. Conduct, 1.15(b)(5).

Jowers' successor attorney is not yet known. Jower's last known address is as follows:

Evan P. Jowers
612 Hibiscus Drive
Hallandale Beach, FL 33009
(917) 292-8657

Jowers is aware that this Motion for Withdrawal is being submitted and consents to its filing, as confirmed by his signature on the line below.

DocuSigned by:
*evan jowers*
2B9E82E7D5BC445...

Evan P. Jowers

Dated: November 14, 2023

Respectfully submitted,

By:    */s/ Robert Tauler*
      Robert Tauler, Esq.
      State Bar No. 24122095
      rtauler@taulersmith.com
      **Tauler Smith LLP**
      100 Crescent Court, 7th Floor
      Dallas, TX 75201
      Telephone: (512) 456-8760

**COUNSEL FOR DEFENDANT
AND COUNTERCLAIMANT
EVAN P. JOWERS**

MOTION TO WITHDRAW AS COUNSEL    2

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2023, a true and accurate copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

_/s/ Robert Tauler_
Robert Tauler
