IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-444-RP |
| EVAN P. JOWERS, | § § § | |
| Defendant. | § | |

**ORDER**

On October 11, 2023, Plaintiff MWK Recruiting, Inc./Counsel Holdings, Inc. ("Plaintiff")[1] filed its Motion for an Order to Show Cause Why Defendant Should Not Be Held in Contempt for Failure to Comply With Court Orders. (Dkt. 413). Defendant Evan P. Jowers ("Jowers") responded in opposition to the motion, (Dkt. 415), and Plaintiff replied in support of its motion, (Dkt. 417). Given that approximately three months have passed since the parties' briefing and noting that Jowers's response indicated that the "delay in producing the required documents … was unintentional and arose from an internal office oversight," (Dkt. 415, at 1), the Court finds that an update from the parties as to whether the motion is moot would be helpful.

Accordingly, **IT IS ORDERED** that the parties shall each file a notice **on or before February 12, 2024** as to whether the motion for a show cause order, (Dkt. 413), is moot.

**SIGNED** on January 29, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff changed its name from MWK Recruiting, Inc. to Counsel Holdings, Inc. during the course of the litigation.

1