Generated: Feb 5, 2024 3:15PM



# U.S. District Court

## Texas Western - Austin

Receipt Date: Feb 5, 2024 3:15PM

Kinney Recruiting LLC
2406 Harris Blvd
Austin, TX 78703-2406

Rcpt. No: 1479     Trans. Date: Feb 5, 2024 3:15PM     Cashier ID: #CR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 701 | Treasury Registry | DTXW118CV000444 /001<br>EVAN P. JOWERS | 1 | 30000.00 | 30000.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #1113 | 02/5/2024 | $30,000.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $30,000.00 |
| Total Tendered: | $30,000.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov