IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., PLAINTIFF | § § § § § | 1:18-CV-444-RP |
| v. | | |
| EVAN JOWERS, DEFENDANT | | |

___

### NOTICE OF FILING
___

Comes Now, Seth Kretzer, Receiver, and files this Notice of Filing. The document being filed is the notarized receiver's oath, which is attached.

Respectfully submitted this 8th day of February 2024,

By: /s/ Seth Kretzer
**Seth Kretzer**
SBN: 24043764
917 Franklin; Floor 6
Houston, Texas 77002
(713) 775-3050 Phone
(713) 929-2019 Fax
E-mail seth@kretzerfirm.com

### CERTIFICATE OF SERVICE

I certify that this document was served on all counsels of record on February 8, 2024 via e-filing.

/s/ Seth Kretzer
**Seth Kretzer**