IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MWK RECRUITING, INC., §
PLAINTIFF §
§
§   1:18-CV-444-RP
v. §

EVAN JOWERS, DEFENDANT

## OATH OF RECEIVER

I solemnly swear that I will faithfully perform and discharge the duties of receiver in this case and will obey the orders of the Court. I further swear that I am a qualified voter of the State of Texas and am in fact registered to vote. I further swear that I am not a party, attorney, or other person interested in the action for appointment of receiver.

Respectfully submitted this 5th day of February 2024,

By: _____
**Seth Kretzer**
SBN: 24043764
917 Franklin; Floor 6
Houston, Texas 77002
(713) 775-3050 Phone
(713) 929-2019 Fax
E-mail seth@kretzerfirm.com

STATE OF TEXAS )
COUNTY OF HARRIS )

    I certify under my seal of office this 5th day of February 2024, that Seth Kretzer personally appeared before me, the undersigned Notary Public and signed the foregoing statement in writing before me and swore before me that the facts therein stated are true and correct.

                                                                                      Notary Public, State of Texas

[Notary seal: Maria Del Carmen Cardenas, My Commission Expires 4/15/2027, Notary ID 130191567]

                                                 My Commission Expires: 4/15/2027