IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
February 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____pg_____
DEPUTY

MWK RECRUITING, INC.,

    Plaintiff

v.

EVAN P. JOWERS,

    Defendants.

**Civil Action No. 1:18-CV-444-RP**

## DECLARATION OF EVAN P. JOWERS

I Evan P. Jowers declare:

1. I am Evan P. Jowers and am over the age of 18 and am otherwise competent to testify.

2. I have at all material times been a resident of the State of Florida. I have not moved back to Hong Kong or otherwise visited Hong Kong since January 2023.

3. In fact, I plan to not visit Hong Kong again, indefinitely and for the foreseeable future, because the Independent Commission Against Corruption (Hong Kong) has been weaponized against me by Robert Kinney and his politically connected cronies in Hong Kong, to enforce the underlying judgment. They have brought a secret criminal investigation against me and my colleagues – on obviously bogus allegations of bribing government officials and government corruption - which has caused my Hong Kong based colleagues and me to flee Hong Kong indefinitely in early 2023. We were told by a whistleblower in the ICAC and other sources that we would be arrested by the ICAC secret police if we remained in Hon Kong or returned there. Further, a representative of the ICAC has called me several times from +852.2826.4408 and each time has asked me to return to Hong Kong to be arrested for allegations of bribing government officials and for government corruption, with regards to

my placing attorneys in 2017, whose career plans in their own minds were the trade secrets of Robert Kinney. I don't know any government officials in Hong Kong and certainly have never had any reason to bribe one, nor would I ever do so for any reason, in any country. I have never before been accused of corruption in any country in my life.

4. The ICAC is the statutory independent anti-corruption body of Hong Kong with the primary objective of combating government corruption, in both public and private sectors, in Hong Kong. The commissioner of the ICAC reports directly to the Chief Executive of Hong Kong. Robert Kinney's best friend since his boarding school days is the nephew of a former Chief Executive of Hong Kong. The father of this same best friend of Robert Kinney has served as the Consulate General of Latvia Consulate in Hong Kong and my wife's home country happens to be Latvia. Robert Kinney has other politically connected friends in Hong Kong as well.

5. Robert Kinney threatened and warned me in 2015 and 2016 that if I ever left his company or left Hong Kong and stopped working illegally there for him without a Hong Kong work visa, that he would a) destroy my and my family's lives; b) would defame me to all my clients; c) would make sure I wind up incarcerated by the Hong Kong authorities. He also warned and threatened many times that he would sue me and bankrupt me with legal fees, while he pays no legal fees, over a litigation lasting many years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2024

By: /s/*Evan Jowers*
*Pro Se*
Email: evan@jowersvargas.com
Phone: 917-292-8675

## CERTIFICATE OF SERVICE

I hereby certify that, on February 14, 2024, a true and accurate copy of the foregoing document was served via the Court's drop box, return receipt requested to all counsel of record.

                                                */s/Evan Jowers*
                                                Evan Jowers