**RECEIVED**
February 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____pg_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC.,<br><br>      Plaintiff<br><br>v.<br><br>EVAN P. JOWERS,<br><br>      Defendant | Civil Action No. 1:18-CV-444-RP |

# UNOPPOSED MOTION TO EXTEND TIME FOR JOWERS TO REPLY TO PLAINTIFF'S RESPONSE TO JOWERS' MOTION TO STAY ENFORCEMENT OF JUDGEMENT

      Defendant Jowers hereby moves the Court to extend the time within which Jowers is required to reply to MWK's response to Jowers' motion to stay enforcement of the judgment, by seven days, up to and including May 5, 2024. Jowers requests this relief due to unexpected travel, an urgent family matter, and his responsibilities in his role as an advisory board member of the Ed Reed Foundation charity (serving our nation's at-risk youth).

Dated: February 24, 2024                Respectively Submitted

                                             *Evan P. Jowers*
                                             _____

                                             Evan P. Jowers (pro se)
                                             4546 King Street
                                             Metairie, LA  70001
                                             917.292.8657 / evan@jowersvargas.com