

# U.S. District Court

## Texas Western - Austin

Receipt Date: Feb 26, 2024 11:55AM

Evan Jowers

| Rcpt. No: 1527 | Trans. Date: Feb 26, 2024 11:55AM | | | Cashier ID: #CR |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| MO | Money Order | #6640400896 | 02/22/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov