FILED
March 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____DM_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC., <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, <br><br> Defendant. | Civil Action No. 1:18-CV-444-RP |

## DECLARATION OF EVAN P. JOWERS

I Evan P. Jowers declare

1. I am Evan P. Jowers and am over the age of 18 and am otherwise competent to testify.

2. At all material times I have lived in the State of Florida.

3. I have not traveled to Hong Kong since January of 2023 because Robert E. Kinney's high level politically connected friends in Hong Kong have caused the Hong Kong secret police of the Independent Commission Against Corruption[1] (the "ICAC") to have me and any of my colleagues arrested for knowingly false and absurd allegations of high level government bribery and corruption, based only on the judgement and findings of fact and law in this underlying litigation in Texas.

---

[1] The Independent Commission Against Corruption (ICAC; 廉政公署) is the statutory independent anti-corruption body of Hong Kong with the primary objective of combating corruption in both the public and private sectors. Established in 1974 and operating independently from the Hong Kong government and law enforcement agencies, the ICAC is headed by the Commissioner, who reports directly to the Chief Executive of Hong Kong. The ICAC has played a crucial role in maintaining Hong Kong's reputation as one of the least corrupt places globally and fostering a culture of integrity within the city.

4. Robert Kinney has still arranged for my arrest on these purely politically motivated charges.

5. I have caused the Attorney General of the United States, Merrick Garland and Chairwoman of the Federal Trade Commission Lina Khan to be served with copies of the Defendants Evan P. Jowers's Motion to Stay Enforcement of Judgment, Response in Opposition to Motion to Stay Enforcement of Judgment, and the Defendant Evan P. Jowers's Response to Opposition to Motion to Stay Enforcement of Judgment and Declaration of Compliance with Rule 5.1 Regarding Service of the United States Attorney General and FTC Chairwoman.

6. Before, during, and after the judgment was rendered, I was a citizen and resident of the State of Florida. I have no intention on *ever* returning to Hong Kong because Robert E. Kinney weaponized the ICAC against me my Hong Kong based colleagues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2024

By: /s/Evan Jowers
*Pro Se*
Email: evan@jowersvargas.com
Phone: 917-292-8675

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 5, 2024, a true and accurate copy of the foregoing document was served via the Court's drop box, return receipt requested to all counsel of record.

/s/Evan Jowers
Evan Jowers

DEFENDANT EVAN P. JOWERS'S DECLARATION—Page 2