IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-444-RP |
| | § | |
| EVAN P. JOWERS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is a notice filed by Defendant Evan P. Jowers ("Jowers"). (Dkt. 445). The notice alleges that Jowers has not received several filings made in this case since he began proceeding *pro se* in this matter. (*Id.* at 1). Jowers erroneously states that the Court told him it would serve him via email during a telephonic hearing on November 29, 2023. (Notice, Dkt. 445, at 1–2). In fact, during the hearing, the Court confirmed that Plaintiff MWK Recruiting, Inc./Counsel Holdings, Inc.[1] would continue to communicate with Jowers via email and to provide Jowers with a copy of case filings via email as a courtesy to Jowers. (Min. Entry, Dkt. 426). The Court has continued to serve Jowers with case filings to his physical address on record. If Jowers has changed his address, he is responsible for updating his address with the Court. "An unrepresented party and any attorney representing a party must timely inform the court of any change in the party's or attorney's mailing address, e-mail address, signature, or telephone or fax number." W.D. Tex. Loc. R. CV-10(d); *see also* Pro Se Manual, https://www.txwd.uscourts.gov/filing-without-an-attorney/. Because Jowers's notice suggests that he has changed his address, the Court has updated his address on file to 4546 King Street, Metairie, LA 70001.

---

[1] Plaintiff changed its name from MWK Recruiting, Inc. to Counsel Holdings, Inc. over the course of the litigation.

Although Jowers is not required to do so, many of Jowers's complaints could be addressed by filing a *pro se* motion for permission to file electronically. Such permission would also enable Jowers to receive notification of Court filings by email and review all docket activity. The Court therefore encourages Jowers to obtain electronic filing permission in order to ensure timely receipt of all filings in this case.

**SIGNED** on March 21, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE