RECEIVED
MAR 2 0 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

FILED
March 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
        DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**MWK RECRUITING**, PLAINTIFF

VS.                                    CASE NO. 118CV00444RP

**EVAN P JOWERS, EVAN P JOWERS**, DEFENDANT

**REGIONS BANK, GARNISHEE**

## ANSWER OF GARNISHEE

☐ Regions Bank ("Regions") has in its possession or control property or money, not known to be exempt, belonging to the Defendant(s), and which is not wages, salary, or other compensation in the amount of **$0.00**. Regions will continue to hold this property or money until the Court orders release or payment or until funds are remitted per statute. Regions has notified our customer of their right to raise all potential objections and exemptions with the ordering authority.

☐ Regions has in its possession or control a safe deposit box, the contents of which are unknown, belonging to the Defendant(s), which is being held until further order from the Court. No deposit accounts found with the information provided for the defendant.

☐ Regions has in its possession or control money belonging to the Defendant(s), which is not wages, salary or other compensation, and certain money is exempt from execution by federal exemption or specific exemption addendum and thus, has been excluded from the balance provided above.

☐ Regions is currently subject to withholding order under garnishment/levy in case number _____.
No funds are available.

☐ Account(s) Closed        ☐ No funds Available        ☑ No account(s) found based on the information provided for the defendant.

☐ Tenancy by the Entirety

☐ Other: _____

Regions does not know of any other person indebted to the Defendant(s) or with effects of the Defendant(s) under his control. If wage withholding is required and Regions employs the Defendant(s), a separate Answer regarding the Defendant(s)' wages, salary and compensation will follow.

I, Latasha Griffin, am a duly authorized agent of the Garnishee and certify that the statements set forth in this instrument are true and correct.

/s/ Latasha Griffin
Processor's Signature

Latasha Griffin
Processor's Name

3/12/2024
Date

**PLAINTIFF ATTORNEY**
THE LAW OFFICE OF SETH KRETZER
917 FRANKLIN ST FL 6
HOUSTON, TX 77002-1764

**COURT**
U S DISTRICT COURT WESTERN DISTRICT AUSTIN DIVISION
501 W 5TH ST STE 1100
AUSTIN, TX 78701-3812