IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-444-RP |
| EVAN P. JOWERS, | § § § | |
| Defendant. | § § | |

### ORDER

On March 12, 2024, the Court ordered the parties to appear for a show cause hearing on April 19, 2024 at 1:30 PM. (Order, Dkt. 443). The Court is conducting a criminal trial and needs to reset the hearing. Accordingly, **IT IS ORDERED** that the April 19, 2024 show cause hearing is **VACATED**. The Court will reset the hearing for a later date in a future order.

**SIGNED** on April 18, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1