IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-444-RP |
| | § | |
| EVAN P. JOWERS, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant Evan P. Jowers's ("Jowers") Notice Of Suggestion On Pendency Of Bankruptcy For Evan P. Jowers, And Automatic Stay Of Proceedings. (Dkt. 448). Jowers represents that he is a debtor in a Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 24-13584. (*Id.*).

The filing of a bankruptcy petition renders this action subject to the automatic stay codified in 11 U.S.C. § 362. *See Matter of Reitnauer*, 152 F.3d 341, 343 n.4 (5th Cir. 1998) ("Section 362 provides that the filing of a voluntary petition in bankruptcy operates as a stay of the commencement or continuation of a judicial proceeding against the debtor that was or could have been commenced before the commencement of the Title 11 action.") (citing *Commonwealth Oil Refining Co., Inc. v. United States Environmental Protection Agency*, 805 F.2d 1175, 1182 (5th Cir. 1986)).

Accordingly, **IT IS ORDERED** that this action is automatically stayed with respect to Jowers[1] pursuant to 11 U.S.C. § 362. **IT IS FURTHER ORDERED** that Jowers file a status report with this Court on a quarterly basis detailing the status of the bankruptcy action, with the first

---

[1] For the sake of clarity, the Court clarifies that this action is stayed only with respect to Jowers.

report being due on **July 19, 2024**. Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

    **SIGNED** on April 19, 2024.

                                               ROBERT PITMAN
                                               UNITED STATES DISTRICT JUDGE