IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MWK RECRUITING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-444-RP |
| | § | |
| EVAN P. JOWERS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 19, 2024, the Court stayed this case pursuant to 11 U.S.C. §. (Dkt. 450). The Court ordered that Defendant Evan P. Jowers ("Jowers") file a status report with this Court on a quarterly basis detailing the status of the bankruptcy action, with the first report due on July 19, 2024. (*Id.*). To date, Jowers has not filed a status report.

Accordingly, Jowers is **ORDERED** to file a status report on or before **August 13, 2024** detailing the status of the bankruptcy action.

Jowers is **FURTHER ORDERED** to file quarterly status reports to keep the Court apprised of the status of the bankruptcy action.

Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

**SIGNED** on July 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE