IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
August 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____pg_____
DEPUTY

| | |
|---|---|
| MWK RECRUITING, INC. / COUNSEL HOLDINGS INC., <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, <br><br> Defendants. | Civil Action No. 1:18-CV-444-RP |

**BANKRUPTCY STATUS REPORT**

    Evan P. Jowers' bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584, with the latest activity being Counsel Holdings' renewed motion for Relief from Stay and the Court denying the motion for a second time, without prejudice, during a court hearing on the matter.

    Counsel Holdings has also recently filed an adversarial claim against Mr. Jowers, arguing that the civil judgement at issue in this Court in the Western District of Texas was actually for embezzlement and fraud, which if true would cause the judgement to not be dischargeable in the Chapter 11 bankruptcy. It's expected that the litigation on this adversarial claim by Counsel Holdings will take several months at minimum, and may include a trial.

    A trial in the bankruptcy court on this matter would include the same "trade secret" candidate witnesses who were not allowed to appear in the December 2021 trial at issue in this Western District of Texas. These witnesses will finally be able to testify as to whether their career plans, CVs, JD transcripts and other "trade secret" info were shared by them freely with many

other persons, including other recruiters. That would be good, a breath of fresh air after all these years, to have these material witnesses finally be able to speak for themselves on the matter.

Another recent development is Robert Kinney joining the case pro hac vice as an attorney of record for the Counsel Holdings. It's assumed that Mr. Kinney intends to lead the 2004 Debtor Examination of Mr. Jowers, but we don't have a date yet for that, as Counsel Holdings cancelled an earlier set deposition date. Mr. Jowers has still never been deposed by MWK Recruiting or Counsel Holdings over 7 years of litigation.

Dated: August 14, 2024                                    Respectfully submitted

/s/ Evan P. Jowers
Pro Se
4 17th Ave S
Lake Worth Beach, FL 33467
Tel: (917) 292 8657
evan@jowersvargas.com

_____
**CERTIFICATE OF SERVICE**

On August 14, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, via the Pro Se electronic drop box. I hereby certify that I have served the document on all counsel and parties of record by a manner authorized by the Federal Rules of Civil Procedure 5(b) (2).