UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **COUNSEL HOLDINGS, INC.** | § | |
|  Plaintiff, | § | |
| v. | § | |
| **EVAN P. JOWERS,** | § | 1:18-CV-444-RP |
|  Defendant. | § | |
| | § | |

**[PROPOSED] ORDER**

On this day, the Court considered Plaintiff Counsel Holdings, Inc.'s Unopposed Consolidated Motion for Administrative Closure, Termination of Receivership, and Release of Receiver Bond in Civil Action No. 1:18-CV-444-RP. The Motion is GRANTED.

IT IS ORDERED that this action is ADMINISTRATIVELY CLOSED during the pendency of Defendant's settlement payment obligations.

IT IS FURTHER ORDERED that the Court expressly RETAINS JURISDICTION to reopen this action upon motion of a party in the event of a default under the settlement agreement.

IT IS FURTHER ORDERED that the post-judgment receivership imposed by the Court's Order dated January 29, 2024 (Dkt. 428) is hereby TERMINATED,

and the Court-appointed receiver, Seth H. Kretzer, is DISCHARGED from any further duties or obligations in this matter.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to RELEASE and RETURN the $30,000 receiver bond deposited with the Court on February 5, 2024 (Dkt. 431) to the depositor.

All relief not expressly granted herein is DENIED.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE