**FILED**
December 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 19, 2025
Lyle W. Cayce
Clerk

No. 24-50117

MWK Recruiting Incorporated; Counsel Holdings, Incorporated,

*Plaintiffs—Appellees,*

*versus*

Evan P. Jowers,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-444

_____

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of December 19, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca Jeanfreau, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT