# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2025

**FILED**

December 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Christian Rodriguez___
DEPUTY

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50117   MWK Recruiting v. Jowers
                 USDC No. 1:18-CV-444

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Rebecca L. Jeanfreau, Deputy Clerk
                  504-310-7645

cc w/encl:
     Evan P. Jowers
   Mr. Robert E. Kinney
   Mr. Raymond W. Mort III