# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2026

```
Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000
```

    No. 22-50936    Cnsl Hold v. Jowers
                          USDC No. 1:18-CV-444

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa B. Courseault, Deputy Clerk
                    504-310-7701

cc w/encl:
    Mr. Robert E. Kinney
    Mr. Matthew Larosiere
    Mr. Raymond W. Mort III
    Mr. Martin Jonathan Siegel