FILED
January 29, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Christian Rodriguez___
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC. | § | |
| Plaintiff, | § | |
| v. | § | |
| EVAN P. JOWERS, | § | 1:18-CV-444-RP |
| Defendant. | § | |
| | § | |

## ORDER

On this day, the Court considered Plaintiff Counsel Holdings, Inc.'s Unopposed Consolidated Motion for Administrative Closure, Termination of Receivership, and Release of Receiver Bond in Civil Action No. 1:18-CV-444-RP. The Motion is GRANTED, except that, as this case is already closed, (Am. Final J., Dkt. 402), it will remain closed, but the Court will retain jurisdiction during the settlement agreement.

IT IS ORDERED that this action is REMAINS CLOSED, but IT IS FURTHER ORDERED that the Court expressly RETAINS JURISDICTION to reopen this action upon motion of a party in the event of a default under the settlement agreement.

IT IS FURTHER ORDERED that the post-judgment receivership imposed by the Court's Order dated January 29, 2024 (Dkt. 428) is hereby TERMINATED,

and the Court-appointed receiver, Seth H. Kretzer, is DISCHARGED from any further duties or obligations in this matter.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to RELEASE and RETURN the $30,000 receiver bond deposited with the Court on February 5, 2024 (Dkt. 431) to the depositor.

All relief not expressly granted herein is DENIED.

**SIGNED** on January 29, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE